# EXHIBIT A

# EXHIBIT A - Registered Copyrights

| Title | Copyright Reg. Number | Copyright Reg. Date | Packaging Copyright Reg. Number | Packaging Copyright Reg. Date | Platform |
|---|---|---|---|---|---|
| **Animal Crossing: Happy Home (3DS) US A/V** | PA 1-976-623 | 10/26/2015 | | | Nintendo 3DS |
| **Donkey Kong Country Returns 3D** | PA 1-863-721 | 08/22/2013 | | | Nintendo 3DS |
| **Kid Icarus: Uprising** | PA 1-814-963 | 06/22/2012 | VA 1-821-744 | 06/21/2012 | Nintendo 3DS |
| **Luigi's Mansion: Dark Moon (Luigi Mansion 2) (3DS) US A/V** | PA 1- 845-421 | 06/26/2013 | | | Nintendo 3DS |
| **Mario Kart 7 (3DS) US A/V** | PA 1-808-564 | 02/29/2012 | VA 1-811-096 | 02/24/2012 | Nintendo 3DS |
| **New Super Mario Bros. 2 US A/V** | PA 1-828-001 | 11/19/2012 | VA 1-839-664 | 11/16/2012 | Nintendo 3DS |
| **Star Fox 64 3D (3DS) US A/V** | PA 1-866-862 | 09/23/2013 | VA 1-915-689 | 09/16/2013 | Nintendo 3DS |
| **Super Mario 3D Land (3DS) US A/V** | PA 1-807-481 | 02/17/2012 | VA 1-811-081 | 02/10/2012 | Nintendo 3DS |
| **The Legend of Zelda: Majora's Mask 3D US A/V** | PA 1-940-271 | 04/27/2015 | VA 1-957-048 | 04/24/2015 | Nintendo 3DS |

| Title | Copyright Reg. Number | Copyright Reg. Date | Packaging Copyright Reg. Number | Packaging Copyright Reg. Date | Platform |
|---|---|---|---|---|---|
| **The Legend of Zelda: A Link Between Worlds (3DS) US A/V** | PA 1-879-107 | 02/18/2014 | VA 1-897-122 | 02/14/2014 | Nintendo 3DS |
| **Arms (NX) US A/V & Pkg** | PA 2-038-228 | 06/16/2017 | | | Nintendo Switch |
| **Captain Toad: Treasure Tracker (NX) US** | PA 2-138-114 | 10/05/2018 | | | Nintendo Switch |
| **Splatoon 2 (NX) US A/V & Pkg** | PA 2-047-788 | 08/11/2017 | | | Nintendo Switch |
| **Super Mario Odyssey (NX) US A/V** | PA2-062-889 | 11/10/2017 | | | Nintendo Switch |
| **Super Mario Party (NX) US A/V + Pkg** | PA 2-140-681 | 12/11/2018 | | | Nintendo Switch |
| **Mario Kart Super Circuit (AGB) US** | PA 1-108-898 | 07/05/2002 | | | Game Boy Advance |
| **Super Mario Advance (AGB) US A/V** | PA 1-208-068 | 08/05/2002 | VA 1-153-334 | 08/05/2002 | Game Boy Advance |
| **The Legend of Zelda: A Link to the Past (Four Swords)** | PA 1-276-015 | 12/17/2003 | | | Game Boy Advance |
| **Super Mario Bros. Deluxe (CGB) US** | PA 934-168 | 05/28/1999 | | | Game Boy Color |

- 2 -

- 3 -

| Title | Copyright Reg. Number | Copyright Reg. Date | Packaging Copyright Reg. Number | Packaging Copyright Reg. Date | Platform |
|---|---|---|---|---|---|
| **The Legend of Zelda: Oracle of Seasons** | PA 1-043-401 | 08/09/2001 | | | Game Boy Color |
| **Super Mario Land (DMG) JP A/V** | PA 532-077 | 08/21/1991 | | | Game Boy |
| **Super Mario Land 2: 6 Golden Coins...** | PA 596-913 | 01/13/1993 | | | Game Boy |
| **Mario Kart DS (DS) US A/V** | PA 1-393-510; PA 1-381-605 | 07/13/2007 04/13/2007 | VA 1-398-709 | 03/14/2007 | Nintendo DS |
| **New Super Mario Bros. (DS) US A/V** | PA 1-393-515; PA 1-393-465 | 07/16/2007 07/16/2007 | VA 1-424-400 | 07/15/2007 | Nintendo DS |
| **Super Mario 64** | PA 788-138 | 10/23/1996 | | | Nintendo 64 |
| **The Legend of Zelda: Majora's Mask US A/V** | PA 941-058 | 03/08/2001 | | | Nintendo 64 |
| **Mario Bros.** | PA 178-079 PA 547-467 | 07/19/1983 10/10/1990 | | | Nintendo Entertainment System |
| **Super Mario Bros.** | PA 273-028 PA 547-457 | 01/17/1986 10/10/1990 | | | Nintendo Entertainment System |
| **Super Mario Bros. 2** | PA 427-614 PA 547-456 | 05/08/1989 10/10/1990 | | | Nintendo Entertainment System |

- 4 -

| Title | Copyright Reg. Number | Copyright Reg. Date | Packaging Copyright Reg. Number | Packaging Copyright Reg. Date | Platform |
|---|---|---|---|---|---|
| **Super Mario Bros. 3** | PA 454-812<br>PA 563-455 | 03/16/1990<br>08/02/1991 | | | Nintendo Entertainment System |
| **Zelda II - Adventure of Link** | PA 427-613<br>PA 547-465 | 05/05/1989<br>10/10/1990 | | | Nintendo Entertainment System |
| **Super Mario All Stars + Super Mario World** | PA 712-595<br><br>PA 576-039 | 05/27/1994<br><br>07/27/1992 | | | Super Nintendo Entertainment System |
| **Super Mario World (SNES) US A/V** | PA 576-039 | 07/27/1992 | | | Super Nintendo Entertainment System |
| **The Legend of Zelda A Link to the Past** | PA 576-040 | 07/27/1992 | | | Super Nintendo Entertainment System |
| **Animal Crossing: City Folk** | PA 1-750-646 | 02/07/2011 | VA 1-759-392 | 02/03/2011 | Wii |
| **Mario Party 9 (Wii) US A/V** | PA 1-791-804 | 05/14/2012 | VA 1-821-749 | 06/08/2012 | Wii |
| **Super Mario Run (IOS) US A/V** | PA 2-012-550 | 12/23/2016 | | | iOS |