# EXHIBIT B

### EXHIBIT B - Registered Trademarks

| Trademark Description | Registration Number | Registration Date |
|---|---|---|
| Animal Crossing | 2,803,207 | 1/6/2004 |
| ARMS | 5,292,973 | 09/19/2017 |
| Captain Toad | 4,774,095 | 7/14/2015 |
| Donkey Kong | 4,397,351 | 9/3/2013 |
| Donkey Kong Country | 3,999,877 | 7/19/2011 |
| Game Boy | 4,126,556 | 04/10/2012 |
| Game Boy | 4, 402,983 | 9/17/2013 |
| Game Boy Advance | 2,550,938 | 3/19/2002 |
| Game Boy Advance | 2,665,095 | 12/24/2002 |
| Game Boy Color | 4,180,571 | 7/24/2012 |
| Game Boy Color | 4,158,645 | 6/12/2012 |
| Kid Icarus | 1,494,364 | 6/28/1988 |
| Luigi's Mansion | 4,342,883 | 5/28/2013 |
| Mario | 3,483,123 | 8/12/2008 |
| Mario Bros. | 1,303,633 | 11/06/1984 |
| Mario Kart | 2,345,411 | 4/25/2000 |
| Mario Party | 2,387,966 | 9/19/2000 |
| Metroid | 1,494,365 | 6/28/1988 |
| Metroid | 3,923,764 | 2/22/2011 |
| Metroid Prime | 2,762,377 | 9/9/2003 |
| Nintendo | 1,497,674 | 7/26/1988 |
| Nintendo | 1,689,015 | 5/26/1992 |
| Nintendo 3DS | 4,234,454 | 10/30/2012 |
| Nintendo 64 | 2,372,472 | 8/1/2000 |
| Nintendo DS | 3,094,181 | 5/16/2006 |
| Nintendo DS | 3,166,136 | 10/31/2006 |
| Nintendo Entertainment System | 1,440,706 | 9/11/2001 |
| Nintendo Switch | 5,477,313 | 5/22/2018 |

- 2 -

| Trademark Description | Registration Number | Registration Date |
|---|---|---|
| Nintendo Switch (Design) | 5,443,363 | 4/10/2018 |
| Pokémon | 2,297,050 | 11/30/1999 |
| Pokémon | 2,356,298 | 6/6/2000 |
| Pokémon | 2,514,998 | 12/4/2001 |
| Snipperclips | 5,376,713 | 1/9/2018 |
| Splatoon | 4,791,747 | 8/11/2015 |
| Star Fox | 1,883,044 | 3/7/1995 |
| Super Mario | 2,345,441 | 4/25/2000 |
| Super Mario 64 | 2,319,991 | 2/22/2000 |
| Super Mario Bros. | 2,345,410 | 4/25/2000 |
| Super Mario Land | 4,126,557 | 04/10/2012 |
| Super Mario Odyssey | 5,525,632 | 7/24/2018 |
| Super Mario Run | 5,638,525 | 12/25/2018 |
| Super Mario World | 1,704,302 | 7/28/1992 |
| Super Nintendo Entertainment System | 1,693,331 | 6/9/1992 |
| The Adventure of Link | 1,575,270 | 1/02/1990 |
| The Legend of Zelda | 1,494,363 | 6/28/1988 |
| The Legend of Zelda | 3,408,763 | 4/8/2008 |
| The Legend of Zelda Breath of the Wild | 5,277,680 | 8/29/2017 |
| The Legend of Zelda Majora's Mask | 4,946,348 | 4/26/2016 |
| The Legend of Zelda A Link | 1,742,389 | 12/22/1992 |

- 3 -

| Trademark Description | Registration Number | Registration Date |
|---|---|---|
| To The Past | | |
| Wii | 3,500,328 | 9/9/2008 |
| Wii | 3,604,541 | 4/7/2009 |
| Yoshi | 1,777,293 | 6/15/1993 |