1  Matthew Storman Pro Se
   1601 E. Ruddock St.
2  Covina, CA 91724
   Phone
3  Email admin@romuniverse.com

4

5                  UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
6

7  NINTENDO OF AMERICA INC, a          )  Case No.:  2:19-CV-07818 CBM(RA0x)
   Washington corporation              )
8                                      )
    Plaintiff                          )
9                                      )  **PRETRIAL MOTION TO DISMISS**
         vs.                           )
10                                     )
                                       )
11                                     )
   MATTHEW STORMAN, an individual,     )
12 Defendant                           )
                                       )
13                                     )
                                       )
14 _____    )

15 Pursuant Rules [1], laws, and common laws Defendant hereby moves the Court to
   dismiss the Plaintiff's Complaint with prejudice.  The basis for this motion is set forth
16 in the accompanying Memorandum.

17

18 Dated: 10/21/2019

19                                            _____
                                              Matthew Storman
20                                            1601 E. Ruddock St
                                              Covina, CA 91724
21                                            In Pro Se

22

23 This motion is made following the conference of counsel pursuant to C.D. L.R. 7-3
   which took place on (date).  10/21/2019

24
   References:
25 1.Rules:
    Federal Rules of Civil Procedure Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment
26 on the Pleadings; Consolidating Motions; Waiving
   Defenses; Pretrial Hearing.
27 Central District Court Local Rules 12, 7-3,

28

MOTION TO DISMISS