UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.  CV19-7818-CBM(RAOx) | Date  JANUARY 14, 2020 |
| Title  NINTENDO OF AMERICA, INC., v. MATTHEW STORMAN, ET AL., | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Sherri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William C. Rava<br>Katherine M. Dugdale | Matthew Storman, Pro Se |

**Proceedings:**   HEARING RE DEFENDANT'S MOTION TO DISMISS [25]

The case is called and counsel state their appearance.  The Court, Plaintiff counsel and defendant confer regarding the status of the case.

Following discussions with the parties, the Court will deny the Defendant's motion to dismiss.

A written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                                                          **: 04**

CV-90                                         **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS