Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: September 12, 2019<br>Current Response Date: January 29, 2020<br>New Response Date: February 14, 2020 |

Whereas, Plaintiff Nintendo of America Inc. ("Nintendo") filed its Complaint on September 10, 2019 [Dkt. #1];

Whereas, on October 2, 2019, Nintendo and Defendant Matthew Storman ("Defendant" or collectively the "Parties") filed a stipulation pursuant to Civil L.R. 8-3 to extend Defendant's time to respond to the Complaint to November 1, 2019 [Dkt. #21];

-1-

147022123.1

1     Whereas on October 24, 2019, Defendant filed a Motion to Dismiss [Dkt. #25];

3     Whereas on January 15, 2020, the Court issued an Order denying Defendant's Motion to Dismiss and Defendant has until January 29, 2020 to respond to the Complaint [Dkt. #30];

6     Whereas Defendant has requested an additional two weeks to respond to the Complaint in order to attend the Federal Pro Se Clinic in Los Angeles on February 3, 2020 which Defendant states is the first available date he can attend;

9     Whereas, the Parties believe that good cause exists for an extension to allow Defendant time to attend the Pro Se Clinic;

11     IT IS HEREBY STIPULATED by and between the Parties that Defendant shall have until February 14, 2020 to respond to the Complaint.

DATED: January 28, 2020     **PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
Katherine M. Dugdale
William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.

DATED: January 27, 2020     **MATTHEW STORMAN**

By: */s/ Matthew Storman*
Matthew Storman

Pro Se Defendant

-2-

147022123.1

1       Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:   January 28, 2020     **PERKINS COIE LLP**

By:*/s/ Katherine M. Dugdale*
Katherine M. Dugdale
William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.

-3-

147022123.1