Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT MATTHEW STORMAN'S COUNTERCLAIMS** |

Plaintiff Nintendo of America Inc. answers Defendant Matthew Storman's purported counterclaims, as best as Nintendo understands them, as follows.

## II. D. ASSERTING CLAIMS AGAINST THE PLAINTIFF

1. Defendant alleges that "Plaintiff misrepresented their copyright, trademark and unfair competition claims against Defendant." Nintendo denies this allegation.

2. Defendant alleges that "DOE, Nintendo German representative, may have acted contrary to Nintendo." Nintendo denies this allegation.

3. Defendant alleges "The Plaintiff claimed that all material on Defendant's website was infringing in violation of 17 U.S.C. § 512(f) and others." This allegation is a legal statement to which no response is required. To the extent a response is required, Nintendo denies that it alleged that "all material on Defendant's website was infringing," denies that any claim Nintendo made against Defendant violates 17 U.S.C. § 512(f), and denies any remaining allegations.

## II. D. 3. B. PRAYER FOR RELIEF

4. Nintendo denies that Defendant is entitled to any relief.

To the extent Defendant is alleging any other facts in support of his counterclaim(s), or any other counterclaim(s), Nintendo requests the opportunity to supplement this Answer after those allegations and/or counterclaim(s) are identified.

## **NINTENDO'S AFFIRMATIVE DEFENSES**

1. Defendant fails to state a claim upon which relief can be granted.

2. Defendant's claims are barred by the doctrines of unclean hands and fraud.

3. Defendant has failed to mitigate damages.

4. Nintendo reserves the right to amend this Answer or add other affirmative defenses if necessary, as the case progresses.

147342354.3

| | | |
|---|---|---|
| 1 | DATED:  March 6, 2020 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Katherine M. Dugdale* |
| 4 | | Katherine M. Dugdale<br>William C. Rava (*pro hac vice*)<br>Christian W. Marcelo (*pro hac vice*) |
| 5 | | |
| 6 | | Attorneys for Plaintiff NINTENDO OF AMERICA INC. |

-2-       ANSWER TO COUNTERCLAIM

147342354.3