| Name, Address and Telephone Number of Attorney(s): | |
|---|---|
| Katherine M. Dugdale, Bar No. 168014<br>KDugdale@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA 90067-1721, (310) 788-9900 | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC.<br><br>v.<br>Plaintiff(s)<br><br>MATTHEW STORMAN, JOHN DOES 1-10<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-CV-07818-CBM-RAO<br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☑ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☑ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 5/4/2020    /s/ Katherine M. Dugdale

Attorney for Plaintiff NINTENDO OF AMERICA INC.

Dated: 5/4/2020    /s/ William C. Rava, appearing pro hac vice

Attorney for Plaintiff NINTENDO OF AMERICA INC.

Dated: 5/4/2020    /s/ Matthew Storman, pro se

Attorney for Defendant MATTHEW STORMAN(PRO SE)

Dated:    *Pro Se Defendant provided approval to e-sign form on 5/4/2020 via text message

Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)    REQUEST: ADR PROCEDURE SELECTION    Page 1 of 1