Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>                    Plaintiff,<br><br>        v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>                    Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES AND CONTINUE TRIAL DATE**<br><br>The Honorable Consuelo B. Marshall |

149015656.2

1       Plaintiff Nintendo of America Inc. ("Nintendo"), by and through its counsel,

2   and Defendant Matthew Storman, *pro se*, and for good cause, jointly stipulate and

3   request that the Court enter an order extending the discovery cut-off and related

4   case management dates, including the January 19, 2021 trial date.

5       Per the Court's Order, entered April 27, the following dates were set:

6       a.  The discovery cut-off in this case is August 28, 2020;

7       b.  Opening expert witness disclosures were due July 24, 2020, and

8          rebuttal expert witness disclosures are due August 14, 2020;

9       c.  The expert discovery cutoff is September 11, 2020;

10      d.  The parties are to complete the settlement conference on or before

11         September 1, 2020;

12      e.  Motions shall be set for oral argument on or before October 27,

13         2020 at 10:00am;

14      f.  Pre-Trial Conference is set on January 5, 2021 at 2:30pm; and

15      g.  The trial in this case is scheduled to begin on January 19, 2021 (est.

16         4-5 days).

17  (Dkt. 38.)

18      The discovery undertaken by the parties is described in detail below,

19  however, the overriding and extenuating factor for this request is Mr. Storman's

20  recent diagnosis of and hospitalization for COVID-19, which has already caused

21  him to be largely unavailable for more than a month and will continue to cause

22  delays for several additional weeks.

23      Recognizing that Mr. Storman is appearing *pro se* and the recent

24  complications caused by COVID-19, Nintendo has made every effort to

25  accommodate his requests for extensions while still trying to move this case

26  forward on the existing case schedule.  For instance, Nintendo agreed to time

27  extensions for Mr. Storman to file his Answer, provide his initial disclosures, and

28  respond to Nintendo's discovery requests.

-1-

On September 10, 2019, Nintendo filed the Complaint; it was served on Mr. Storman on September 17.  On October 2, 2019, the parties stipulated to a 30-day extension for Mr. Storman to respond to the Complaint.  Dkt. No. 21.  Mr. Storman then filed a Motion to Dismiss, which this Court denied.  Dkt. No. 30.  The parties then stipulated to another extension of time for Mr. Storman to file his Answer.  Dkt. No. 31.

In connection with the Court's February 25 Order Setting Scheduling Conference, on February 26, Nintendo contacted Mr. Storman to schedule a Rule 26 conference.  Mr. Storman responded a week later to schedule the call for March 3.  Thirty minutes before the call, Mr. Storman asked to reschedule to the next day.  The next morning, Mr. Storman once again asked to reschedule until the next week; the conference call was rescheduled for March 9.  Mr. Storman did not join the call on March 9 and was unresponsive for the next three weeks.  On March 31, Mr. Storman e-mailed to reschedule the call and indicated he had been extremely sick.  The parties finally held their Rule 26 conference on April 6.

On April 20, 2020, Nintendo provided Mr. Storman with its Initial Disclosures.  On April 28, 2020, Nintendo served interrogatories and document production requests on Mr. Storman.  And on May 18, 2020, Nintendo served Requests for Admissions on Mr. Storman.

After missing the Court-set deadline to complete initial disclosures (May 5, 2020), Mr. Storman requested additional time and represented he would complete the initial disclosures by May 12.  On May 15, Mr. Storman represented that he would be unable to meet this new deadline and agreed to participate in a discovery conference; however, he claimed to be unavailable for that discovery conference for another two weeks.

Mr. Storman agreed to participate in a call on May 27.  On the call, Mr. Storman represented he would provide his initial disclosures and discovery

149015656.2

responses by May 29.  Nearly immediately thereafter, Mr. Storman requested an extension to June 5; Nintendo once again agreed.

The day before this thrice-extended deadline, June 4, Mr. Storman requested another 25-day extension "due to the Riots and Looting [sic] that are affecting Los Angeles and surrounding areas[.]"  On June 9, Mr. Storman asserted he had second degree burns that prevented him from completing his initial disclosures and discovery responses.  On June 15, Mr. Storman provided his initial disclosures and discovery responses.

On June 23, 2020, Nintendo reached out to discuss several discovery disputes and deposition and settlement conference schedules, and seek Mr. Storman's agreement to participate in the Informal Discovery Conference, if necessary.  Two weeks later, on July 6, he stated that he was sick in the hospital and could not join a call.  After another week, Nintendo followed up to see if Mr. Storman was feeling better and available for a call; he did not respond.  On July 16, Nintendo once again followed up with Mr. Storman, requesting that he let Nintendo know if he was still hospitalized and to otherwise contact Nintendo regarding these issues.  Having heard nothing from Mr. Storman for several weeks, Nintendo served a Notice of Deposition for Mr. Storman's deposition on July 23.  This finally prompted a response.  Unfortunately, Mr. Storman informed Nintendo that he was diagnosed with COVID-19 in connection with his July 6 hospitalization.

In light of this diagnosis, the parties have requested this continuance.

For the above-stated reasons, and good cause therefore, the parties agree that they reasonably need an additional 90 days to complete fact discovery and a corresponding 90-day extension of the other deadlines in this case.  The parties have also agreed to specific commitments to ensure the efficiency of the proceedings going forward.  These include that the parties will participate in Judge Oliver's Informal Discovery Conference procedure, including a preceding substantive meet-and-confer, if necessary, by no later than **September 25, 2020**,

and that Mr. Storman will make himself available for a deposition on or before **October 9, 2020**.  Additionally, as neither party provided an expert report by the deadline, the parties have agreed to remove the remaining expert-related deadlines as moot.

The parties, jointly and by stipulation, request that the Court establish the following new deadlines:

| | |
|---|---|
| Discovery Cut-Off: | November 30, 2020 |
| Settlement Conference: | On or before December 1, 2020 |
| Motion set for oral argument: | On or before January 26, 2020 |
| Pre-Trial Conference: | March 9, 2021 at 2:30 p.m. |
| Jury Trial: | March 23, 2021 (est. 4-5 days) |

**IT IS SO STIPULATED.**

DATED:  August 3, 2020        **PERKINS COIE LLP**

By: */s/ William C. Rava*
        Katherine M. Dugdale
        William C. Rava (appearing *pro hac vice*)
        Christian W. Marcelo (appearing *pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.

DATED:  August 3, 2020        **MATTHEW STORMAN**

By: */s/ Matthew Storman*
        Matthew Storman

*Pro Se* Defendant

-4-

1          Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other

2    signatories listed above, and on whose behalf this filing is submitted, concur in the

3    filing's content and have authorized the filing.

4

5      DATED:   August 3, 2020              **PERKINS COIE LLP**

6

7                                 By: */s/ William C. Rava*

                                Katherine M. Dugdale

8                                    William C. Rava (appearing *pro hac vice*)

                                Christian W. Marcelo (appearing *pro hac vice*)

9

10                                   Attorneys for Plaintiff

                                NINTENDO OF AMERICA INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

149015656.2