# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nintendo of America Inc.<br><br>Plaintiff(s)<br>v.<br><br>Matthew Storman et al<br><br>Defendant(s) | CASE NUMBER:<br><br>2:19-cv-07818-CBM-RAO<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Rozella A. Oliver.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

At the request of the parties, a telephonic discovery conference is set for October 28, 2020 at 10:00 a.m. before Magistrate Judge Rozella A. Oliver. Call-in information to be provided via email.

Dated:   October 28, 2020                                          By:   Donnamarie Luengo
                                                                                        Deputy Clerk