UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 19-07818 CBM (RAOx)                          Date:   October 28, 2020
Title:        *Nintendo of America Inc. v. Matthew Storman et al.*

Present:              The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

Donnamarie Luengo                                    Tape No.: AT&T 10/28/2020
Deputy Clerk                                         Court Recorder: AT&T System

Attorneys Present for Plaintiff(s):              Attorneys Present for Defendant(s):

William Rava                                           Matthew Storman, pro se
Christian Marcelo

**Proceedings:**          **MINUTES OF TELEPHONIC DISCOVERY HEARING [48]**

The case was called and counsel and Defendant entered their appearances telephonically. The Court and parties discussed the discovery that was ordered in the Court's September 25, 2020 order and the cancellation of the October 20, 2020 settlement conference.[1]

In the Court's September 25, 2020 order ("September 25 Order") related to pending discovery disputes, the Court required Defendant to produce three (3) categories of materials to Plaintiff by no later than October 5, 2020.  Dkt. No. 45.  The parties today agreed that Defendant has produced the third category of materials:  responsive tax records.  In violation of the September 25 Order, however, Defendant failed to produce materials responsive to the first (generally, download data responsive to RFAs 8, 9; Rogs 4, 9; RFP 10) and second (generally, communications responsive to RFPs 14-18) categories (together, the "Outstanding Information").  The failure to produce these records resulted in rescheduling Defendant's deposition.  Defendant's deposition is now scheduled for October 30, 2020 and during today's discovery conference, Defendant confirmed his availability and intent to attend that deposition. Therefore, by no later than **Thursday, October 29, 2020 at 5:00 p.m.**, Defendant shall produce the following to Plaintiff with respect to this case and/or the Outstanding Information:

1.  All documents related to Defendant's attempts to comply with the September 25, 2020 Order with respect to the Outstanding Information;

---

[1] This order has largely been adopted from a proposed order that was lodged by Plaintiff pursuant to the Court's request.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:  CV 19-07818 CBM (RAOx)               Date:   October 28, 2020
Title:       *Nintendo of America Inc. v. Matthew Storman et al.*


2. Copies of every communication, including but not limited to text messages, instant messages and emails, between Defendant and any party, relating to this case and/or the Outstanding Information, including but not limited to the host of the website at issue in this case and Discord;

3. Phone records of any call from any phone Defendant has used since September 1, 2020, with each number identified;

4. Server or other computer records that would show access or attempted access to the Outstanding Information;

5. Affirmative identification of any other communication platform Defendant has used – WhatsApp, IM, Messenger, Telegram, etc. – and copies of all such communications relating to this case and/or the Outstanding Information; and

6. Affirmative identification of any person with whom he has communicated relating to this case and/or the Outstanding Information, including contact information.

This is a continuing obligation.  To the extent necessary, Mr. Storman shall continue to supplement this production on a rolling basis until complete.

        The Court again explained to Defendant that he could be sanctioned for non-compliance with past orders and this order, including by being ordered to pay Plaintiff's costs incurred in securing Defendant's compliance with his discovery obligations, by allowing an adverse inference and/or giving an adverse instruction, and/or through a terminating sanction. As discussed, the Court hereby schedules a follow up telephonic conference on **Wednesday, November 4, 2020 at 10:00 a.m**.  The call-in information will remain the same as that previously provided to the parties by email for the October 28, 2020 telephonic hearing.  Among other things, the parties should be prepared to discuss the following:  (1) Defendant's compliance with this and other orders; (2) any spoliation concerns; (3) any sanctions issues related to Defendant's non-compliance with this order, the September 25, 2020 Order, and the Court's October 6, 2020 order (Dkt. No. 46, related to the settlement conference); and (4) the parties' interest in rescheduling the settlement conference.

**IT IS SO ORDERED.**

                                                                            0  :  37
                                                  Initials of Preparer          dl