UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 19-07818 CBM (RAOx)        Date: November 4, 2020
Title: *Nintendo of America Inc. v. Matthew Storman et al.*

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: AT&T 11/04/2020 |
|---|---|
| Deputy Clerk | Court Recorder: AT&T System |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| William Rava | Matthew Storman, pro se |
| Christian Marcelo | |

**Proceedings:**     **MINUTES OF TELEPHONIC HEARING**

The case was called and Plaintiff's counsel and Defendant entered their appearances telephonically. The Court and parties discussed rescheduling a settlement conference and Plaintiff's request for fees in seeking Defendant's compliance with the Court's September 25, 2020 discovery order.

The Court and parties agreed to reschedule the previously-vacated settlement conference. As discussed on the record, Defendant must submit a **confidential settlement statement** by email to RAO_Chambers@cacd.uscourts.gov by **Tuesday, November 10, 2020**. Although the statement need not be in any specific format, it shall include at least the following information:

A. A brief statement of the facts of the case, including any defenses. The Statement shall include citations to the applicable statutory or other grounds upon which any defenses are based. The Statement should identify the major factual and legal issues in dispute, and cite any controlling authorities.

B. A history of past settlement discussions, offers, and demands.

C. A forthright evaluation of Defendant's likelihood of prevailing on each of his defenses.

D. Defendant's evaluation of the terms on which the case could be settled **reasonably and fairly**, taking into account the litigation position and settlement position of the other side.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 19-07818 CBM (RAOx)            Date: November 4, 2020
Title:    *Nintendo of America Inc. v. Matthew Storman et al.*

  E. Any other relevant circumstances that Defendant believes will assist the Court in conducting the settlement conference.

 On **Thursday, November 12, 2020**, the Court will conduct *ex parte* pre-settlement telephone calls with Plaintiff's counsel and Defendant. As agreed on the record, the Court will first call Plaintiff's counsel at 9:00 a.m. The Court will then proceed to call Defendant at 10:00 a.m. Plaintiff's counsel and Defendant shall separately email the Court with their telephone numbers for the Court to call.

 With respect to the formal settlement conference, unfortunately, the date and time offered to the parties for the settlement conference (November 18, 2020 at 10:00 a.m.) is unavailable due to another hearing. The Court requests that the parties provide additional dates of availability for a settlement conference during the pre-settlement calls on Thursday, November 12, 2020.[1]

 Plaintiff's counsel shall, by **November 23, 2020**, file a declaration in support of Plaintiff's request for attorney's fees and costs expended in Plaintiff's efforts to obtain Defendant's compliance with his discovery obligations. Defendant may file a response by **November 30, 2020**.

**IT IS SO ORDERED.**

Initials of Preparer  0 : 21
       dl

---

[1] Alternatively, the Court may reach out to the parties by email before November 12 to find a suitable date.