1 Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
2 PERKINS COIE LLP
1888 Century Park E., Suite 1700
3 Los Angeles, CA 90067-1721
Telephone: 310.788.9900
4 Facsimile: 310.788.3399

5 William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
6 WRava@perkinscoie.com
CMarcelo@perkinscoie.com
7 PERKINS COIE LLP
1201 Third Avenue, Suite 4900
8 Seattle, WA 98101
Telephone: 206.359.8000
9 Facsimile: 206.359.9000

10 Attorneys for Plaintiff
Nintendo of America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**NINTENDO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     January 26, 2021<br>Time:    10:00 a.m.<br>Ctrm:    #8B<br><br>The Honorable Consuelo B. Marshall |

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on January 26, 2021 at 10:00 a.m. in Courtroom #8B, 8th Floor of the above entitled Court located at 350 W. 1st Street, Los Angeles, California 90012, or as soon thereafter as this Motion may be heard, Plaintiff Nintendo of America Inc. ("Nintendo"), by and through its counsel, will and hereby does move this Court for summary judgment on liability and damages

-1-

150576028.1

in its favor against Defendant Matthew Storman, pursuant to Rule 56 of the Federal Rules of Civil Procedure. Nintendo also seeks recovery of its attorneys' fees and costs under the Copyright Act, 17 U.S.C. § 505, and the Lanham Act, 15 U.S.C. § 1117(a). Nintendo further seeks a permanent injunction to prohibit Mr. Storman from engaging in any further infringing activities and to transfer the RomUniverse.com and NDSUniverse.com domains to Nintendo's control.

This motion is made following the conference of counsel for Nintendo and Mr. Storman (*pro se*) pursuant to L.R. 7-3 which took place on Tuesday, December 15, 2020. The parties were unable to resolve any of the issues addressed in Nintendo's motion.

The motion is made on the grounds that there is no genuine controversy as to any material fact necessary to prove Mr. Storman's liability for infringement of Nintendo's copyrights (17 U.S.C. § 101, *et seq.*) and trademarks (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and unfair competition (Cal. Bus. and Prof. Code § 17200, *et seq.*) based on his distribution of unauthorized and infringing copies of Nintendo's video games.

The motion will be based on this Notice of Motion; the Memorandum of Points and Authorities filed in support; the Statement of Uncontroverted Facts and Conclusions of Law; the declarations of Alicia Bell, Christian Marcelo and Jacqueline Knudson; the transcripts and exhibits of the deposition of Mr. Storman; the pleadings and documents on file with the Court; upon such memoranda, declarations and exhibits as Nintendo may file subsequently; upon such other matters as to which the Court must and may take judicial notice; and upon such other and further matters as may be presented at the hearing.

| | | |
|---|---|---|
| 1 | DATED: December 29, 2020 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:*/s/ Katherine M. Dugdale* |
| | | Katherine M. Dugdale |
| 4 | | William C. Rava (appearing *pro hac vice*) |
| | | Christian Marcelo (appearing *pro hac vice*) |
| 5 | | Attorneys for Plaintiff |
| 6 | | NINTENDO OF AMERICA INC. |

150576028.1