# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------------

NINTENDO OF AMERICA INC., a     )

Washington corporation,         )

            Plaintiff,          )

        vs.                     ) No. 2:19-CV-07818-CBM-RAO

MATTHEW STORMAN, an             )

individual, JOHN DOES 1-10,     )

individuals and/or              )

corporations,                   )

            Defendants.         )

------------------------------------------------------------

Videotaped

Zoom Deposition Upon Oral Examination of

MATTHEW STORMAN

------------------------------------------------------------

9:01 a.m.

Friday, October 30, 2020

REPORTED BY:  Keri A. Aspelund, RPR, CCR No. 2661

EXHIBIT 1
Page 4

Matthew Storman                                    October 30, 2020

Page 2

```
 1      APPEARANCES (All parties appearing via Zoom):

 2      For the Plaintiff:    CHRISTIAN W. MARCELO, ESQ.

 3                            WILLIAM C. RAVA, ESQ.

 4                            Perkins Coie

 5                            1201 Third Avenue, Suite 4900

 6                            Seattle, WA  98101

 7                            206-359-6226

 8                            cmarcelo@perkinscoie.com

 9                            wrava@perkinscoie.com

10      For the Defendant Storman:

11                            MATTHEW STORMAN, PRO SE

12                            1601 E. Ruddock Street

13                            Covina, CA  91724

14                            626-833-6327

15                            admin@romuniverse.com

16      Also Present:        DAN BASSETT, VIDEOGRAPHER

17

18

19

20

21

22

23

24

25
```

EXHIBIT 1
Page 5

Matthew Storman                                    October 30, 2020

```
                                                       Page 3
  1                      E X H I B I T S

  2    No.    Description                        Page/Line

  3    1      Email dated November 9, 2018, from      67   14

  4           Thorsten Johanntoberens to

  5           admin@romuniverse.com, abuse@enom.com,

  6           support@gumroad.com

  7    11     Complaint                               43   15

  8    11A    Exhibit A - Registered Copyrights       63   24

  9    11B    Exhibit B - Registered Trademarks       64   12

 10    16     June 18, 2019, RomUniverse.com screen   68   16

 11           shot

 12    17     KnownSRV View Ticket                     79   11

 13    20     Screen shot of the @RomUniverse Twitter  32   16

 14           account taken March 20, 2020

 15    22     The Ultimate Gamer's Birthday Gift       52   15

 16    28     September 13, 2019, RomUniverse web site 60    6

 17           screen shot

 18    29     Web Data Collection Report               56   23

 19    30     Screen shot of RomUniverse.com taken     31    1

 20           Friday, September 13, 2019

 21    32     Email dated November 9, 2018, from       70   16

 22           Thorsten Johanntoberens to

 23           admin@romuniverse.com, abuse@enom.com,

 24           support@gumroad.com

 25    33     Phone records                           82   17
```

Matthew Storman                                    October 30, 2020

```
                                                   Page 4
 1                E X A M I N A T I O N
 2   BY                                          Page/Line
 3   MR. MARCELO                                  5   22
 4
 5
 6
 7
 8
 9
10    (Note:  * Denotes phonetic spelling.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT 1
Page 7

Matthew Storman                                      October 30, 2020

                                                          Page 5

1                     Friday, October 30, 2020

2                          9:01 a.m.

3               -------------------------

4               THE VIDEOGRAPHER:  We are on record.  The time

5      now is 9:01 a.m.  Today's date is October 30, 2020.  This

6      is Volume 1 of the remotely-recorded video deposition of

7      Matthew Storman taken in the matter of Nintendo of America,

8      Inc. vs. Storman, et al., filed in the United States

9      District Court for the Central District of California, case

10     number is 2:19-CV-07818.

11              My name is Dan Bassett, I am the videographer,

12     and our court reporter is Keri Aspelund.  We are both with

13     Seattle Deposition Reporters.

14              Counsel, please identify yourselves for the

15     record, and then the witness may be sworn in.

16              MR. MARCELO:  Christian Marcelo for Perkins

17     Coie, on behalf of plaintiff Nintendo of America, and I'm

18     joined by a colleague, Will Rava.

19              -------------------------

20     MATTHEW STORMAN:      Witness herein, having been

21                           duly sworn, testified as follows:

22                     E-X-A-M-I-N-A-T-I-O-N

23     BY MR. MARCELO:

24          Q.   Mr. Storman, have you ever been deposed before?

25          A.   Never.

EXHIBIT 1
Page 8

Q. Okay. So I'll go over some ground rules just on depositions generally.
You understand you're under oath?
A. Yes.
Q. You understand this is -- you're under oath under penalty of perjury?
A. Yes.
Q. And this is the same oath you'd take in a courtroom?
A. Yes.
Q. And you're proceeding pro se in this case; right?
A. That is correct.
Q. Okay. So you don't have counsel here?
A. Correct.
Q. Is there any reason you won't be able to tell the truth today?
A. No.
Q. So some general ground rules for this deposition. Make sure to answer questions with a yes or a no. The court reporter can't transcribe a shaking of the head or nodding of the head; okay?
A. Okay.
Q. And generally, because -- because there is a court reporter, we need to do our best efforts to try to

Matthew Storman                              October 30, 2020

Page 7

1    speak one at a time.  So let me finish my question before

2    you jump in with an answer, and I'm going to try my best to

3    let you finish your answer before I jump in with a

4    question; okay?

5         A.   Okay.

6         Q.   If you need a break at any time, just let me

7    know.  The only requirement on that is if I have a question

8    pending, I am going to ask that you answer that question

9    and then we can go take a break; okay?

10        A.   Understood.

11        Q.   And if you don't understand a question that I

12   ask, please ask for clarification.  If you answer my

13   question, I'm going to assume that you understood the

14   question.  So if you don't understand something about the

15   question, ask for clarification; okay?

16        A.   Okay.

17        Q.   Are you currently employed?

18        A.   No.

19        Q.   Where was your last -- where were you last

20   employed?

21        A.   I was last employed -- I want to say

22   self-employed for the last ten years or so.

23        Q.   And are you currently working being

24   self-employed?

25        A.   No.

EXHIBIT 1
Page 10

Matthew Storman                                    October 30, 2020

1          Q.   When did you last work -- do work as

2     self-employed?

3          A.   I want to say like two-thousand -- around 2016.

4          Q.   Do you have any sources of income currently?

5          A.   Right now I do.  I -- I actually filed for

6     unemployment for this year.

7          Q.   Being 2020?

8          A.   That is correct.

9          Q.   What is Most Consulting, LLC?

10         A.   Most Consulting, LLC, was a corporation that I

11    once owned that was founded -- which is kind of the

12    backbone of my self-employment.

13         Q.   When was it founded?

14         A.   I actually think 2010.

15         Q.   And what was the business purpose of Most

16    Consulting?

17         A.   The business purpose was to provide IT services

18    to companies.

19         Q.   Can you give me some examples of companies you

20    provided IT services to?

21         A.   Well, companies.

22              It's mainly like small businesses, end users,

23    things like that.  Off the top of my head, I -- I can't

24    remember.  It's been a while since I've done -- provided

25    those services.

EXHIBIT 1
Page 11

Matthew Storman                                      October 30, 2020

Page 9

1        Q.    Is it -- did it -- is Most Consulting still an
2    LLC right now, or did it dissolve?
3        A.    It is an LLC, but it's kind of -- it's FTB
4    suspended, meaning that there's back taxes that are owed on
5    it, and then I believe I filed for the final tax return, I
6    believe, in 2017, I believe.
7        Q.    And so when is the last time you performed any
8    work under the umbrella of Most Consulting?
9        A.    Oh, it was -- it was probably around that time,
10   around 2017.
11       Q.    Does Most Consulting have any connections with
12   the web site RomUniverse.com?
13       A.    Well, it's possible in the sense that it's a
14   single member LLC.  So anything that I do, everything kind
15   of falls underneath -- underneath that.
16       Q.    Did you ever register any part of RomUniverse
17   using Most Consulting?
18       A.    Maybe an email.  I -- I don't remember.
19       Q.    Anything else?
20       A.    No.
21       Q.    You worked for Nintendo previously; right?
22       A.    A long, long time ago.
23       Q.    Do you remember when?
24       A.    I think I must have been 17, so about like 20 --
25   22, 23 years ago, something like that.  I -- I don't

Matthew Storman                                    October 30, 2020

                                                        Page 10

1    remember the exact -- the exact age.

2         Q.    Right.  That's fine.

3               Do you remember what you were doing for

4    Nintendo?

5         A.    Something in the shipping depart -- or the --

6    the warehousing.  I vaguely remember just pallets of items,

7    I don't remember what those items were, and I would move

8    those pallets around.

9         Q.    How long did you work for Nintendo?

10        A.    Honestly, I don't remember.  A couple months

11   maybe.  It was --

12        Q.    Do you know, was it more than a year?

13        A.    Was it more than a year?  I -- I don't know.

14        Q.    That's -- that's what I'm asking.  You can't

15   recall if it was more than a year?

16        A.    Oh, no, I don't think -- no, no, no, no, I

17   don't -- I don't believe it was more than a year.  I think

18   it was maybe a month or two.

19        Q.    You're familiar with Nintendo, the company

20   though, right, before this lawsuit?

21        A.    Yes.

22        Q.    Have you ever owned a Nintendo console?

23        A.    A Nintendo console.

24              No, but when I was younger, my -- my friends

25   did.

Matthew Storman                                    October 30, 2020

Page 11

1        Q.   Okay.

2        A.   I never -- I never owned one.

3        Q.   Fair enough to say that you generally knew of

4   Nintendo probably and -- and some of its famous games;

5   right?

6        A.   Yes.

7        Q.   And you currently own the web site

8   RomUniverse.com; right?

9        A.   That is correct.

10       Q.   What's your understanding for why this lawsuit

11  was initiated?

12       A.   I believe the lawsuit was initiated because

13  Nintendo is alleging that the files that are stored on

14  RomUniverse are RomUniverse -- or are Nintendo images.

15       Q.   What do you mean by Nintendo images?

16       A.   I mean a -- a copy or an alleged copy of a game.

17       Q.   You said you own RomUniverse.com, the domain and

18  web site; right?

19       A.   That is correct.

20       Q.   And are you the sole owner?

21       A.   Yes.

22       Q.   When did you acquire it?

23       A.   I acquired it the -- I want to say 2009,

24  somewhere around -- between 2009 and 2010.

25       Q.   Who did you acquire it from?

EXHIBIT 1
Page 14

Matthew Storman                                    October 30, 2020

                                                        Page 12

1          A.    I don't even remember.  There was a -- there was

2     a posting for the site on Digital Forums, I -- I think, and

3     there was a link, and I was using -- I don't even remember

4     how I communicated with the -- the individual.  I don't --

5     I don't remember.

6          Q.    So you saw a posting listing it for sale; is

7     that right?

8          A.    Correct.  That is correct.

9          Q.    And then you contacted whoever had that posting

10    and to purchase it?

11         A.    Correct.

12         Q.    Do you recall how much you purchased it for?

13         A.    I want to say 2,000.  I -- I don't remember

14    the -- the exact amount, but I'm guessing or assuming it

15    was around that amount.

16         Q.    And since that 2009-2010 period, you've been the

17    sole owner of the web site and domain?

18         A.    Correct.

19         Q.    Prior to purchasing RomUniverse, had you ever

20    owned or controlled a different web site which distributed

21    ROM images?

22         A.    Oh, you know what, let me back up, because I

23    didn't purchase RomUniverse from that individual, I

24    purchased NDSUniverse from that individual.

25         Q.    And what is NDSUniverse?

EXHIBIT 1
Page 15

Matthew Storman                                    October 30, 2020

Page 13

1          A.    NDSUniverse was a web site that was purchased

2     around the same time, and it apparently stored or housed

3     Nintendo DS images or ROMs.

4          Q.    So going back, you purchased NDSUniverse

5     sometime in 2009-2010?

6          A.    That's correct.

7          Q.    And that's the one that you purchased for

8     something around $2,000, but you don't recall exactly?

9          A.    That is -- that is correct.

10         Q.    And so when did you acquire RomUniverse?

11         A.    RomUniverse, I purchased the domain name.  I

12    want to say maybe 2010.

13         Q.    And when you say you purchased the domain name,

14    do you mean you bought it from a registrar rather than an

15    individual?

16         A.    No, I believe it was bought by a registrar -- or

17    I'm sorry, by an individual, and I think I paid like $700

18    for that domain.

19         Q.    When you purchased the RomUniverse web site, was

20    it active at the time you purchased it?

21               And by that I mean was there an active web

22    site --

23         A.    No.

24         Q.    -- being displayed?

25         A.    No, there was not.

Matthew Storman                                    October 30, 2020

Page 14

1          Q.    And that sounds like it's contrary to the

2    NDSUniverse.  When you purchased NDSUniverse, there was an

3    active web site; right?

4          A.    That is -- that is correct.

5          Q.    And that active web site was distributing DS

6    ROMs?

7          A.    That is correct.

8          Q.    Okay.  And so did you build the RomUniverse web

9    site then, I assume?

10         A.    Build it.

11               It was an upgrade.  It was a theme that was

12   provided by e107, which is a content management system.  So

13   neither -- neither NDS or the RomUniverse web sites per se

14   were actually built by me.

15         Q.    And when I -- when I mean built by, I mean when

16   you purchased the domain for RomUniverse.com, there was no

17   web site.  You then either asked somebody else to make a

18   web site or design a web site, and you put an active web

19   site at that domain name; right?

20         A.    Actually, what I did was I -- I converted

21   NDSUniverse to RomUniverse.

22         Q.    I see.

23               So the active web site that was on NDSUniverse,

24   you -- you put onto the domain name RomUniverse.com?

25         A.    That is correct.

EXHIBIT 1
Page 17

Matthew Storman                                    October 30, 2020

                                                        Page 15

1        Q.   And at that time, did you have NDSUniverse, the
2    domain name, start redirecting to RomUniverse.com?
3        A.   No, it was more so RomUniverse.com -- well, I
4    guess -- I guess you're right, that is correct.
5        Q.   So --
6        A.   Yeah, NDSUniverse --
7        Q.   -- sometime in 2009-2010 -- sorry.
8             Exactly what exactly we were discussing, talking
9    over.
10       A.   Yeah.
11       Q.   You go ahead.
12       A.   Yeah, so you -- you are correct.  So NDSUniverse
13   pointed then to RomUniverse.com.
14       Q.   Okay.  And by then, you mean 2009-2010, after
15   purchasing both?
16       A.   That is -- that is correct.
17       Q.   Okay.  At any point did NDSUniverse -- between
18   that 2009-2010 frame until present, did NDSUniverse stop
19   redirecting to RomUniverse?
20       A.   No.
21       Q.   And you've owned NDSUniverse and RomUniverse
22   since that time in 2009-2010; right?
23       A.   That is correct.
24       Q.   Okay.  The sole owner?
25       A.   Yes.

Matthew Storman                                      October 30, 2020

                                                          Page 16

1          Q.    What is the purpose of RomUniverse.com?

2          A.    The purpose of RomUniverse.com.

3                I want to say to provide backup copies of games

4    to users and individuals who need backups of their -- of

5    their content.

6          Q.    And you said NDSUniverse, at the time you

7    purchased it, was distributing DS, that's Nintendo DS ROMs;

8    right?

9          A.    Allegedly, yes.

10         Q.    What do you mean allegedly?

11         A.    Well, I -- I don't know the actual content of

12   the -- the images, so I cannot -- I cannot say with a

13   hundred percent certainty that those DS ROMs are actually

14   DS ROMs.

15         Q.    But the web site, the NDSUniverse.com web site,

16   indicated that it was distrib -- that it had DS ROMs

17   available?

18         A.    That is what it indicated, correct.

19         Q.    And --

20         A.    So what --

21         Q.    Go ahead.

22         A.    So what I'm -- what I'm saying is that I don't

23   know the actual content of the files.  I never downloaded,

24   I never used, I never verified that the files that were

25   uploaded were indeed those, those files.

Matthew Storman                                    October 30, 2020

                                                        Page 17

 1        Q.   Okay.

 2        A.   It was --

 3        Q.   At the time you purchased NDSUniverse.com, it

 4   wasn't distributing, for instance, Nintendo Switch games or

 5   Nintendo Switch ROMs; right?

 6        A.   NDSUniverse, no, not then, correct.

 7        Q.   And so the -- but the RomUniverse.com web site,

 8   as recently as 2019 and prior to it being taken down, was

 9   distributing Nintendo Switch ROMs; right?

10        A.   Again, I cannot say whether or not those files

11   are indeed Switch files.

12        Q.   But the --

13        A.   So, again, I --

14        Q.   -- the RomUniverse.com web site indicated that

15   there were available for download Nintendo Switch ROM

16   games; right?

17        A.   I would say the indication is correct, but --

18   but again, the -- the actual content of those images and

19   ROMs, I don't verify the actual files that are uploaded.

20        Q.   So the addition of that category, Nintendo

21   Switch ROMs, that came sometime after you purchased both

22   NDSUniverse and RomUniverse; right?

23        A.   That is correct.

24        Q.   Does anyone else have administrative access to

25   RomUniverse or NDSUniverse?

EXHIBIT 1
Page 20

Matthew Storman                                    October 30, 2020

Page 18

 1       A.   Yes, but I don't know the individuals.

 2       Q.   How many individuals have that admin access?

 3       A.   I would say probably five, and -- and at the --

 4  at the purchase, when I purchased NDSUniverse, those --

 5  some of the admins then were actually NDSUniverse admins.

 6       Q.   And what are their administrative privileges?

 7            Can they change the substance of the web site?

 8       A.   Yes.

 9       Q.   Could they have the web site taken down?

10       A.   They could.

11       Q.   Can they upload ROM images to be distributed?

12       A.   Yes, they can upload files to be distributed,

13  yes.

14       Q.   Have you ever communicated with any of those

15  admins?

16       A.   There was some communication that I had with the

17  admins on Discord.  I'm trying to think of any other

18  platform that I communicated.  There was a chatting script

19  that I once had on the web site where people could

20  communicate back and forth about content.

21            So I guess -- I guess the -- the big answer or

22  large answer is yes --

23       Q.   Did you ever --

24       A.   -- the general answer.

25       Q.   Did you ever communicate with them by phone?

Matthew Storman                                    October 30, 2020

Page 19

1         A.    No, never.

2         Q.    Did you ever text message any of them?

3         A.    Never.

4         Q.    Ever Instant Message them using some platform

5    that's not Discord or the RomUniverse web site?

6         A.    Instant Message.

7               There was a while -- probably like 2011, there

8    was -- we would use Trillian, but that was -- that was a

9    long time ago.  Mainly communication would happen via

10   forums that RomUniverse had.

11        Q.    Did you ever communicate with any of these

12   admins in 2019?

13        A.    Possibly.  I don't -- I don't remember -- I

14   don't remember when in 2019, but there was communication

15   with -- I mean, I would communicate with admins, I'd

16   communicate with peoples that -- or people that joined

17   Discord, or post -- made a post on a forum, et cetera.

18        Q.    And outside of the general discussion for people

19   in Discord, there was a separate messaging system for you

20   and the admins, right, in Discord; you could message them

21   directly?

22        A.    That is correct.

23        Q.    And is that how you generally communicated with

24   your admins was directly?

25        A.    Yes.  For the most part, yes.  And I guess it

Matthew Storman                                          October 30, 2020

                                                              Page 20

1    was either that, or they would message me directly, or we

2    would go into a -- a group or a room and we would

3    communicate that way.

4          Q.   And did you state that you don't -- you don't

5    know who those five admins are?

6          A.   No, I re -- I don't know personally who they

7    are.  I know what their user names were on the web site,

8    but I did not -- I never knew their actual name.

9          Q.   Can you hear me?

10         A.   Hello?

11              Looks like -- looks like Christian got

12   disconnected.

13         Q.   Can you hear me?

14              THE VIDEOGRAPHER:  Yeah, I'm not seeing him.

15              Christian, are you there?

16              MR. MARCELO:  Go off the record.

17              THE VIDEOGRAPHER:  Yeah, going off record.  The

18   time now is 9:23 a.m.

19                   (Recess at 9:23 a.m.)

20                   (Reconvened at 9:24 a.m.)

21              THE VIDEOGRAPHER:  Back on record.  The time now

22   is 9:24 a.m.

23              MR. MARCELO:  And Madam Court Reporter, can you

24   just read back my last question that was on the record.

25                   (Reporter read back as requested.)

Matthew Storman                              October 30, 2020

                                                        Page 21

1          A.    Yeah, so personally, I do not know them.  I do

2    not know them in person.  I do not know their names.  I

3    know them only by screen names.

4          Q.    You don't have an email address for any of them?

5          A.    Not that I know of.

6          Q.    Phone numbers for any of them?

7          A.    No.

8          Q.    Would you be able to -- I understand that

9    Discord channel -- that Discord channel is currently down;

10   would you be able to contact them in any other way right

11   now?

12         A.    No.

13         Q.    Did you ever discuss this lawsuit with any of

14   the admins?

15         A.    I believe so.  I mean, I think -- I think there

16   was some discussion, generalized discussion, about the --

17   the lawsuit.

18         Q.    Which admins did you have this discussion with?

19               You can tell me just their screen name that you

20   know.

21         A.    I think the -- I mean, there was Jimyslack.

22   There was Soprano519.  I don't -- I don't remember if there

23   was any other communication with any other admins, but I

24   know -- I know that there was some discussion with them

25   about the -- the lawsuit.

Matthew Storman                                    October 30, 2020

                                                        Page 22

 1          Q.    What did you discuss?

 2          A.    We discussed the lawsuit and how it would affect

 3    RomUniverse, I think, and kind of my position on the

 4    lawsuit.

 5          Q.    How did you guys discuss that it would affect

 6    the RomUniverse web site?

 7                What did you guys discuss about that?

 8          A.    I think there was discussion about how there

 9    would be -- there would be some -- some argument or fight

10    on my part just to see it through to trial.

11          Q.    Did you discuss the case with the admin Giselle?

12          A.    Yes, that sounds right.

13          Q.    Did you discuss the case with the admin Phamley,

14    P-H-A-M-L-E-Y?

15          A.    Yeah, I think -- I think everybody was in the

16    generic or the public room, I believe, at that time.

17          Q.    Does that include the admin Rebug, R-E-B-U-G?

18          A.    Yes, correct.

19          Q.    The admin Veronica?

20          A.    Yes.

21          Q.    And the admin Phia55, P-H-I-A 55?

22          A.    Correct.

23          Q.    Any other admins?

24          A.    Not that I'm aware of.

25          Q.    Did you ever discuss the case with them in this

EXHIBIT 1
Page 25

Matthew Storman                                    October 30, 2020

                                                         Page 23
1    year, 2020?

2          A.    Possibly.

3          Q.    When do you recall discussing the case with them

4    8in 2020?

5          A.    Probably -- I mean, I don't -- I don't even --

6    I'm saying possibly because I don't -- I don't really have

7    a record that I can revisit or visit.  I mean, I would say

8    at the beginning -- the beginning, mid part of 2020.

9          Q.    Did you discuss this case or the web site with

10   them in September of 2020, last month?

11         A.    September 2020.

12               I don't -- I don't recall, but there is

13   definitely a possibility.

14         Q.    What about after September 25th, after the court

15   ordered the production of certain documents, did you have

16   any communications with these admins regarding RomUniverse

17   or this lawsuit?

18         A.    No.

19         Q.    Do you know if any of the admins are aware that

20   the court ordered the production of those certain documents

21   regarding the downloads from the Discord channel?

22         A.    I am unaware.

23         Q.    You never told them about that?

24         A.    No.

25         Q.    If an admin -- if any of those admins had made a

Matthew Storman                                    October 30, 2020

Page 24

1    change to the RomUniverse web site when it was still

2    active, would you have been notified?

3         A.   If they -- would I have been notified how?

4              Would I have been notified that they made a

5    change?

6         Q.   Right, would you have been made aware that a

7    change had been made on the web site?

8         A.   No.

9         Q.   So if, for instance, they delete an entire web

10   page, an entire section of that web site, you wouldn't have

11   any idea until you visited the web site?

12        A.   That is correct.

13        Q.   How often did the admins make edits or changes

14   to the web site?

15        A.   I -- I have no idea.  I don't have a specific

16   number.  I know that -- I know that admins were constantly

17   making changes to the web site.

18        Q.   Did you ever instruct any of the admins to make

19   specific changes to the web site?

20        A.   I don't -- I don't remember, but possibly.

21        Q.   How about in 2019, after this lawsuit was filed,

22   did you ever direct any admins to make any changes to this

23   web site?

24        A.   No.

25        Q.   Are you aware of them making any changes to the

Matthew Storman                                    October 30, 2020

                                                        Page 25
1    web site?

2         A.   I know based on categories of -- categories that

3    I can see were added, I can see that those changes were

4    made.

5         Q.   And those were made by the admins?

6         A.   That is correct.

7         Q.   And those changes were sometime after Nintendo

8    filed this lawsuit?

9         A.   I'm not sure if those changes -- if changes were

10   made after the lawsuit was filed.

11        Q.   So the RomUniverse.com web site, when it was

12   still active, it was distributing copies of Nintendo's

13   video games; right?

14        A.   Say that -- repeat that question.

15        Q.   Sure.

16             The RomUniverse.com web site, when it was still

17   active, it was distributing copies of Nintendo's video

18   games; right?

19        A.   There was files that were uploaded, they were

20   categorized, but I cannot verify that what you're saying is

21   the truth.  Just -- just from the -- just from -- kinda

22   what I've been saying earlier is that I don't -- I don't

23   verify the files to confirm whether or not they were indeed

24   Nintendo's property.

25        Q.   But they were distributed, and the web site

Matthew Storman                                    October 30, 2020

Page 26

1    RomUniverse.com had indicated those were indeed copies of

2    Nintendo's video games; right?

3         A.    That is what the web site indicated, yes.

4         Q.    And the web site allowed people to download

5    various read-only memory files; right?

6         A.    Yes, that is what -- that is what -- alleged --

7    alleged Nintendo ROM files.

8         Q.    Well, I'm talking about just generally ROM

9    files, the web site allowed the download of ROM files;

10   right?

11        A.    Yes, that is correct.

12        Q.    Okay.  And ROM files, or read-only memory files,

13   what's your understanding of what those are?

14        A.    My understanding of read-only memory is a

15   storage facility or a storage -- storage-based file that

16   allows data to be read but not written.

17        Q.    Okay.  And in the context of video games, for

18   instance, do you have an understanding what read-only

19   memory or ROM files are?

20        A.    Yes.

21        Q.    What's that understanding?

22        A.    The understanding is that there's -- there are

23   mechanisms or ways to take a copy of a cartridge or a CD

24   and place it into just an individual file that can be

25   downloaded, and then put into another device, and that

Matthew Storman                                    October 30, 2020

Page 27

1     device can read that image.  That's -- that's what I --

2     that's my understanding.

3          Q.   And when you say put into another device that

4     reads the image, so in the context of a video game, if you

5     put it in the device that reads the image, the user would

6     be able to then play that copy of the game; right?

7          A.   That is correct.

8          Q.   Okay, and so when I refer to ROMs, I'm going to

9     be referring to what you just stated as your understanding

10    of read-only memory files; okay?

11         A.   Okay.

12         Q.   And so a ROM of a Nintendo game, that would

13    allow a user to -- you know, if a user downloaded a ROM of

14    a Nintendo game from (internet interruption) -- from

15    RomUniverse.com, they would then be able to play that copy

16    of the Nintendo game?

17              (Reporter requested clarification.)

18              MR. MARCELO:  Let me restart.

19         Q.   If a user downloaded a ROM of a Nintendo game

20    from RomUniverse.com, and that ROM contained the Nintendo

21    ROM, they would then be able to play that copy of the

22    Nintendo game; right?

23         A.   That is correct.

24         Q.   And RomUniverse distributed ROMs for various

25    Nintendo systems; right?

Matthew Storman                                    October 30, 2020

Page 28

```
1          A.    Allegedly distributed ROM files, yes.
2          Q.    Well, it advertised that it had available for
3    download ROMs for the Super Nintendo Entertainment System;
4    right?
5          A.    That is correct.
6          Q.    That it had available for download ROMs for the
7    Nintendo Entertainment System?
8          A.    That is correct.
9          Q.    For the Nintendo Game Boy?
10         A.    Yes, I believe so.
11         Q.    For the Nintendo Game Boy Advance?
12         A.    Correct.
13         Q.    For the Nintendo Game Boy Color?
14         A.    Yes.
15         Q.    For the Nintendo 64?
16         A.    Yes.
17         Q.    For the Nintendo DS?
18         A.    Yes.
19         Q.    The Nintendo 3DS?
20         A.    That sounds correct, yes.
21         Q.    The Nintendo Wii?
22         A.    Yes.
23         Q.    The Nintendo Wii U?
24         A.    The -- that doesn't ring a bell, but possibly.
25         Q.    And certainly for the Nintendo Switch; right?
```

Matthew Storman                                    October 30, 2020

Page 29

1        A.    That is correct.

2        Q.    Now, you agree you advertised RomUniverse.com as

3    the best ROM site in the universe; right?

4        A.    I don't -- I didn't advertise that.  Whoever put

5    that slogan there indicated that.

6        Q.    Who put the slogan there?

7        A.    I'm not sure.  One of the admins.

8        Q.    You didn't put that slogan there?

9        A.    No.

10        Q.    When was the slogan put there?

11        A.    2018 maybe?  2017?  I don't -- I don't remember.

12    I don't remember the date that that occurred.

13        Q.    Well, it's on the web site that you are the sole

14    owner of; right?

15        A.    That is correct.

16        Q.    Right, so your web site says that it's the best

17    ROM site in the universe?

18        A.    That is correct.

19        Q.    Let's open up Exhibit-30.

20        A.    Okay.

21        Q.    For the record, this is a screen shot of

22    RomUniverse.com taken Friday, September 13th, 2019.

23              Mr. Storman, do you recognize this screen shot?

24        A.    Yes, correct.

25        Q.    And this is a screen shot of the home page of

Matthew Storman                                    October 30, 2020

                                                              Page 30

 1     RomUniverse.com?

 2          A.    That is correct.

 3          Q.    And you see at the top, the title, it says "the

 4     best romsite in the universe"; right?

 5          A.    Yes, correct.

 6          Q.    And then below the search bar, it advertises

 7     that this web site has "60,000 Roms"; right?

 8          A.    Correct.

 9          Q.    And "375,000 Members"?

10          A.    Correct.

11          Q.    And then on the left side at the bottom, it says

12     that it -- it lists categories of ROMs it has, and it lists

13     one as "Nintendo Switch Scene Roms"; right?

14          A.    That is correct.

15          Q.    What is Nintendo Switch Scene Roms?

16          A.    I'm assuming that they're just ROMs, Nintendo

17     Switch ROMs.

18          Q.    And those were ROMs that were being --

19     allowed -- users could download those ROMs on the web site?

20          A.    That is correct.

21               MR. MARCELO:  And let's mark this.  Madam Court

22     Reporter, we can just mark them in accordance with whatever

23     their file names are, so we can just mark this Exhibit-30,

24     if that makes sense.

25               THE COURT REPORTER:  It does.

www.seadep.com      206.622.6661 * 800.657.1110   FAX: 206.622.6236

                                                    EXHIBIT 1
                                                    Page 33

Matthew Storman                                    October 30, 2020

Page 31

1                    (Exhibit-30 marked.)

2          Q.    Now, there's a Twitter account associated with

3     RomUniverse.com; right?

4          A.    A Twitter account?

5                Possibly.  I know that I created a Twitter

6     account a while ago, but I don't think it was ever

7     utilized.

8          Q.    Well, you used it to send a Tweet in June of

9     2019, didn't you?

10         A.    In June of 2019?

11               March, April, May, June -- I'm not sure.  I

12    don't remember.  I don't remember if I did.

13         Q.    Are you the sole owner of that RomUniverse

14    Twitter account?

15         A.    Sole owner.

16               I believe that that information or that account

17    was actually given to an admin by the name Ben -- Ben10 I

18    believe is -- I don't remember, something with Ben in it.

19         Q.    What do you mean it was given to the admin named

20    Ben?

21         A.    The -- the information, the login information

22    was given at the request of him --

23         Q.    But you also --

24         A.    -- to that account.

25         Q.    -- had the login information for that

SEATTLE DEPOSITION REPORTERS, LLC

www.seadep.com     206.622.6661 * 800.657.1110   FAX: 206.622.6236

EXHIBIT 1
Page 34

Matthew Storman                                    October 30, 2020

Page 32

1    RomUniverse --

2         A.   That is --

3         Q.   -- Twitter account?

4         A.   That's correct.

5         Q.   You created that RomUniverse Twitter account?

6         A.   I believe so, yes.

7         Q.   I mean, you were the one that purchased the

8    RomUniverse domain name and created the web site, right; so

9    it makes sense that you were the one that created the

10   RomUniverse Twitter account?

11        A.   That is correct.

12        Q.   Open up Exhibit-20.

13        A.   Okay.

14        Q.   For the record, this is a screen shot of the

15   @RomUniverse Twitter account taken on March 20th, 2020.

16             (Exhibit-20 marked.)

17        Q.   Mr. Storman, do you recognize this as a screen

18   shot of the RomUniverse Twitter account?

19        A.   Yes.

20        Q.   And it says that the handle is @RomUniverse;

21   right?

22        A.   That is correct.

23        Q.   There's a link to RomUniverse.com?

24        A.   Yes, I see that.

25        Q.   That it joined April 2013?

EXHIBIT 1
Page 35

Matthew Storman                                    October 30, 2020

Page 33

1          A.    That is correct.

2          Q.    Okay, take a look at the Tweet from June 24th,

3     2019; do you see that?

4          A.    Yes, I see that.

5          Q.    Can you read that Tweet for me.

6          A.    It says "Hey you."  We -- "You know we have

7     Nintendo Switch Scene Roms.  They're uploaded when they are

8     dumped.  Check them out."

9                And then it lists the URL.

10         Q.    And so you sent that Tweet June 24th, 2019?

11         A.    I'm -- I'm questioning the actual *verbage or

12    verbiage that is used.  I don't -- I don't know if I would

13    have started this as "Hey you," and then, "You know we

14    have" -- this was 2019?  I mean, I guess it's possible.

15               I don't remember making that post.

16         Q.    So it's possible that you did Tweet that though?

17         A.    It's possible.

18         Q.    And when it says, They are uploaded when they

19    are dumped, what does that mean?

20         A.    "They're uploaded when they are dumped."

21               Oh, I'm assuming that it means that when the

22    game is released, they're uploaded to the site.

23         Q.    Uploaded by who?

24         A.    I don't know.

25         Q.    It says "You know we have Nintendo Switch Scene

EXHIBIT 1
Page 36

Matthew Storman                                    October 30, 2020

Page 34

1    Roms."

2              What are Nintendo Switch Scene Roms again?

3         A.   Nintendo -- Nintendo Switch Roms are games or

4    files that are dumped from cartridges.

5         Q.   That can be uploaded to the RomUniverse web site

6    and then downloaded by users?

7         A.   That is correct.

8         Q.   How does the download process of these ROMs from

9    RomUniverse.com work?

10             That is, how does a user get the ROM from

11   RomUniverse.com to their computer?

12        A.   They -- there's download links for the files

13   that are uploaded, and the user has an option to click on a

14   download button.

15        Q.   And so I assume that they -- first they go to

16   the RomUniverse.com web site; right?

17        A.   Correct.

18        Q.   They navigate the web site to find what specific

19   ROM they want to download; right?

20        A.   Correct.

21        Q.   For instance, the Switch ROM, there's a category

22   on the RomUniverse web site where they could go to download

23   Switch ROMs; right?

24        A.   That is correct.

25        Q.   And then they -- they find a specific game that

Matthew Storman                                    October 30, 2020

Page 35

1    they want, the Nintendo Switch game, and they click on that

2    game; right?

3        A.    That is correct.

4        Q.    Takes them to a new screen which shows that they

5    can download the Switch ROM, and then there's -- there's

6    comments from the users about the game?

7        A.    That -- that sounds correct.

8        Q.    And then they hit download, and then that

9    downloads the ROM of whatever game they are looking for;

10   right?

11       A.    Yes.

12       Q.    Have you ever downloaded any of the ROMs from

13   the web site?

14       A.    Ever downloaded any of the ROMs.

15            I would download files for testing to make sure

16   that the web site was functional, but I've never --

17       Q.    Can you explain that a little bit more?

18       A.    -- I've never -- yeah, so somebody might

19   complain that a -- that a file's not -- not able to be

20   downloaded, so I would go and I would download that file

21   just to verify that the file that was getting downloaded is

22   and was accessible.

23       Q.    I see.

24            Or what about if they like complained that the,

25   you know, whatever they downloaded isn't working, would you

EXHIBIT 1
Page 38

Matthew Storman                                    October 30, 2020

Page 36

1    go test to make sure that the file's actually there?

2           A.   I would verify only that the file was there.

3           Q.   Got it.

4                And now how does the upload process of the ROM

5    work?

6                And that -- what I mean there is, you know, the

7    users went -- visited the web site to download the ROMs,

8    how did the ROM get there in the first place?

9           A.   So the admins -- maybe I'll give you some --

10   some -- some historical data.

11          Q.   Okay.

12          A.   When I purchased the web site back in 2009, the

13   admins -- most of the admins were already there.  So all I

14   did was inherited an existing web site, and with existing

15   content, and then with the admins already doing what they

16   were doing, and that is uploading files to the web site.

17          Q.   So the admins are the ones that have uploaded

18   the ROMs to the web site?

19          A.   That is correct.

20          Q.   And you've never uploaded a single ROM?

21          A.   Have I uploaded a single ROM?

22               I -- I would say that I have uploaded files,

23   yes.  ROMs, again --

24          Q.   How many?

25          A.   -- I don't know the -- I don't know the validity

EXHIBIT 1
Page 39

Matthew Storman                                    October 30, 2020

Page 37

1    of the files that I uploaded or the files that I have

2    uploaded.

3          Q.    Well, what type of files did you upload?

4          A.    I don't even -- I can't even -- I don't even

5    remember what files I had uploaded.

6          Q.    Where would you get these files that you

7    uploaded?

8          A.    Off the internet, off torrent sites, or off

9    other ROM sites that exist.

10         Q.    But you'd go get these -- these files indicated

11   they were, for instance, Nintendo ROMs, right, from a --

12         A.    Right.

13         Q.    -- different torrent site, or from a different

14   ROM site, and then upload them --

15         A.    Right.

16         Q.    -- to RomUniverse.com?

17         A.    That is correct.

18         Q.    Okay.  And the -- and the files you uploaded,

19   they -- whether you verified what was actually on them,

20   they did indicate that they were ROMs of Nintendo games;

21   right?

22         A.    That is correct.

23         Q.    Okay.  And -- and you uploaded, for instance,

24   files that indicated that they are ROMs of Nintendo Switch

25   games?

Matthew Storman                                    October 30, 2020

Page 38

1        A.    That is correct.

2        Q.    And ROMs that indicated they were ROMs of

3    Nintendo 3DS games?

4        A.    Correct.

5        Q.    How many ROM files, or files that indicated they

6    were ROM of Nintendo games, would you say you uploaded

7    versus your admins?

8              Were the majority uploaded by yourself or by the

9    admins?

10       A.    A majority were uploaded by the admins.

11       Q.    Did you ever direct any of the admins to upload

12   the ROMs?

13       A.    It's possible.  I don't -- I don't remember an

14   occurrence off the top of my head where that has happened

15   or where I did, but it is possible.

16             MR. MARCELO:  Can we go off the record for one

17   second.

18             THE VIDEOGRAPHER:  Going off record.  The time

19   now is 9:51 a.m.

20                  (Recess at 9:51 a.m.)

21                  (Reconvened at 10:02 a.m.)

22             THE VIDEOGRAPHER:  Back on the record.  Time now

23   is 10:02 a.m.

24       Q.    Mr. Storman, you understand you're still under

25   oath; right?

Matthew Storman                                    October 30, 2020

                                                           Page 39

     1        A.    Yes.

     2        Q.    And we were just talking about when you would

     3   upload files to RomUniverse.com, and there was indication

     4   that those files were ROMs for various Nintendo games; did

     5   you have any reason to believe that they were not, in fact,

     6   ROMs for Nintendo games?

     7        A.    Not necessarily, but without me -- without a

     8   verification, I couldn't say for sure whether or not

     9   those -- those were.

    10        Q.    Right, you --

    11        A.    So it indicated on the web -- indicating things

    12   on the web site didn't necessarily mean that the files were

    13   tested for validity.

    14        Q.    Right.

    15              You hadn't verified it, but you did think they

    16   were ROMs from Nintendo games; right?

    17        A.    I didn't have any -- any reason to think that

    18   they weren't.

    19        Q.    And you said that you would categorize the ROMs

    20   that were uploaded; what did you mean by that?

    21        A.    I don't think I said I, I think I said there was

    22   categorization of consoles.  That -- that stuff wasn't

    23   really done by me.  Categorizing of files and things of

    24   that nature, the admins did what they -- what they thought

    25   was necessary.

Matthew Storman                                    October 30, 2020

Page 40

1        Q.   Okay.  So at no point did you categorize any of
2    the Nintendo ROMs; right?
3             You didn't put the Nintendo ROM in the Nintendo
4    Switch category, the admins did that?
5        A.   That is correct.
6        Q.   Where was the data for these Nintendo ROMs and
7    other ROMs stored?
8        A.   The data was stored on the -- a server, a file
9    server.
10       Q.   What company owned the file servers?
11       A.   I believe it was Hurricane Electric.
12       Q.   And you had some sort of agreement with them for
13   the storage space?
14       A.   That is correct.
15       Q.   Okay.  And that agreement was essentially you
16   paid them a certain amount of money, and they allowed you
17   to store data on their servers?
18       A.   That is correct.
19       Q.   And you could delete that data, you could delete
20   the ROMs; right?
21       A.   I could delete any data that's on that server;
22   correct.
23       Q.   You could block users from visiting
24   RomUniverse.com?
25       A.   There -- there was users that were blocked,

EXHIBIT 1
Page 43

Matthew Storman                                    October 30, 2020

Page 41

1    correct.

2         Q.   And you could change the appearance of the web

3    site; right?

4         A.   That is correct.

5         Q.   You could change what ROMs were available or not

6    available on the web site?

7         A.   That is correct.

8         Q.   There was a premium membership option for

9    RomUniverse.com; right?

10        A.   That is correct.

11        Q.   And you offered users the ability to purchase

12   that premium membership for $30 a year?

13        A.   It was -- it kind of varied.  There was a yearly

14   membership, and then there was a lifetime membership

15   where -- and I think at -- I think at one point it was

16   yearly, and then it changed to just $30 outright.

17        Q.   What were the benefits of purchasing the premium

18   membership?

19        A.   Faster download speeds, more concurrent

20   downloads, more than the one that they were currently

21   offered or allowed to.

22             I'm trying to think of any other benefit.  I --

23   I don't recall what the other -- the other points were.

24        Q.   And when you say faster download speed, you mean

25   if you were a premium user, and you paid that $30, you

Matthew Storman                                    October 30, 2020

                                                        Page 42

1    could download the ROMs at a higher speed than a member

2    that didn't pay the -- the membership fee?

3         A.    That is correct.

4         Q.    And the more -- did you say more connections for

5    downloads?

6         A.    Yeah, I mean, that they can download concurrent

7    files --

8         Q.    I see, so --

9         A.    -- more than one.

10        Q.    -- a premium user could download multiple files

11   at the same time, multiple ROMs at the same time, and a

12   free user could only download one ROM at a time?

13        A.    That is correct.

14        Q.    Was there any benefit to, for instance, being

15   able to download the number of total ROMs a user could

16   download?  For instance, could a premium member download as

17   many ROMs as they wanted, while a free user was only

18   limited to, for instance, five a day or something?

19        A.    I think that -- I think that limitation was

20   (audio interruption) --

21             THE COURT REPORTER:  We lost your audio.

22             MR. MARCELO:  I lost your audio, Mr. Storman.

23             Let's go off the record for a second.

24             THE VIDEOGRAPHER:  Going off record.  Time now

25   is 10:08 a.m.

Matthew Storman                                    October 30, 2020

                                                            Page 43

 1                   (Recess at 10:08 a.m.)

 2                   (Reconvened at 10:011 a.m.)

 3              THE VIDEOGRAPHER:  Back on record.  Time now is

 4    10:11 a.m.

 5              MR. MARCELO:  Madam Court Reporter, can you

 6    reread the last question, because I think we missed Mr.

 7    Storman's answer.

 8                   (Reporter read back as requested.)

 9         A.   Yeah, so there was -- there was a limit on the

10    number of -- at one time there was a limit to the number of

11    files that a regular user could download, and then a

12    premium user didn't have that limitation.

13         Q.   Understood.

14              So if you open up Exhibit-11.

15                   (Exhibit-11 marked.)

16         Q.   For the record, this is the complaint filed by

17    Nintendo in this lawsuit.

18         A.   Okay.

19         Q.   Do you recognize the document?

20         A.   Yes, I do.

21         Q.   And it's the complaint that Nintendo filed and

22    served; right?

23         A.   Correct.

24         Q.   Okay, if you can go to page 11 of the complaint.

25         A.   Page 11, okay.

EXHIBIT 1
Page 46

Matthew Storman                                    October 30, 2020

Page 44

1        Q.   You see under paragraph 37, there's a screen

2    shot?

3        A.   Yes, I see that.

4        Q.   And the screen shot, you recognize that as a --

5    a screen shot as part of the RomUniverse web site?

6        A.   Yes, that looks familiar.

7        Q.   Okay.  And it's about the benefits for upgrading

8    to premium; right?

9        A.   That is correct.

10       Q.   So there's a list of benefits, the first one

11   being "Download 20 files at once"; right?

12       A.   Correct.

13       Q.   And that's what you were talking about, that a

14   user that's a premium user and paid for this membership

15   could download at the same time 20 different ROMs, while a

16   free user could only download one ROM?

17       A.   Yeah, they could download files.  I'm not going

18   to call these, because there was other additional files on

19   the web site besides Nintendo content.

20       Q.   I see.

21            And they also had unlimited downloads of all

22   their content on the web site, the Nintendo content and the

23   other content?

24       A.   Unlimited downloads.

25            That is correct.

Matthew Storman                                October 30, 2020

                                                    Page 45

 1          Q.   And unlimited speed, does that mean the free
 2     users were capped at a download speed while the premium
 3     users could download at whatever internet speed they had?
 4          A.   That is correct.
 5          Q.   The fourth bullet, what is access to premium --
 6     premium only content?
 7          A.   I don't -- I think a while ago there was content
 8     that was limited, meaning that -- limited to specific
 9     users, like guests, or normal members could only download
10     from one category, and then premium members could download
11     from all the categories.  I think -- I think that's
12     originally what this -- what this was.
13          Q.   And by categories, do you mean, for instance,
14     the free user might be able to download Nintendo DS ROMs,
15     but a premium user could download Nintendo Switch ROMs and
16     all the other ROMs or files on the web site?
17          A.   Yes, I -- I would -- I would agree with that
18     statement.
19          Q.   And the last bullet point, "Get entered into
20     giveaways for a chance to win cool merchandise."
21               Did you ever give away merchandise to premium
22     users?
23          A.   There was one time that I did.  I gave away -- I
24     bought a 3DS, I believe, and gave it away to actually,
25     coincidentally enough, there was somebody nearby where I

Matthew Storman                                    October 30, 2020

Page 46

1    lived that got that.

2         Q.   Okay.

3         A.   And it was -- it was just like a random drawing

4    where I went through and got a list of premium members, and

5    then randomized it, and then picked a -- a random premium

6    member.

7         Q.   Do you recall if there were any other benefits

8    that premium users, the ones that paid this fee, had that

9    free users did not have?

10        A.   I don't -- I don't recall.  Not that I'm aware

11   of.  Not that -- not that rings a bell or comes to my brain

12   right away.

13        Q.   You used the payment processor Gumroad to

14   process these premium fees; right?

15        A.   Correct.

16        Q.   Did you use any other payment processors?

17        A.   So before I used Gumroad, there was -- let me

18   back up.  Let me go back far -- go back to almost the

19   beginning.

20             Originally I was using PayPal, and then

21   PayPal -- I stopped using PayPal because they stopped

22   allowing me to -- to utilize their service.

23        Q.   When did you --

24        A.   I don't remember -- I'm sorry, say again?

25        Q.   When did you start using PayPal to process the

EXHIBIT 1
Page 49

Matthew Storman                                    October 30, 2020

Page 47

1    payments for these premium fees?

2         A.   So that was in two-thousand-and -- I think 2010

3    or so.

4         Q.   And when did you -- when did PayPal stop

5    providing their services as the payment processor?

6         A.   I want to say two-thousand-and-maybe-twelve or

7    so.

8         Q.   And then at that point you switched to using

9    Gumroad as the payment processor for these premium fees?

10        A.   No, there was other payment processors during

11   that time.  I -- I -- I just don't remember off the top of

12   my head or have any -- I just don't remember what the

13   names -- the names of the processors were, but it was -- it

14   was a temporary thing.  Maybe for like a month I would use

15   a payment processor, and then another month I -- there

16   were -- you know, I would stop using that one, and then I

17   would go to another one.

18        Q.   When did you --

19        A.   I -- I just don't remember the -- the names.

20        Q.   When did you start using Gumroad as the payment

21   processor for these premium fees?

22        A.   So it was probably around two-thousand-and -- I

23   don't remember.  I don't remember the -- the exact date.  I

24   want to say maybe 2016; 2016, 2017, somewhere around there.

25        Q.   Okay.  And you were offering the premium

Matthew Storman                                        October 30, 2020

Page 48

1    memberships since about 2010; right?

2        A.    That is correct.

3        Q.    Did the price change at all, or was it always

4    $30?

5        A.    I think it changed.  I think the original price

6    was $28, and then $28 for a lifetime, and then it switched

7    to $60 for a lifetime, that was a temporary thing, and then

8    it switched to $60 a year, and then it switched to 30 a

9    year, and 30 a lifetime.  It was always -- it was always

10   changing.

11       Q.    Do you remember when it changed to $30 as a

12   one-time fee for lifetimes?

13       A.    I want to say two-thousand-and -- 2017 or so.

14       Q.    And so before that, it was $30 annually; right?

15       A.    I believe that's correct.

16       Q.    When did it switch to being $30 annually?

17       A.    When did it switch to being $30 annually?

18       Q.    Right, so I guess we can start at the -- at the

19   end.

20             So is $28, you said, for a lifetime initially,

21   that was the first price?

22       A.    Correct.

23       Q.    And that was from 2010 until when?

24       A.    That was from 2010 until like

25   two-thousand-and -- honestly, I -- I don't even remember.

Matthew Storman                                    October 30, 2020

Page 49

 1    It's just a guess, it's an estimate, I don't really know
 2    the exact date, but I want to say it was that way for maybe
 3    two years, two or three years.
 4         Q.   Okay.  And then it switched to $60 for a
 5    lifetime; right?
 6         A.   Correct, then it went to 60 for a lifetime --
 7         Q.   And how long was it $60 for a lifetime,
 8    approximately?
 9         A.   Not very long.  It was probably only a few
10    months.
11         Q.   And then it switched to $60 annually; how long
12    was it at that price?
13         A.   At $60 annually?  Probably another two months or
14    so.
15         Q.   And then it switched to $30 annually; do you
16    recall how long it was at that price?
17         A.   A few years I'm assuming, I'm guessing.
18         Q.   Okay.  What account is connected with the
19    Gumroad payment processor on RomUniverse.com?
20         A.   What do you mean?
21         Q.   Well, there's an account that you gotta sign up
22    with -- there's an account that you had to sign up with
23    with Gumroad; right?
24         A.   That is correct.
25         Q.   And what account did you use to sign up for that

Matthew Storman                                    October 30, 2020

                                                        Page 50

1    payment processing?

2         A.    It was admin@romuniverse.com.

3         Q.    Do you recall using an account called Namrots,

4    N-A-M-R-O-T-S?

5         A.    Namrots.

6               Oh, yes, I do recall that, correct.

7         Q.    And is that the account connected with the

8    Gumroad payment processing?

9         A.    That is correct.

10              So there was two accounts that I opened, one

11   with Namrots, one with admin@romuniverse.com -- or

12   admin@namrots.com, and the other one is

13   admin@romuniverse.com.

14        Q.    And both accounts were used in connection with

15   the premium fees paid at RomUniverse.com?

16        A.    So one was used for maybe a month.  The

17   admin@romuniverse account was used for maybe a month or so,

18   and then I used the admin@namrots.com.

19        Q.    Now, Hector Storman is listed as the owner of

20   the Namrots account; who is Hector Storman?

21        A.    That's my father.

22        Q.    Is he the owner of the Namrots account?

23        A.    No, I'm the owner of the Namrots account.

24        Q.    Is Hector Storman involved at all with

25   RomUniverse.com?

Matthew Storman                                October 30, 2020

Page 51

1        A.    Not at all.

2        Q.    Why is he listed as the account holder for the

3    Namrots account that's connected to payment processing for

4    RomUniverse premium fees?

5        A.    So Namrots would -- was actually -- so there

6    was, again, intermediary payment prosser -- processors.  So

7    I would actually utilize Namrots as a payment processor for

8    RomUniverse.  They utilized Namrots -- or they used --

9    utilized Gumroad.

10       Q.    Sorry, so explain again how -- how Namrots and

11   Hector Storman is connected to RomUniverse?

12       A.    So Namrots is -- so Namrots was the payment

13   processor for RomUniverse.  Rom -- Namrots used Gumroad as

14   the ad payment processor as well, so in addition to.  So

15   RomUniverse would -- or myself -- would utilize the Namrots

16   Gumroad account to process payments.

17       Q.    Was Hector Storman aware that you were using his

18   Namrots account to process these payments?

19       A.    Yes.

20       Q.    And he was aware what these payments were for?

21       A.    No.

22       Q.    Did he receive any of the fees that were paid to

23   become a premium member at RomUniverse.com?

24       A.    No.

25       Q.    Was Hector Storman an admin for RomUniverse.com?

Matthew Storman                                      October 30, 2020

                                                              Page 52

1        A.    No.

2        Q.    Now, you advertised these premium memberships as

3    various gifts through RomUniverse; right?

4        A.    I'm sorry, say -- repeat the question.

5        Q.    Sure.

6              You advertised these premium memberships as

7    gifts through -- gifts, G-I-F-T-S -- through

8    RomUniverse.com, right?

9        A.    As gifts.

10             Yes.

11             I mean, they -- they could be.  They could be

12   given away to somebody else, that is correct.

13       Q.    Go ahead and open up Exhibit-22.

14       A.    Okay.

15             (Exhibit-22 marked.)

16       Q.    This is a PDF pulled -- that was pulled from

17   RomUniverse.com.

18             Do you recognize this?

19       A.    Yes.

20       Q.    Okay.  And what is it?

21       A.    It was -- it was an idea that I had to hand out

22   to people in person.  It was -- it never -- it never did

23   anything, and I never went anywhere with it.  It was just

24   like an advertisement.  It was never printed out or -- or

25   distributed to anybody by me.

Matthew Storman                                    October 30, 2020

Page 53

 1          Q.    Okay.  But it was available on the
 2     RomUniverse.com web site?
 3          A.    That is correct.
 4                    (Audio interruption.)
 5                THE WITNESS:  Wait, did you guys hear that?
 6                THE VIDEOGRAPHER:  Yes.
 7                MR. MARCELO:  Can we go off the record for a
 8     moment?
 9                THE VIDEOGRAPHER:  Going off record.  Time now
10     is 10:27 a.m.
11                    (Recess at 10:27 a.m.)
12                    (Reconvened at 10:32 a.m.)
13                THE VIDEOGRAPHER:  Back on record.  Time now is
14     10:32 a.m.
15          Q.    Mr. Storman, you understand you're still under
16     oath; right?
17          A.    Yes.
18          Q.    Backtracking a little bit, you were using these
19     promotions shown in Exhibit-22 to promote the
20     RomUniverse.com web site; right?
21          A.    That is correct.
22          Q.    And to promote the sale of the premium
23     memberships to the web site; right?
24          A.    That is correct.
25          Q.    Okay, now on Exhibit-22 it says "The Ultimate

Matthew Storman                                        October 30, 2020

Page 54

1    Gamer's Birthday Gift"; do you see that?

2         A.   Yes, I see that.

3         Q.   And then it says "Buy a premium unlimited

4    account for someone special"; right?

5         A.   That is correct.

6         Q.   It says "Gift for," and then "From."

7         A.   Mm-hm.

8         Q.   And then underneath that, can you read to me

9    that sentence?

10        A.   All right, it says:  1000s of game roms, movies,

11   isos, e-books.  Including Switch, Wii, 3DS/DS, GBA and more

12   Unlimited downloads for only $30.

13        Q.   Okay.  So you were promoting that if you bought

14   this premium membership for somebody, they could have

15   unlimited downloads of the Switch, Wii, 3DS, Game Boy

16   Advance, and more of the Nintendo ROMs; right?

17        A.   That is correct.

18        Q.   Did RomUniverse.com track the number of times

19   users downloaded the various ROMs on the web site?

20        A.   It -- it tracked the clicks of the download

21   button.  It didn't necessarily track a completed download,

22   because it had no -- it has no way to verify that.

23        Q.   So it tracked if somebody had navigated to that

24   ROM, pressed download, that would count one as a download

25   whether or not they canceled it; right?

EXHIBIT 1
Page 57

Matthew Storman                                    October 30, 2020

Page 55

1        A.    Well, whether or not they canceled it, or it was

2   completed, or an issue on the server.  If there was an

3   issue with the actual file, it would still count that as a

4   download.

5        Q.    And that number that used to track those

6   downloads, that used to be available on the RomUniverse.com

7   web site, right, people could see that number?

8        A.    Yes.

9              And it's -- it's interesting because that

10  value -- so it showed downloads in the front end, the

11  actual database value said download requests, and that's

12  the value that got incremented.  So it's as many -- it's --

13  that's -- so that value is the amount of requests for that

14  file to be downloaded.

15       Q.    Essentially the number of times users attempted

16  to download that ROM; right?

17       A.    I would -- I would say that's true, yes.

18       Q.    Okay.  When were the download numbers that used

19  to be displayed on the RomUniverse web site removed from

20  the web site?

21       A.    I -- I do not know.  I don't -- I don't have

22  that information.

23       Q.    Was it immediately after Nintendo filed its

24  lawsuit?

25       A.    I know that those values existed prior to the

EXHIBIT 1
Page 58

Matthew Storman                                      October 30, 2020

Page 56

1    lawsuit.  I -- I don't -- actually, can I say that?  I

2    don't remember the -- I guess what -- what I should maybe

3    backtrack a little bit and say that I don't really know or

4    remember seeing those because I had not visited those --

5    that section in a year or so.  So I couldn't say -- I

6    couldn't say when those values were removed.

7           Q.   Were you the one that removed the values from

8    being displayed on the web site?

9           A.   No.

10          Q.   Who did?

11          A.   I do not know.

12          Q.   Was it one of the admins?

13          A.   I don't believe so.  I think that what I -- what

14   I found is that I periodically uploaded or updated the

15   software that -- or I'm going to say the content management

16   sys -- software that the web site runs on, and I think what

17   had happened is during that update, it removed values for

18   that download plug-in.  If -- I know it's kind of confusing

19   of what I'm trying to say, but what I'm saying is that an

20   update to the system may have removed those values.

21          Q.   Let's open Exhibit-29.

22          A.   Okay.  Okay, I see that.

23               (Exhibit-29 marked.)

24          Q.   This is a screen shot from the Wayback Machine,

25   which is the webarchive.org.

Matthew Storman                                    October 30, 2020

                                                        Page 57

1              Have you ever used the Wayback Machine before?

2       A.     Yeah, I have.

3       Q.     And you know what it is generally?

4       A.     Yes, generally I do.

5       Q.     And what is it?

6       A.     It's just a -- it keeps, I think, caches, and

7    stores web sites and their data that exists on the web

8    sites for archival purposes.

9       Q.     Okay.  And so this a screen shot from the

10   Wayback Machine from March 18th, 2019; do you see that?

11      A.     I see that, correct.

12      Q.     And does this appear to be a screen shot of

13   RomUniverse.com?

14      A.     Yes, it does.

15      Q.     Okay.  So on the March 18th, 2019, screen shot,

16   you'll see on the right side, it says "Downloads"; right?

17      A.     Correct.

18      Q.     And these are what we were discussing, the

19   various times users attempted to download ROMs from these

20   different categories; right?

21      A.     That is correct.

22      Q.     Okay.  And so, for instance, on the bottom of

23   the first page, one of the categories is "Nintendo 3DS

24   Roms"?

25      A.     Yes, that is correct.

EXHIBIT 1
Page 60

Matthew Storman                                    October 30, 2020

                                                        Page 58

1        Q.    And it states that there were over 3,000 files?

2        A.    That is correct.

3        Q.    And the downloads that listed as 392,201

4    downloads?

5        A.    That is what it says, correct.

6        Q.    Okay.  And if you scroll down to page 3, the

7    first category listed, "Nintendo Switch Roms"; right?

8        A.    You mean page 4?  Wait.

9        Q.    Of the PDF.

10            Sorry, it would be page 5 of the PDF.

11       A.    Oh, gotcha.

12            Okay, yes, I see that.  That's correct.

13       Q.    Okay.  And so the screen shot from the

14   RomUniverse.com web site as of March 18th, 2019, lists that

15   there was 185,492 attempted downloads of Nintendo Switch

16   ROMs?

17       A.    That is correct.

18       Q.    And these -- you recall these download numbers

19   as they're shown here being visible on the RomUniverse.com

20   web site; right?

21       A.    That is correct.

22       Q.    And let's go back to Exhibit-11.

23       A.    Okay.

24       Q.    Go to page 7 -- or apologies, page 8.

25       A.    Okay.  All right, I see that.

Matthew Storman                                    October 30, 2020

Page 59

1        Q.    Under paragraph 29, you see the screen shot?

2        A.    Under paragraph 29.

3              Okay, wait.  Page 8 in the PDF or page 8 of the

4    actual file itself?

5        Q.    Page 7 of the complaint, page 8 in the PDF.

6        A.    Okay.  Okay, so yes, I see number 29, correct

7        Q.    Okay, and there's a screen shot of RomUniverse

8    underneath that; right?

9        A.    Yes, that is correct.

10       Q.    And this is a screen shot of the same categories

11   that were shown in the prior exhibit; right?

12       A.    That is correct.

13       Q.    And so, for instance, one of the categories is

14   "Nintendo 3DS Roms"; you see that?

15       A.    Yes.

16       Q.    And the download numbers there say 401,325;

17   right?

18       A.    That is correct.

19       Q.    And I'll represent to you this screen shot was

20   taken in September of 2019.  Do you recall these download

21   numbers being available on the web site in September of

22   2019?

23       A.    I don't recall when -- I don't remember when

24   those numbers were available.  I can see that you guys

25   attached a screen shot, and it was in the complaint, but I

Matthew Storman                                    October 30, 2020

Page 60

1    don't remember looking at the categories and seeing the

2    actual counts.

3         Q.    Sure.

4               Let's turn to Exhibit-28.

5         A.    Okay, 28.   Okay.

6                    (Exhibit-28 marked.)

7         Q.    Now, this is the screen shot of the same

8    categories from RomUniverse.com; do you see that?

9         A.    Yes, I see that.

10        Q.    And this was taken, you see the time stamp in

11   the bottom left, on September 13th of 2019?

12        A.    Yes, I see that.

13        Q.    But in this screen shot, there are no download

14   numbers for the various categories displayed; right?

15        A.    That is correct.

16        Q.    Now, the complaint Nintendo filed was filed on

17   September 10th, and then served on you on September 12th;

18   do you recall that?

19        A.    That sounds right.

20        Q.    And then the very next day, the download

21   numbers -- on September 13th, the download numbers

22   disappeared from the RomUniverse.com web site.

23        A.    Okay.

24        Q.    So are you saying that that's a coincidence that

25   those numbers stopped being displayed the day after you

Matthew Storman                                    October 30, 2020

                                                        Page 61

1    were served with Nintendo's complaint?

2         A.    Um, I would say that, yes.

3         Q.    You removed the download numbers after receiving

4    the complaint; right?

5         A.    I removed -- no, I did not remove the download

6    numbers or the counts after receiving the complaint.

7         Q.    Did you share the complaint with any of the

8    admins after receiving the complaint?

9         A.    I did not; however, it was posted on the

10   internet, and I was contacted by news outlets wanting to

11   discuss the complaint, so that complaint was available to

12   everybody publicly.

13        Q.    Well, you said these download numbers were

14   removed from being able to be viewed because of some

15   changes you had made to the web site generally; right?

16        A.    That is correct.

17              So what I -- what I thought was when I updated

18   the script to a newer version, that it -- the template had

19   changed for -- for the RomUniverse site.

20        Q.    But when you --

21        A.    Now --

22        Q.    -- changed this to a new template, that was

23   after September 12th; right?

24        A.    No, I didn't change it to a new template, I'm

25   saying that the template may have changed when I updated

EXHIBIT 1
Page 64

Matthew Storman                                    October 30, 2020

Page 62

1    the software.

2         Q.   Well, you updated the software after September

3    12th, after you were served; right?

4         A.   That is correct.

5         Q.   And you did it before September 13th, before

6    this screen shot was taken?

7         A.   That is correct.

8         Q.   Did you make any other changes to this liti --

9    to this web site after the litigation began?

10        A.   Inadvertent changes.  I would say the -- I would

11   say the previous changes to the web site were inadvertent

12   changes just based upon the software.  I don't recall any

13   other -- I don't recall any changes that I've made to the

14   web site after or since, after the complaint was filed.

15        Q.   Other than the changes that removed these

16   download numbers from being viewed?

17        A.   Well, I would say inadvertent changes to the --

18   to the download counts.

19        Q.   Were there any other inadvertent changes after

20   you received Nintendo's complaint?

21        A.   I'm not sure.  I didn't -- I didn't really visit

22   the web site on a -- on a regular basis after the complaint

23   was filed.  So I --

24        Q.   But you don't --

25        A.   -- I don't keep track -- I don't keep track of

Matthew Storman                                    October 30, 2020

                                                        Page 63
1    changes that are made to the site, especially since there's

2    other people that have access to -- to the web site --

3         Q.   So you don't know one way or --

4         A.   -- as far as admins are --

5         Q.   -- another whether changes were made to the web

6    site after you received Nintendo's complaint?

7         A.   That is correct.

8         Q.   And you don't know one way or another whether

9    you made changes to the web site after receiving Nintendo's

10   complaint?

11        A.   I don't know of any intentional changes.  I

12   mean, I know of intentional changes, that if I had made

13   intentional changes, I would know of those changes.

14   Inadvertent changes to the web site, I would not know those

15   changes.

16        Q.   Well, did you change anything regarding the web

17   site after you were served with the complaint?

18        A.   Um, I don't recall any changes.  I don't recall

19   any specific changes that I -- that I made, intentional

20   changes.

21        Q.   Let's go to what is marked in your list as

22   Exhibit-11A.  This is actually Exhibit-A to the complaint.

23        A.   Okay, I see this.

24                  (Exhibit-11A marked.)

25        Q.   Do you recognize this, Exhibit-A to the

Matthew Storman                                      October 30, 2020

Page 64

1    complaint?

2         A.   Yes, looks familiar.

3         Q.   Okay.  And you see the -- the case stamp, a

4    filing stamp, at the top of the document?

5         A.   That is correct.

6         Q.   Okay.  Now, Exhibit-A, it lists Nintendo's

7    registered copyrights; do you see that?

8         A.   Yes, I see that.

9         Q.   And you don't dispute that Nintendo owns the

10   copyrights listed in Exhibit-A; right?

11        A.   I do not dispute that, correct.

12             (Exhibit-11B marked.)

13        Q.   And Exhibit-B, if you open up Exhibit-11B.

14        A.   11B.  Okay, I see that.

15        Q.   That was also attached to the complaint listing

16   Nintendo's registered trademarks; right?

17        A.   Correct.

18        Q.   And you don't dispute that Nintendo owns those

19   trademarks listed in Exhibit-B?

20        A.   That is correct.

21        Q.   Does RomUniverse.com have a registered DMCA

22   agent?

23        A.   It does, yes.

24        Q.   And who is that?

25        A.   That's myself.

Matthew Storman                                          October 30, 2020

Page 65

1        Q.    When did you register to become the DMCA agent

2    for RomUniverse.com?

3        A.    I believe it was February of 2020.

4        Q.    Okay.  And prior to that, there was not a

5    registered DMCA agent for the web site; right?

6        A.    That is -- that is correct.

7        Q.    And you received -- you allege that you received

8    DMCA takedown notices from Nintendo; right?

9        A.    That is correct.

10       Q.    And you also assert there was an implied

11   contract between you and Nintendo?

12       A.    Yes, that's correct.

13       Q.    What were the terms of that contract?

14       A.    The way that I saw the implied contract was

15   basically the DMCA takedown notices between -- that

16   Nintendo had sent me, where it would talk about hey -- or

17   where it would say -- I don't -- I don't remember that -- I

18   don't remember the specific clause in the takedown notice,

19   but it effectively said if you don't want to go to court,

20   remove these -- remove the file that they were requesting

21   or Nintendo was requesting to be taken down.

22       Q.    Was every DMCA notice an implied contract?

23       A.    To me, yes.

24       Q.    Did you receive any other communications, other

25   than DMCA takedowns, from Nintendo?

Matthew Storman                                    October 30, 2020

Page 66

1        A.   No.

2        Q.   Did you ever speak with anyone from Nintendo?

3        A.   No.

4        Q.   No phone calls with anyone?

5        A.   That is correct, no phone calls.

6        Q.   And did you ever respond to any of the DMCA

7    takedowns?

8        A.   I did.

9        Q.   In email?

10       A.   Correct.

11       Q.   Now, you said you had produced all the

12   correspondence with Nintendo.  We haven't seen any emails

13   from you back to Nintendo.  Did you produce those

14   documents?

15       A.   I believe I -- didn't I -- I attached the

16   infringement notices.

17            Just a second.

18       Q.   I don't need you to look it up right now.

19       A.   Yeah, I --

20       Q.   You do recall responding to the emails from

21   Nintendo?

22       A.   That is correct.

23       Q.   Okay.

24       A.   No, I -- I didn't respond to every notice, but I

25   did respond to most where I said file has been removed or

Matthew Storman                                    October 30, 2020

Page 67

1    something similar to that.

2         Q.   Okay.  So when you responded, it was generally

3    to say that the specific file that was requested had been

4    removed?

5         A.   That is correct.

6         Q.   So whenever you received one of these DMCA

7    notices, you took the reported content down?

8         A.   That is correct.

9         Q.   How soon would you take them down after

10   receiving the notice?

11        A.   Within a day or so, day or two.

12        Q.   Let's open Exhibit-1.

13        A.   Okay.

14               (Exhibit-1 marked.)

15        Q.   This is an email that you produced, sent Friday,

16   November 9th, 2018; do you see that?

17        A.   Yes, I see that.

18        Q.   And is this one of the notices you're claiming

19   that's a DMCA notice to you?

20        A.   That is correct.

21        Q.   Okay, and this notice was sent to

22   admin@romuniverse.com, as well as abuse@enom.com, and

23   support@gumroad.com; right?

24        A.   That is correct.

25        Q.   Was this a DMCA notice to you or to the

Matthew Storman                                    October 30, 2020

Page 68

1    registrar?

2           A.   So this was a notice to myself,

3    admin@romuniverse, so -- well, I guess it was an -- it was

4    an email to all three.  So it was an email to myself,

5    admin@romuniverse, an email to the registrar, enom.com, and

6    an email to the payment processor, Gumroad.

7           Q.   Okay, and -- and they listed two files to be

8    removed, right, at the bottom?

9           A.   Let me see.

10               That is correct.

11          Q.   And you removed both of those in response to

12   this takedown?

13          A.   That is correct.

14          Q.   Let's open up Exhibit-16.

15          A.   Exhibit-16.  Correct.

16               (Exhibit-16 marked.)

17          Q.   This is a screen shot of RomUniverse.com taken

18   June 18th, 2019; do you see that?

19          A.   Yes, I see that.

20          Q.   Okay, and you see at the very bottom the URL of

21   this screen shot?

22          A.   Correct.

23          Q.   Now, if you can compare that URL with the first

24   URL listed in Exhibit-1, they're identical; right?

25          A.   That is correct.

Matthew Storman                                    October 30, 2020

Page 69

1        Q.    Okay.  So you didn't take down that reported

2    content, did you?

3        A.    No, I did.  If you would have clicked on the

4    premium, the download button, the actual file would have

5    said file not found.

6        Q.    So you're saying that you couldn't download this

7    file?

8        A.    That is correct.  If you clicked on the premium

9    button or the fast download button, the actual file was

10   removed.

11       Q.    Now, Mr. Storman, that's not true, is it?

12             I'll represent to you this is one of the files

13   Nintendo downloaded as part of this complaint, downloaded

14   and played; so this file wasn't removed, was it?

15       A.    No, it was removed.

16       Q.    You're testifying under oath that you are

17   certain that this file was removed?

18       A.    I am saying that I go through all the DMCA

19   notices, and I remove the files.  I don't re -- I do not

20   remove the actual front-facing file, but I do remove the

21   actual file itself.

22       Q.    So you're saying it's impossible for Nintendo to

23   have downloaded this content on June 18th of 2019; right?

24       A.    No, I'm not saying it's impossible, I'm saying

25   that maybe I skipped or did not remove that file, that's a

Matthew Storman                                    October 30, 2020

Page 70

1    possibility, that I made a mistake in not removing the

2    actual file, but --

3          Q.   So you don't know one way or another whether you

4    removed that file; right?

5          A.   Usually I go through the list, the DMCA

6    complaints, and I remove the files.

7          Q.   But for this specific file, Splatoon 2, you

8    don't know if you removed that file?

9          A.   I do not.  I do not -- I go through the list,

10   and then I move the DMCA or the takedown notice into

11   another folder.  It is possible that I overlooked this one.

12   If you guys -- look, if you -- if you were able to download

13   it, then I obviously missed -- this file was not removed.

14         Q.   Let's go to Exhibit-32.

15         A.   Okay.

16              (Exhibit-32 marked.)

17         Q.   Is this another one of the DMCA notices to you?

18         A.   Yes, that is correct.

19         Q.   And did you remove all the files reported to you

20   in this DMCA notice?

21         A.   I don't.  I don't remember removing this file.

22              Like -- like the other DMCA notices, and like I

23   explained earlier, as I go through and receive them, I

24   remove the file, and then I move the actual -- the actual

25   takedown notice into another folder.  So it is possible

Matthew Storman                                          October 30, 2020

Page 71

1    that some of these files got overlooked.

2          Q.   So you don't know one way or another whether you

3    removed these reported files from RomUniverse.com; right?

4          A.   I don't know about these specific files, but I

5    do know of files that I have removed from the site, but --

6          Q.   Do you have a list of those files?

7          A.   I don't have a list of those files.

8          Q.   Then how do you know which files you removed

9    from the site?

10         A.   Because I would go through the list of -- of

11   DMCA takedown notices, and then I would remove the files.

12   And the ones that I did remove, I would respond to Nintendo

13   that they had been removed.

14         Q.   So any time you removed a file, you responded to

15   Nintendo confirming that you did?

16         A.   Ninety percent of the time I responded to

17   takedown notices.  Nintendo isn't the only people that send

18   takedown notices to the site.  There is other publishers of

19   software that they believe files should get taken down, and

20   I do the same, I respond when the file is taken down.

21         Q.   But you agree any of the files that Nintendo was

22   able to download in June of 2019, you had not removed, of

23   course, those files even if you received a DMCA notice

24   regarding them; right?

25         A.   I would say that is correct.

Matthew Storman                                          October 30, 2020

                                                              Page 72

1              Inadvertently files -- files that are -- are

2      DMCA take notices, for the most part, of what I -- of

3      notices that I receive, I remove that content.  I don't

4      remove the front-facing page, but I do remove the actual

5      file to where that file would say file not found if

6      somebody attempted to download it.

7              Q.   On September 18th of this year, 2020, you made

8      available Nintendo Super Mario 3D Allstars to be downloaded

9      from RomUniverse; right?

10             A.   I don't -- I don't know.  I don't recall.

11             Q.   Did you grab the 3D -- the Super Mario 3D

12     Allstars ROM from a torrent side or a ROM side and load it

13     onto RomUniverse.com?

14             A.   That does not sound like a file that I uploaded.

15     And again, for the most part of files, those files are

16     uploaded by admins.

17             Q.   Is it possible that you uploaded that Super

18     Mario 3D Allstars ROM to RomUniverse?

19             A.   It doesn't ring a bell.

20             Q.   But you don't know one way or another whether

21     you did or did not?

22             A.   That is correct.

23             Q.   Did you upload any Nintendo ROMs to

24     RomUniverse.com after September 12th, 2019?

25             A.   I did not.

Matthew Storman                                    October 30, 2020

                                                         Page 73

 1          Q.    And you can be certain of that?

 2          A.    I'm pretty certain of that.

 3          Q.    You're pretty certain.

 4                Do you know one way or another whether you went

 5     to another ROM site, grabbed a Nintendo ROM, and loaded it

 6     to RomUniverse.com?

 7          A.    I'm trying to think.  Just a second.

 8                I would say I'm -- I'm almost a hundred percent

 9     certain that I haven't uploaded any content to the site

10     within the last year or so.

11          Q.    Did you direct any admins to load any content to

12     the site in the last year?

13          A.    In the last year?  No.

14          Q.    Were you informed at all that any of the admins

15     uploaded content to the RomUniverse web site in the last

16     year?

17          A.    I know that there was Discord messages in like

18     the release category of Discord that showed that files were

19     uploaded.  That's -- that's the extent of like a

20     notification that I -- that I know.  I was never

21     communicated with any other admin since the filing of the

22     complaint that files had been uploaded.

23          Q.    And you were saying notifications, that's

24     because a notification gets sent out any time a new ROM, a

25     Nintendo ROM or other ROM, gets loaded to the RomUniverse

EXHIBIT 1
Page 76

Matthew Storman                                    October 30, 2020

Page 74

1    web site; right?

2          A.    That is correct.

3          Q.    And you get those notifications as well?

4          A.    I get -- the only notification that I got was in

5    Discord.  I never got like emails or direct messages to me

6    saying that there was files that were uploaded to the site.

7    The only -- the only avenue for that or that existed at the

8    time was when a file was uploaded to RomUniverse, it would

9    advertise in Discord, in a release channel of Discord, that

10   a file had been uploaded.

11         Q.    But you received that notice in Discord when a

12   ROM was uploaded to RomUniverse; right?

13         A.    I would -- I -- I could go in and see when a

14   file was uploaded, and everybody else could.  It wasn't

15   just for me.

16         Q.    Right.

17               And you received the notice that Nintendo's

18   Super Mario 3D Allstars was uploaded to RomUniverse in

19   September of 2020; right?

20         A.    I have never -- I have never seen that.  I --

21   again, I don't look at the -- the actual files that are

22   uploaded.  I wouldn't know what file was uploaded.  Had I

23   looked, maybe I would have noticed that, but I did not.  I

24   didn't look in that -- in that -- that channel.

25         Q.    On September 25th, Magistrate Judge Oliver

EXHIBIT 1
Page 77

Matthew Storman                                    October 30, 2020

                                                        Page 75

1     ordered you to produce three categories of documents:  Your

2     tax returns, communications regarding Nintendo and

3     RomUniverse, and the download count for the various

4     Nintendo ROMs on RomUniverse; do you remember that?

5          A.   I do.

6          Q.   Okay, and you produced your tax returns for 2014

7     through 2016; right?

8          A.   That is correct.

9          Q.   And you stated you did not file for taxes in

10    2017 and 2018?

11         A.   That is correct.

12         Q.   Have you filed your 2019 taxes?

13         A.   I have not filed the 2019 taxes.

14         Q.   What was your income in 2019?

15         A.   Um, income for 2019, I would guesstimate it to

16    be around 30, maybe 30,000, 36?  I don't know, somewhere

17    around there.

18         Q.   You didn't produce any of the communications

19    regarding Nintendo or RomUniverse that were found on

20    Discord; right?

21         A.   That is correct.

22              Are you saying -- I'm sorry, are you saying that

23    I didn't?

24         Q.   You did not?

25         A.   That is correct.

Matthew Storman                                October 30, 2020

Page 76

1          Q.    Why didn't you?

2          A.    Because I could not access the account any

3    longer when I went to go through the many conversations

4    that I've had with end users on the -- on the public side

5    of that, of that channel.

6          Q.    Did you close the Discord account?

7          A.    No.

8          Q.    You know who did?

9          A.    I do not.

10         Q.    Did any of the admins have the ability to close

11   the Discord account?

12         A.    I don't remember giving users access to the

13   Discord account.  I do -- I do know that some -- excuse

14   me -- I do know that some admins had access to the server

15   but not access to the admin@romuniverse.com Discord

16   account.

17         Q.    By server, do you mean the RomUniverse.com

18   server or the Discord server?

19         A.    No, the Discord -- the RomUniverse.com Discord

20   server.

21         Q.    Are the same people, the same individuals that

22   were admins for RomUniverse.com web site, were they admins

23   for the Discord server?

24         A.    Yes, they were.

25         Q.    And -- but you don't know one way or another

EXHIBIT 1
Page 79

Matthew Storman                                    October 30, 2020

Page 77

1    whether those admins of the Discord server had the ability

2    to close that Discord channel?

3          A.    So I set up permissions -- excuse me.

4                So I set up permissions for the channel.  It's

5    possible that I overlooked a setting that gave admins that

6    I had assigned to delete the server.  Again, I have never

7    given anybody access to my personal Discord login, and

8    that -- that is the issue that I'm having is that I

9    don't -- I am unable to log in to Discord with the

10   admin@romuniverse.com account that I once had.

11         Q.    And you're not aware of anyone else that has

12   access to that Discord account?

13         A.    That is correct.

14         Q.    When did you first try to collect the

15   information from Discord and found that you couldn't log in

16   to the Discord account?

17         A.    I think that was like the 7th.

18         Q.    October 7th?

19         A.    7th of October, I think so.

20         Q.    Why did you wait until two days after you were

21   ordered to produce that information to go to look for it?

22         A.    I have -- I was having medical issues, and I was

23   trying to find the information that I -- that I was looking

24   for.  And by -- by that, what I'm talking about is the

25   exhibits and stuff, I was going through all my paperwork to

Matthew Storman                                    October 30, 2020

Page 78

1    see if I could find that.  I didn't.

2            I would just say that the reason for that is

3    that I procrastinated.

4       Q.   And you didn't produce the download numbers of

5    the Nintendo ROMs either; right?

6       A.   That is correct.

7       Q.   And we had had a call September 28th regarding

8    whether those numbers were available to you?

9       A.   That is correct.

10      Q.   And you had represented you were on track to

11   produce the Discord communications and those download

12   numbers; right?

13      A.   That is correct.

14      Q.   Okay, and then a few days later, we discussed

15   taking the web site down; right?

16      A.   That is correct.

17      Q.   And specifically that the download numbers would

18   still be available and preserved; right?

19      A.   That is correct.

20      Q.   Okay.  But now you can't access the data; right?

21      A.   That is correct.

22      Q.   And when did you try to collect those download

23   number datas, is that October 7th as well?

24      A.   The download numbers I tried to collect, that is

25   correct, I think -- I believe around the same time, so

Matthew Storman                                    October 30, 2020

Page 79

1    October 7th.

2         Q.   Do you recall -- do you know why you could no

3    longer access that data?

4         A.   So I contacted the host and spoke with -- and

5    not really spoke with him, but I created a ticket to them

6    to ask them why I'm not able to access the data.  They

7    responded that the data's corrupted or the VPS that

8    RomUniverse.com was running on is corrupted.

9         Q.   Can you open up Exhibit-17.

10        A.   That is correct, I see this.

11                  (Exhibit-17 marked.)

12        Q.   And is this the communication you're referring

13   to regarding discussions with the host of why you couldn't

14   access the data?

15        A.   That is correct.

16        Q.   Is the host KnownSRV, is that the host?

17        A.   That is correct.

18        Q.   When did you start KnownSRV as the host for

19   RomUniverse?

20        A.   For probably the last year or so.

21        Q.   So sometime since 2019?

22        A.   Yes, I want to say probably -- probably the

23   beginning of 2019.

24        Q.   Was it before this lawsuit was initiated, you

25   were already using KnownSRV as the host?

Matthew Storman                                    October 30, 2020

Page 80

1        A.    Yes, that is correct.

2        Q.    The last communication here is on October 9th.

3   Did you have any further communications with this host

4   regarding this issue?

5        A.    Not with this issue, no.

6        Q.    Did you have further communications with the

7   host regarding RomUniverse.com?

8        A.    No, I -- I had a generic -- I submitted a

9   generic question because I wanted to see if they could

10  clone the VPS that I had for RomUniverse so that I can try

11  to troubleshoot and see if I can recover the data that was

12  corrupted --

13       Q.    What was their response?

14       A.    -- but they said that they -- they said that

15  they can't clone it, they would just have to create a whole

16  completely new VPS.

17       Q.    Do you know what they meant by "that the VPS has

18  been corrupted"?

19       A.    Yes.

20       Q.    Can you explain?

21       A.    Data can get corrupted if the system is shut

22  down or a hard -- a piece of hardware fails, or -- usually

23  those -- in my experience, those two things can cause data

24  to get corrupted, especially when it comes to databases.

25  It's -- it's kind of like shutting down your computer or

Matthew Storman                                        October 30, 2020

Page 81

1    something when you're in the middle of something, or like a

2    hard -- hard shutdown, when it's not a graceful shutdown,

3    that's -- that could cause corruption.

4              And when I say corrupted, I mean that the data

5    is corrupted and is no longer accessible.

6         Q.   Did you do anything to corrupt the VPS?

7         A.   No.

8         Q.   Did you do anything to make this download data

9    not available?

10        A.   I did not.

11        Q.   Do you know if any of the admins did anything to

12   make the download data not available?

13        A.   I -- I don't know.  I don't know why they would,

14   so I -- I just can't say.  I can't -- I can't speak to what

15   other people are doing, but I had -- I did not purposely

16   corrupt any data.

17        Q.   You didn't direct any of the admins to corrupt

18   the data or make the download data not available?

19        A.   Not at all.

20        Q.   After the September 25th order from Judge

21   Oliver, did you speak to anyone about that order?

22        A.   No.

23        Q.   You didn't speak to any family members about

24   that order?

25        A.   Nope.

EXHIBIT 1
Page 84

Matthew Storman                              October 30, 2020

Page 82

1        Q.    You didn't speak to any friends about that
2    order?
3        A.    No.
4        Q.    No admins about the order?
5        A.    I spoke to no one.
6        Q.    How about --
7        A.    As far as I'm concerned -- as far as I'm
8    concerned, this is my burden to bear and no one else's.
9        Q.    How about the case generally after that order,
10   did you speak to anyone about the case?
11       A.    Did I speak to anybody -- after the 20 -- after
12   the September 25th order, is that what you said?
13       Q.    Right.
14       A.    No.
15       Q.    Can you pull up Exhibit-33.
16       A.    Okay.
17               (Exhibit-33 marked.)
18       Q.    Now, these are the phone records you produced to
19   us; right?
20       A.    That is correct.
21       Q.    They show all the calls you made or received
22   since September 1st of 2020 through October 29th, 2020?
23       A.    That is correct.
24       Q.    Okay, if you go to the second page of the PDF.
25       A.    Okay.

Matthew Storman                                    October 30, 2020

                                                            Page 83

1          Q.    And you see the third line.

2          A.    One, two, three, okay.

3          Q.    Or apologies, I meant -- yeah, the third line on

4    October 26th, the day after --

5          A.    Yes.

6          Q.    -- the order came through?

7          A.    Correct.

8          Q.    You had an hour long call with Sarah Pratt; is

9    that right?

10         A.    That is correct.

11         Q.    Is that your sister?

12         A.    Yes.

13         Q.    Okay.  And during that call, you didn't discuss

14   this case?

15         A.    Not at all.  It was -- it was a personal call

16   about relationships.

17         Q.    Okay.  And just generally, none of your

18   siblings, or parents, or family members have access to

19   RomUniverse.com, admin --

20         A.    That is correct.

21         Q.    None of them --

22         A.    None of my family.

23         Q.    None of them could have taken the web site

24   off-line or changed the web site?

25         A.    No.

EXHIBIT 1
Page 86

Matthew Storman                                October 30, 2020

                                                        Page 84

1          Q.    Do you know an Anthony Domer?

2          A.    Anthony Domer.

3                Sounds familiar.

4                Anthony Domer.

5                That name rings a bell, but I can't place it.  I

6     don't -- I don't know where I've heard that name before.

7          Q.    He's not connected to the RomUniverse.com web

8     site though?

9          A.    I don't believe so.

10         Q.    Okay.  And he's not an admin for the web site?

11         A.    Not that I'm aware of.  Unless -- unless that's

12    a name of one of the admins, I would say no.

13         Q.    But you haven't spoken to any of the admins by

14    telephone; right?

15         A.    That is correct.

16         Q.    Are there any copies of the web site?

17               Do you have any copies of the web site?

18         A.    I have -- I have looked through my personal

19    computer, I've looked through USB drives, I've looked

20    through everything that I -- that I -- that I could to

21    exhaust searching and finding a backup.  I know that there

22    was -- there was once a time, probably three, four years

23    ago, where I was keeping backups, but when I switched to

24    the new host, I wasn't, and I deleted all the other backups

25    because I thought that the host was reputable -- reputable

Matthew Storman                                October 30, 2020

Page 85

1     enough to ensure that there wasn't these -- these issues.

2          Q.   But to your knowledge, there's no copies or

3     backups of the RomUniverse.com web site?

4          A.   That is correct.

5          Q.   Do you know if any of the admins have copies or

6     backups of the RomUniverse.com web site?

7          A.   Not that I'm aware of.

8          Q.   Do you own a house?

9          A.   No, I do not.

10         Q.   Are you just renting right now?

11         A.   That is correct.

12         Q.   Okay.  Do you own a car?

13         A.   Yes, I do.

14         Q.   What type of car?

15         A.   It's a 1996 Honda Prelude.

16         Q.   Do you own any other vehicles, boat, RV,

17    anything like that?

18         A.   No, nothing like that.

19         Q.   Any other permanent fixtures, land, property,

20    like that?

21         A.   No, nothing like that.

22         Q.   No trust funds?

23         A.   No.

24         Q.   And you filed for bankruptcy in 2018; right?

25         A.   That is correct.

Matthew Storman                                    October 30, 2020

Page 86

1       Q.   What led to that?

2       A.   I was divorced in 2014, and there was a huge

3   number of debts that were amassed during my marriage, and

4   those, in the divorce, became my responsibility, and there

5   was no way possible that I could -- that I could afford

6   that amount of -- pay off that amount of debt in a

7   reasonable amount of time.

8       Q.   And where does your income currently come from?

9       A.   My income currently came from RomUniverse, but

10  it was -- it was about -- I think right now it was about

11  $800 a month that was being generated by that, and since I

12  shut it off, I filed for unemployment.

13      Q.   Okay.

14      A.   Unemployment right now is my only source of

15  income.

16      Q.   Prior to shutting it off, RomUniverse was your

17  main source of income?

18      A.   Yes, correct.

19           It wasn't -- it wasn't a lot of -- a lot of

20  money, but it was something that would allow me to pay rent

21  or just the basic necessities.

22      Q.   Any other sources of income?

23      A.   I did have also like food stamps.  I have a food

24  stamps card that I get like $192 a month, and that's what I

25  use to buy food.

Matthew Storman                              October 30, 2020

Page 87

 1        Q.   Any stocks, or 401(k), or other sources?

 2        A.   Nothing.

 3        Q.   Are you currently paying alimony?

 4        A.   No.  I haven't paid alimony or child support in

 5   a long time, and my kids were adopted last -- actually, the

 6   beginning of this year, and then I have a back --

 7   outstanding debt for child support of roughly $200,000.

 8        Q.   Okay.  You've been involved in other lawsuits;

 9   right?

10        A.   Yes, I have.

11        Q.   Do you recall a lawsuit with Barrett Pulver vs.

12   Matthew Storman?

13        A.   Yes, that's correct.

14        Q.   What was that case regarding?

15        A.   That case was regarding a previous place that I

16   had lived in Buena Park.  The land -- the landlord passed

17   away, and I didn't really have anywhere to go, so in lieu

18   of that, there was an eviction process that was started,

19   and that lawsuit was about evicting me from that property.

20        Q.   Let's go back to Exhibit-11A.

21        A.   11A.

22        Q.   This is, again, the list of registered

23   copyrights from Nintendo.

24        A.   Okay.

25        Q.   Now, you testified earlier that you had loaded

Matthew Storman                                    October 30, 2020

                                                        Page 88

1    some ROMs, including Nintendo -- what were labeled as

2    Nintendo ROMs to RomUniverse.com; did you ever load any of

3    these Nintendo ROMs for these games to RomUniverse.com?

4         A.   I honestly, I don't -- I don't know, but

5    anything is possible.  I -- I never really kept track or

6    tabs on some files that I've had.  I know that there may

7    have been a request or two for some files, and if one of

8    the admins didn't upload it, I would do it.  I don't

9    know --

10        Q.   Okay, so --

11        A.   I don't know.

12        Q.   So when a request would come in from a user for

13   a specific ROM, you or an admin would go look for that ROM

14   and load it to RomUniverse; right?

15        A.   That is correct.

16        Q.   And you've done that previously where someone --

17   a user's requested a specific ROM, you've went and found

18   that ROM and downloaded to RomUniverse.com?

19        A.   Yes, absolutely.

20        Q.   And you've done that for Nintendo games; right?

21        A.   I believe so, yes.  I just -- I just -- I

22   don't -- again, I don't keep track in my brain of files or

23   a list of something that I -- that I maintain to keep -- to

24   keep track of the files that I have once uploaded.

25        Q.   And for the various Nintendo ROMs for the games

Matthew Storman                                        October 30, 2020

                                                           Page 89

1      listed in Exhibit-A, you don't know one way or another

2      whether those ROMs were playable after being downloaded

3      from RomUniverse.com; right?

4           A.    That is correct.

5           Q.    But you'd agree, if, for instance, Nintendo did

6      download the ROM from RomUniverse.com and played the game,

7      then obviously the game itself was available?

8           A.    I -- I could agree to that, yes.

9           Q.    And Exhibit -- go to Exhibit-11B.

10          A.    Okay.

11          Q.    This is Nintendo's list of registered trademarks

12     attached to the complaint.

13                Do you have any reason to doubt that when the

14     Nintendo ROMs were launched and played by users, that these

15     trademarks, one or more of them, appeared on the screen for

16     the user?

17          A.    In what -- in what aspect?  You mean of the --

18     on the web site itself?

19          Q.    Well, you agree that these trademarks did appear

20     on the RomUniverse.com web site; right?

21          A.    I would agree that -- I would agree that it's

22     more -- a great possibility, yes.

23          Q.    Okay.  And do you have -- and when a user

24     downloaded the ROM, a Nintendo ROM, they could play the

25     Nintendo game; right?

Matthew Storman                              October 30, 2020

Page 90

 1        A.    If -- if the game was playable, then yes, I
 2   would say of course they could play it.
 3        Q.    Okay.
 4        A.    But I -- again, I don't know what was playable
 5   and what wasn't playable.
 6        Q.    And when one of those games that was downloaded
 7   from RomUniverse.com was -- was played, assuming it was
 8   playable, you have no reason to doubt that, for instance,
 9   you know, if they were playing Mario Party, that the Mario
10   Party trademark would appear in the game; right?
11        A.    Sure.  I -- I wouldn't doubt that, if it was
12   playable.
13        Q.    You asserted --
14        A.    If it was -- if it was indeed an actual Nintendo
15   ROM, then I would agree that it would be playable.
16        Q.    You asserted counterclaims against Nintendo;
17   right?
18        A.    Correct.
19        Q.    What were those counterclaims?
20        A.    I don't recall what the counterclaims were.
21        Q.    What was the basis for your counterclaims?
22        A.    That Nintendo has to prove that the actual files
23   were theirs and actually -- and the actual validity of the
24   files were what Nintendo said that they were.  Meaning that
25   just because somebody uploaded a file and listed it as say,

Matthew Storman                                    October 30, 2020

Page 91

1    for example, Mario, doesn't necessarily mean that that file

2    was playable.

3              I think that was the basis.

4         Q.   Any other basis?

5         A.   I think that was the general basis that I had.

6    I would have to go over and look at the -- at the -- at the

7    actual counter -- counterclaim.

8         Q.   Going back a little bit, you testified that you

9    previously used PayPal as a payment processor for the

10   premium memberships; right?

11        A.   That's correct.

12        Q.   And that PayPal terminated those services?

13        A.   That is correct.

14        Q.   Why did PayPal terminate those services; did

15   they tell you?

16        A.   I don't remember what the reason why was.  I --

17   I know that at the time I was selling Craig's List accounts

18   or something in 2010 or -- or whatever, and that was

19   against their -- their policy, and I think that they linked

20   all of the accounts that I had, because I had different --

21   different PayPal accounts for different things, like, you

22   know, my personal PayPal account, and then I'd have one for

23   this, one for NDSUniverse at the time, and I think that

24   they bundled all those together and then just terminated

25   everything.

Matthew Storman                                         October 30, 2020

Page 92

1        Q.   So you don't know if they terminated it due to

2   activities on RomUniverse.com or activities that you had

3   elsewhere?

4        A.   Exactly.  I don't remember what the reason was,

5   but I -- I thought that there was a lot of charge-backs in

6   this other business that I was undertaking, and I think

7   that it met their -- it was over what their threshold was

8   for charge-backs, and I think that they just terminated all

9   the accounts.

10        Q.   Do you own any other web sites currently that

11   distribute ROMs or game files?

12        A.   No.

13        Q.   Have you previously owned any other web sites,

14   other than RomUniverse.com or NDSUniverse.com, that

15   distributed ROMs or other game files?

16        A.   I'm trying to think.  I -- there was -- nothing

17   that I can remember, so I'm going to say no.

18        Q.   Okay, so just RomUniverse and NDSUniverse?

19        A.   That is correct.

20             MR. MARCELO:  Let's go off the record.

21             THE VIDEOGRAPHER:  Going off record.  Time now

22   is 11:30 a.m.

23                  (Recess at 11:30 a.m.)

24                  (Reconvened at 11:40 a.m.)

25             THE VIDEOGRAPHER:  Back on record.  Time now is

Matthew Storman                                        October 30, 2020

                                                              Page 93

 1    11:40 a.m.

 2         Q.   Mr. Storman, you understand you're still under

 3    oath?

 4         A.   Yes, I do.

 5         Q.   We were talking previously about the download

 6    count showing how many attempted downloads of files there

 7    were; do you recall that?

 8         A.   Yes.

 9         Q.   Okay.  And the -- as you testified, the web site

10    showed how many times an individual pressed the button

11    download to download the ROM or the Nintendo ROM; right?

12         A.   Correct.

13         Q.   And you would agree that many of those resulted

14    in actual downloads of the ROM; right?

15         A.   I can't begin to estimate or guess what

16    percentage of that count is legitimate and what percentage

17    is illegitimate.  I don't really -- I can't agree with a

18    specific number because I don't -- I don't know what that

19    number is.

20         Q.   Well, you don't have any reason to believe that

21    the -- the downloads, the attempted downloads, didn't

22    result in actual downloads of those files; right?

23         A.   Um, I guess not; however, there was issues with

24    the site, there was issue with -- issues with files at

25    specific times or dates that may have resulted in a larger

Matthew Storman                                    October 30, 2020

                                                        Page 94

1    count because people were trying to redo downloading a file

2    or initiating a file.  So I don't -- I don't really have

3    that -- that -- that data.

4         Q.   Well, you know, there were 400,000-something

5    listed files -- attempted downloads of Nintendo 3DS files;

6    do you recall that?

7         A.   Mm-hm.  I do.

8         Q.   You weren't inundated with complaints regarding

9    the inability to download those 400,000 different files;

10   right?

11        A.   Correct.

12        Q.   Okay.  So people weren't constantly complaining

13   nobody can seem to download files from this web site to

14   you; right?

15        A.   Well, it wasn't really something that I really

16   kept track of anyway.  People complaining, I didn't really

17   care about them complaining if a file -- so here's what I'm

18   trying -- what I'm trying to explain is that if there was a

19   hundred thousand people that were complaining about a file,

20   I wasn't really paying attention to that anyway.  Now, I'm

21   not saying that that's true, I'm just giving you a

22   generalization of kind of my mindset and the site.

23        Q.   But you didn't receive a bunch of messages

24   regarding those types of problems on your web site; right?

25        A.   That is correct.

Matthew Storman                                    October 30, 2020

Page 95

1        Q.    And it's your web site; right?

2        A.    Correct.

3        Q.    Okay.  And so with the admins, after Nintendo

4   filed this lawsuit, you were aware that they were claiming

5   the vast majority of the files on your web site infringed

6   their copyrights; right?

7        A.    Who -- who -- who was the admin?  Are you

8   talking about me as the admin or --

9        Q.    Sorry.  You were aware -- let me start over.

10             You were aware, after Nintendo filed its

11   lawsuit, that it was alleging that the vast majority of the

12   content on your web site, RomUniverse.com, infringed

13   Nintendo's copyrights; right?

14        A.    That is correct.

15        Q.    But you didn't do anything after receiving that

16   complaint to limit the other admins from what they could do

17   on the web site?

18        A.    I didn't, that is correct --

19        Q.    You didn't --

20        A.    -- because I -- I didn't -- I didn't want there

21   to be something that I did or didn't do that would affect

22   the outcome.  So I didn't know if me keeping the admins on

23   there would somehow, or removing them, would somehow be an

24   issue for this suit.

25        Q.    You didn't prevent the admins from adding new

EXHIBIT 1
Page 98

Matthew Storman                              October 30, 2020

Page 96

1    Nintendo content to the web site; right?

2         A.   That is correct.  I didn't -- I didn't limit

3    anyone or prevent anyone from either adding or not adding

4    content.

5         Q.   But you could have --

6         A.   I didn't --

7         Q.   -- right, because it's your web site?

8         A.   That is possible, yes, that is true.

9         Q.   You didn't prevent the admins from editing your

10   web site, did you?

11        A.   I did not prevent -- I did not remove access of

12   any admins to what they originally had access to.

13             So the answer is, that's correct.

14        Q.   And you didn't track or review what changes the

15   admins were making to your web site, despite knowing that

16   the web site was part of a lawsuit; right?

17        A.   That is correct.

18        Q.   And with the Discord channel, the same thing,

19   you didn't change any of the admin privileges regarding the

20   Discord channel for RomUniverse.com?

21        A.   That is correct.

22        Q.   Despite having notice from Nintendo regarding

23   the RomUniverse.com web site and its infringement, you

24   allowed the admins at Discord to continue without your

25   review?

Matthew Storman                                    October 30, 2020

                                                        Page 97

 1        A.    That is correct.

 2              There's no review -- there's no review

 3    functionality in Discord that requests or requests me,

 4    when -- that notifies me of something or a change that's

 5    been done within Discord.  The same thing goes for the web

 6    site.  It wasn't -- I guess the problem is maybe I put my

 7    trust into people that -- I think putting my -- my trust in

 8    people was -- and that assumption was wrong, but I didn't

 9    think that admins would have made changes to the site

10    without -- without consulting me, and knowing that, I guess

11    it is a possibility.

12        Q.    But you didn't try to actively prevent them from

13    making those changes; right?

14        A.    That is correct.

15        Q.    If you were to try to contact any of the admins,

16    how would you do it right now?

17        A.    I can't.  The -- the Discord server is the only

18    communication and only access I had to the admins.

19        Q.    But possibly and presumably --

20        A.    And --

21        Q.    -- their admin hand -- their -- their handles at

22    Discord are the same for those admins?

23        A.    It's possible, but I can't even access -- I

24    don't have access to my account, so I can't even contact

25    them.

Matthew Storman                                  October 30, 2020

Page 98

1        Q.   Do you know the location of any of those admins,

2   where they live?

3        A.   I remember somebody being in like, I don't know,

4   Denmark, I think.  I vaguely had a conversation with one of

5   them at one point.  I really didn't delve too much into

6   people's personal lives.  And when I say too much, it means

7   like it was almost nonexistent.

8        Q.   Mostly your conversations were focused on

9   RomUniverse.com?

10       A.   That is correct.

11            MR. MARCELO:  Okay, I think that's all the

12   questions I have.

13            THE VIDEOGRAPHER:  All right, very well.  This

14   concludes the deposition of Matthew Storman.  Time now is

15   11:48 a.m.  We're going off record.

16                (Reporter requested clarification.)

17            MR. MARCELO:  Matthew, you can either agree to

18   sign now or you can review the transcript to see if there's

19   any changes that need to be made.

20            THE WITNESS:  I can sign now.  I think that

21   that's fine.  It's not a problem.

22            THE COURT REPORTER:  So you're going to waive

23   signature?  You don't want to review the transcript?

24            THE WITNESS:  No.

25            THE COURT REPORTER:  Thank you.

EXHIBIT 1
Page 101

Matthew Storman                                    October 30, 2020

Page 99

1            Are you going to have this transcribed at this

2     time?

3            MR. MARCELO:  Yeah, we don't need -- I assume

4     video's still extra even though -- I assume; right?  So

5     let's just get the transcript for now.

6                      (Deposition adjourned at 11:48 a.m.)

7                      (Signature waived.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 1
Page 102

Matthew Storman                                    October 30, 2020

                                                        Page 100

 1                       C-E-R-T-I-F-I-C-A-T-E

 2

 3       STATE OF ARIZONA      )

 4                             )  ss.

 5       COUNTY OF MARICOPA  )

 6

 7              I, the undersigned Registered Professional
         Reporter and Certified Court Reporter, hereby
         certify that the foregoing deposition upon oral
 8       examination was taken stenographically before me and
         transcribed under my direction;

 9

10              That the witness was duly sworn by me,
         pursuant to RCW 5.28.010, to testify truthfully; that the
11       transcript of the deposition is a full, true, and correct
         transcript to the best of my ability; that I am neither
12       attorney for, nor a relative or employee of, any of the
         parties to the action or any attorney or counsel employed
13       by the parties hereto, nor financially interested in its
         outcome.

14

15              I further certify that in accordance with CR
         30(e), the witness was given the opportunity to examine,
16       read, and sign the deposition, within 30 days, upon its
         completion and submission, unless waiver of signature was
17       indicated in the record.

18

19              IN WITNESS WHEREOF, I have hereunto set
         my hand this 5th day of November, 2020.

20

21

22

23       _____

         NCRA Registered Professional Reporter
24       Washington Certified Court Reporter No. 2661

25

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com      206.622.6661 * 800.657.1110   FAX: 206.622.6236

EXHIBIT 1
Page 103

# EXHIBIT 2



What are you looking for?

## Downloads

🏠 / Downloads

| Category | Files | Size |
|---|---|---|
| Misc<br>miscelanneous | | |
| Game Saves<br>Enjoy game saves from other people. | 2 | 253.46kB |
| Wii WADs<br>Wii WADs are Wii Channel's from the Wii Shop Channel. | 544 | 13.21GB |
| Guides | 946 | 40.07GB |
| 3DS Guides | 2 | 128.77MB |
| PS2 Guides | 591 | 1.72GB |
| Movies | 1298 | 1.48TB |
| eBooks | 10219 | 38.66GB |
| ISOs | | |
| Sega Mega CD Isos | 305 | 35.10GB |
| Xbox ISOs | 888 | 1.04TB |
| Wii U | 4 | 54.05GB |
| DreamCast ISOs | 307 | 115.49GB |

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2
Page 104

Sign In 👤

| | | | |
|---|---|---|---|
| Sony Playstation PSX ISOs | | 1511 | 427.40GB |
| Sega CD ISOs | | 356 | 49.93GB |
| Sega Saturn ISOs | | 267 | 87.65GB |
| Nintendo Wii ISOs | | 119 | 185.01GB |
| Sony PSP ISOs | | 506 | 152.77GB |
| Panasonic 3DO ISOs | | 635 | 165.49GB |
| GameCube ISOs | | 574 | 603.59GB |
| Sony Playstation 2 ISOs (PS2 ROMs) | | 1278 | 1.76TB |
| Neo Geo CD ISOs | | 90 | 37.69GB |
| Android | | | |
| Apps | | 938 | 12.02GB |
| Live Wallpapers | | 19 | 174.83MB |
| Games | | 1037 | 94.70GB |
| Emulators | | 30 | 71.34MB |
| Roms | | | |
| Amiga 500/1000 Roms | | 4956 | 2.34GB |
| The Amiga is a family of personal computers introduced by Commodore in 1985. The original model was part of a wave of 16- and 32-bit computers that featured 256 KB or more of RAM, mouse-based GUIs, and significantly improved graphics and audio over 8-bit systems. This wave included the Atari STâ€"released the same yearâ€"Apple's Macintosh, and later the Apple IIGS. Based on the Motorola 68000 microprocessor, the Amiga differed from its contemporaries through the inclusion of custom hardware to accelerate graphics and sound, including sprites and a blitter, and a pre-emptive multitasking operating system called AmigaOS. | | | |
| Atari 2600 Roms | | 679 | 2.81MB |
| The Atari 2600, originally sold as the Atari Video Computer System or Atari VCS until November 1982, is a home video game console from Atari, Inc. Released on September 11, 1977, it is credited with popularizing the use of microprocessor-based hardware and games contained on ROM cartridges, a format first used with the Fairchild Channel F in 1976. This contrasts with the older model of having dedicated hardware that could play only those games that were physically built into the unit. The 2600 was bundled with two joystick controllers, a conjoined pair of paddle controllers, and a game cartridge: initially Combat, and later Pac-Man. | | | |
| Atari 5200 Roms | | 107 | 953.00kB |
| The Atari 5200 SuperSystem, commonly known as the Atari 5200, is a home video game console that was introduced in 1982 by Atari Inc. as a higher-end complementary console for the popular Atari 2600. The 5200 was created to compete with the Intellivision, but wound up more directly competing with the ColecoVision shortly after its release. | | | |
| Atari 7800 Roms | | 59 | 1.84MB |

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2
Page 105

The Atari 7800 ProSystem, or simply the Atari 7800, is a home video game console officially released by the Atari Corporation in 1986. It is almost fully backward-compatible with the Atari 2600, the first console to have backward compatibility without the use of additional modules. It was considered affordable at a price of US$140 (equivalent to $320 in 2018)

### Atari Jaguar Roms

The Atari Jaguar is a home video game console that was developed by Atari Corporation. The console is the sixth programmable console to be developed under the Atari brand, originally released in North America in November 1993. It is also the last Atari console to use physical media. Controversially, Atari marketed the Jaguar as being the first 64-bit video game console, while competing with the existing 16-bit consoles (Sega Genesis and Super Nintendo Entertainment System) and the 32-bit 3DO Interactive Multiplayer platform (which launched the same year).

64    112.03MB

### Atari Lynx Roms

The Atari Lynx is a 16-bit handheld game console that was released by Atari Corporation in September 1989 in North America, and in Europe and Japan in 1990. It was the world's first handheld electronic game with a color LCD. It was also notable for its advanced graphics and ambidextrous layout. The Lynx competed with the Game Boy (released two months earlier), as well as the Game Gear and TurboExpress, both released the following year. It was discontinued in 1996.

75    9.96MB

### Colecovision Roms

The ColecoVision is Coleco Industries' second-generation home video-game console that was released in August 1982. The ColecoVision offered a closer experience to more powerful arcade game systems compared to competitors such as the Atari 2600, along with the means to expand the system's basic hardware.

The initial catalog of twelve games included Nintendo's Donkey Kong as the pack-in cartridge, Sega's graphically impressive Zaxxon, and some lesser known arcade titles that found a larger audience on the console, such as Lady Bug, Cosmic Avenger, and Venture. Approximately 145 titles in total were published as ROM cartridges for the system between 1982 and 1984.

174    1.89MB

### Commodore 64 Roms

The Commodore 64, also known as the C64 or the CBM 64, is an 8-bit home computer introduced in January 1982 by Commodore International (first shown at the Consumer Electronics Show, in Las Vegas, January 7â€"10, 1982).[4] It has been listed in the Guinness World Records as the highest-selling single computer model of all time,[5] with independent estimates placing the number sold between 10 and 17 million units.[2] Volume production started in early 1982, marketing in August for US$595 (equivalent to $1,545 in 2018).[6][7] Preceded by the Commodore VIC-20 and Commodore PET, the C64 took its name from its 64 kilobytes (65,536 bytes) of RAM. With support for multicolor sprites and a custom chip for waveform generation, the C64 could create superior visuals and audio compared to systems without such custom hardware.

327    6.67MB

### CPS1 (Capcom Play System 1) Roms

The CP System (CPã, â,ªãƒ†ãƒ  shÃ«pÃ« shisutemu, CPS for short) is an arcade system board developed by Capcom that ran game software stored on removable ROM cartridges. More than two dozen arcade titles were released for CPS-1, before Capcom shifted game development over to its successor, the CP System II.

Capcom's Street Fighter II series is perhaps the best known franchise within the CPS game library. The first three titles in the series (The World Warrior, Champion Edition and Hyper Fighting) were all developed on CPS-1 and highly successful.

136    161.12MB

### CPS2 (Capcom Play System 2) Roms

The CP System II (CPã, â,ªãƒ†ãƒ  II shÃ«pÃ« shisutemu tsÃ») or CPS-2 is an arcade system board that Capcom first used in 1993 for Super Street Fighter II. It was the successor to their previous CP System and Capcom Power System Changer arcade hardware and was succeeded by the CP System III hardware in 1996, of which the CPS-2 would outlive by over four years. The arcade system had new releases for it until the end of 2003.

240    865.87MB

### Neo Geo Pocket Color Roms

The Neo Geo Pocket Color (also stylized as NEOGEOPOCKET COLOR, often abbreviated NGPC), is a 16-bit color handheld video game console manufactured by SNK. It is a successor to SNK's monochrome Neo Geo Pocket handheld which debuted in 1998 in Japan, with the Color being fully backward compatible. The Neo Geo Pocket Color was released on March 16, 1999 in Japan, August 6, 1999 in North America, and on October 1, 1999 in Europe, entering markets all dominated by Nintendo.

After a good sales start in both the U.S. and Japan with 14 launch titles (a record at the time) subsequent low retail support in the U.S., lack of communication with third-party developers by SNK's American management, the craze about Nintendo's PokÃ©mon franchise, anticipation of the 32-bit Game Boy Advance, as well as strong competition from Bandai's WonderSwan in Japan, led to a sales decline in both regions.[5]

119    59.96MB

### Nintendo 3DS Roms

3006    1.46TB

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2
Page 106

The Nintendo 3DS is a handheld game console produced by Nintendo. It is capable of displaying stereoscopic 3D effects without the use of 3D glasses or additional accessories. Nintendo announced the console in March 2010 ... Nintendo DS video games. It's primary competitor was the PlayStation Vita from Sony.

| Nintendo 3DS Rom Packages | 12 | 26.18GB |
|---|---|---|
| Nintendo 3DS CIA Roms | 480 | 187.63GB |
| Nintendo 3DS CIA - VC | 199 | 192.87MB |
| Nintendo 3DS CIA - DLC | 64 | 4.42GB |
| Nintendo 3DS CIA - Themes | 15 | 8.95GB |
| Nintendo 3DS Decrypted | 1484 | 688.86GB |
| Nintendo 3DS Moflex Movies | 0 | 0B |
| Nintendo DS DPG Movies | 265 | 69.34GB |
| Nintendo DS Firmware<br>Firmware | 697 | 9.60GB |
| Nintendo DS Roms<br>The Nintendo DS, or simply DS, is a dual-screen handheld game console developed and released by Nintendo. The device released globally across 2004 and 2005. The DS, short for "Developers' System" or "Dual Screen", introduced distinctive new features to handheld gaming: two LCD screens working in tandem (the bottom one featuring a touchscreen), a built-in microphone, and support for wireless connectivity. Both screens are encompassed within a clamshell design similar to the Game Boy Advance SP. The Nintendo DS also features the ability for multiple DS consoles to directly interact with each other over Wi-Fi within a short range without the need to connect to an existing wireless network. Alternatively, they could interact online using the now-defunct Nintendo Wi-Fi Connection service. Its main competitor was Sony's PlayStation Portable during the seventh generation of video game consoles. It was likened to the Nintendo 64 from the 1990s, which led to several N64 ports such as Super Mario 64 DS and Diddy Kong Racing DS, among others. | 6734 | 178.13GB |
| Nintendo DS Demo Roms<br>Kiosk, Demo, Hardware Dumps | 195 | 2.60GB |
| Nintendo DS Roms Exclusive | 292 | 9.81GB |
| Nintendo DS Roms Packages | 43 | 9.62GB |
| Nintendo DS Homebrew Games | 58 | 787.18MB |
| Nintendo DS Homebrew Roms<br>Homebrew games for ds | 0 | 0B |
| Nintendo DS Other Files<br>Here you'll find zip applications, emulators, and patching apps and files | 546 | 3.85GB |
| Nintendo DS Patched Roms | 456 | 32.43GB |
| Nintendo DS Proper | 207 | 6.19GB |

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2
Page 107

Nintendo DS Propers

Nintendo DSi Roms

### Nintendo GameBoy Roms

The Game Boy is an 8-bit handheld game console developed and manufactured by Nintendo. The first handheld in the Game Boy line, it was first released in Japan on April 21, 1989, then North America, three months later, and lastly in Europe, nearly a year after. It was designed by the same team that developed the Game & Watch and several Nintendo Entertainment System games: Satoru Okada, Gunpei Yokoi, and Nintendo Research & Development 1.

Nintendo's second handheld game console, the Game Boy combines features from both the NES home system and Game & Watch hardware. The console features a dull green dot-matrix screen with adjustable contrast dial, five control buttons (a directional pad, two game buttons, and start and select), a 2-voice speaker with adjustable volume dial, and, like its rivals, uses cartridges as physical media for games. The color scheme is made from two tones of grey with accents of black, blue, and maroon. All the corners of the portrait-oriented rectangular unit are softly rounded, save for the bottom right, which is curved. At launch, it was sold either as a standalone unit, or bundled with the one of several games: Super Mario Land orTetris among them. Several accessories were also developed, including a carrying pouch and printer.

1579    183.47MB

### Nintendo GameBoy Advance GBA Roms

The Game Boy Advance (GBA) is a 32-bit handheld video game console developed, manufactured and marketed by Nintendo as the successor to the Game Boy Color. It was released in Japan on March 21, 2001, in North America on June 11, 2001, in Australia and Europe on June 22, 2001, and in mainland China on June 8, 2004 as iQue Game Boy Advance. The GBA was part of the sixth generation. The original model was not backlit and Nintendo addressed that with the release of the redesigned Game Boy Advance SP in 2003. Another redesign, the Game Boy Micro, was released in 2005.

As of June 30, 2010, the Game Boy Advance series has sold 81.51 million units worldwide. Its successor, the Nintendo DS, was released in November 2004 and is also compatible with Game Boy Advance software.

2808    12.33GB

### Nintendo GameBoy Color GBC Roms

The Game Boy Color[a] (GBC) is a handheld game console manufactured by Nintendo, which was released on October 21, 1998, in Japan, and later released in November of the same year to international markets. It is the successor of the Game Boy and continued in the Game Boy family.

The GBC features a color screen rather than monochrome, but it is not backlit. It is slightly thicker and taller and features a slightly smaller screen than the Game Boy Pocket, its immediate predecessor in the Game Boy line. As with the original Game Boy, it has a custom 8-bit processor made by Sharp that is considered a hybrid between the Intel 8080 and the Zilog Z80. The spelling of the system's name, Game Boy Color, remains consistent throughout the world, with its American English spelling of "color".

1404    535.84MB

### Nintendo N64 Roms

The Nintendo 64 (N64), stylized as NINTENDO64, is a home video game console developed and marketed by Nintendo. Named for its 64-bit central processing unit, it was released in June 1996 in Japan, September 1996 in North America and Brazil, March 1997 in Europe and Australia, and September 1997 in France. It was the last major home console to use the cartridge as its primary storage format until the Nintendo Switch in 2017. The Nintendo 64 was discontinued in mid-2002 following the launch of its successor, the GameCube, in 2001.

Codenamed "Project Reality", the Nintendo 64 design was mostly complete by mid-1995, but its launch was delayed until 1996, when Time named it Machine of the Year. It was launched with three games: Super Mario 64 and Pilotwings 64 (worldwide) and SaikyÅ  Habu ShÅ gi (exclusive to Japan). As part of the fifth generation of gaming, the system competed primarily with the Sony PlayStation and the Sega Saturn. The suggested retail price at its United States launch was US$199.99, and 32.93 million units were sold worldwide. In 2015, IGN named it the ninth greatest video game console of all time.

927    11.20GB

### Nintendo New 3DS

The New Nintendo 3DS is a handheld game console developed by Nintendo. It is the fourth system in the Nintendo 3DS family of handheld consoles, following the original Nintendo 3DS, the Nintendo 3DS XL, and the Nintendo 2DS. The system was released in Japan on October 11, 2014, in Australia and New Zealand on November 21, 2014, on January 6, 2015 in Europe in a special Club Nintendo-exclusive "Ambassador Edition", and at retail in Europe on February 13, 2015. Like the original 3DS, the New Nintendo 3DS also has a larger variant, the New Nintendo 3DS XL, released in all three regions. In North America, the New Nintendo 3DS XL was released on February 13, 2015, while the standard-sized New Nintendo 3DS was released later on September 25, 2015.

37    27.41GB

### Nintendo NES Roms

The Nintendo Entertainment System (or NES for short) is an 8-bit home video game console developed and manufactured by Nintendo. It is a remodeled export version of the

1766    1.72GB

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2
Page 108

company's Family Computer[a] (FC) platform in Japan, also known as the Famicom for short, which launched on July 15, 1983. The NES was launched through test markets in New York City and Los Angeles in 1985, before being given a wide release in the rest of North America and parts of Europe in 1986, followed by Australia and other European countries in 1987. Brazil saw only unlicensed clones until the official [...] Hyundai Electronics; the Comboy was released in 1989.

| | | | |
|---|---|---|---|
| **Super Nintendo Roms**<br>The Super Nintendo Entertainment System (SNES), also known as the Super NES or Super Nintendo, is a 16-bit home video game console developed by Nintendo that was released in 1990 in Japan and South Korea[citation needed], 1991 in North America, 1992 in Europe and Australasia (Oceania), and 1993 in South America. In Japan, the system is called the Super Famicom (SFC). In South Korea, it is known as the Super Comboy and was distributed by Hyundai Electronics. The system was released in Brazil on August 30, 1993, by Playtronic. Although each version is essentially the same, several forms of regional lockout prevent the different versions from being compatible with one another. | | 3501 | 2.91GB |
| **Switch Roms**<br>The Nintendo Switch is a video game console developed by Nintendo and was released on March 3, 2017. It is a hybrid console that can be used as both a stationary and portable device. Its wireless Joy-Con controllers, which include standard buttons and directional analog sticks for user input, motion sensing, and high-definition tactile feedback, can attach to both sides of the console to support handheld-style play. They can also connect to a Grip accessory to provide a traditional home console gamepad form, or be used individually in the hand like the Wii Remote and Nunchuk, supporting local multiplayer modes. The Nintendo Switch's software supports online gaming through standard Internet connectivity, as well as local wireless ad hoc connectivity with other Switch consoles. Nintendo Switch games and software are available on both physical flash-based ROM cartridges and digital distribution via Nintendo eShop; the system does not use region locking. As an eighth-generation console, the Nintendo Switch competes with Microsoft's Xbox One and Sony's PlayStation 4. | | 247 | 1.08TB |
| **Nintendo Switch Scene Roms**<br>New content is added instantly upon release from the scene. This category includes all scene releases for the Nintendo Switch, including eShop, Proper, DLC and Updates. The rar file contains a nfo and a nsp or xci file. | | 3271 | 6.19TB |
| **Nintendo Switch Roms Trimmed (XCI)**<br>Trimmed XCI files are roms that have the useless filler data removed resulting in a smaller size rom. | | 367 | 1.72TB |
| **Nintendo Switch Community NSP Roms (CNSP)**<br>NSPs that are fetched using NUT/CDNSP, with public titlekeys. | | 827 | 1.36TB |
| **Nintendo Switch Community NSP Roms (CNSP) Updates** | | 866 | 436.22GB |
| **Nintendo Switch Community NSP Roms (CNSP) DLC** | | 395 | 55.29GB |
| **Nintendo Switch eShop Roms** | | 14 | 97.51GB |
| **Nintendo Switch eShop Roms (NSP Scene Releases)** | | 530 | 504.50GB |
| **Nintendo Wii Backup File System Roms (WBFS)**<br>WBFS, or Wii Backup File System, is a file system developed by Wii homebrew coders kwiirk and Waninkoko. It uses Waninkoko's cIOS and works by creating a WBFS partition on a SD or USB device. A Wii homebrew application may then be run to dump a Wii game to the partition. The titles may then be launched using a Wii USB loader, which uses cIOS and USB 2.0 to load games from an external device. | | 546 | 527.91GB |
| **Nintendo Wii Backup File System Roms (WBFS) (Uncompressed)** | | 2305 | 4.67TB |
| **Raspberry Pi Roms** | | 2 | 119.65GB |
| **Sega Gamegear Roms** | | 489 | 82.18MB |
| **Sega Genesis Roms** | | 1071 | 693.12MB |

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2<br>Page 109

| | | |
|---|---|---|
| Sega Genesis Roms | 1071 | 693.12MB |
| Sega Master System Roms | 356 | 1.56MB |
| Emulators | | |
| Sega Dreamcast Emulators | 4 | 3.51MB |
| GameBoy Advance Emulators | 8 | 4.96MB |
| Arcade Emulators | 1 | 19.81MB |
| Atari 2600 Emulators | 33 | 36.90MB |
| Atari 5200 Emulators | 1 | 672.42kB |
| Atari 7800 Emulators | 1 | 276.84kB |
| Atari Jaguar Emulators | 2 | 59.30MB |
| Atari Lynx Emulators | 1 | 582.72kB |
| GameBoy Color Emulators | 4 | 1.35MB |
| Nintendo Gamecube Emulators | 3 | 4.28MB |
| Sega Genesis Emulators | 6 | 5.82MB |
| Macintosh Emulators | 30 | 89.45MB |
| Nintendo 64 Emulators | 12 | 44.57MB |
| Namco System 22 Emulators | 1 | 324.40kB |
| Nintendo DS Emulators | 5 | 4.44MB |
| Neo Geo CD Emulators | 1 | 460.22kB |
| Neo Geo Pocket Emulators | 1 | 107.27kB |
| Nintendo Emulators | 21 | 33.93MB |
| Sony Playstation 2 Emulators | 0 | 0B |
| Sony PSP Emulators | 6 | 57.01MB |
| Sony Playstation Emulators | 12 | 26.89MB |

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2
Page 110



| | | |
|---|---|---|
| Sega Saturn Emulators | 3 | 3.39MB |
| Super Nintendo Emulators | | |
| Xbox Emulators | 2 | 1.08MB |
| Nintendo Wii Emulators | 2 | 18.91MB |

★ New downloads

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Thu Sep 12 2019 08 49 14 GMT-0700 (Pacific Daylight Time)

EXHIBIT 2
Page 111

# EXHIBIT 3

# Web Data Collection Report

**Page Title**

Downloads / Roms - GBA Roms, 3DS Roms, NDS Roms, Switch Roms, Wii and more! | RomUniverse

**URL**

https://web.archive.org/web/20190318211935/https://www.romuniverse.com/download/category/24/roms/

**Collection Date**

Mon Oct 12 2020 16:13:55 GMT-0700 (Pacific Daylight Time)

**Collected by**

CMarcelo@perkinscoie.com (CMarcelo@perkinscoie.com)

**IP Address**

198.22.100.222

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/85.0.4183.121 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

43733db91241c8c80d4bbfd06ac892ac64b32367c56d7cba12ff9d0220f315f9648282d98de
a19f9f3f4527427213dedac335e88d436d13c57e2d5f399e49cb96aaa968b095992048a38db
7dfd1002017001959f93f33a05a91639e1e6d99e1346b0fc666a1b0593a922f3a5d4372e6dd
f5dc70f29815daba2f643877f6304d3ae900f20c58277c1d1d9b97eb1c3ada5372508063278
e1b9041235193dd1531d7d6281427a486aae4d3365a5e92af8d9cadf234b6ee612db55f6690
988b6b7841a73300726a0bccf3746d51f6106da88c2668a9555c61e465a51be8a702dadc9d8
9fdbfa4ca863f35d51d323347b4eb8f6d7269308d422ffb109e6fd89886c06

EXHIBIT 3
Page 112

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-web.archive.org-web-20190318211935-https-www.romuniverse.com-Oct-12-20-16-13-55-GMT-0700-(PDT).mhtml

**Hash (SHA256)**

cee31cfd3323edec0adc233eb18017af659259931c13f605c4a94e86d2d4aaad

**Signature (PKCS#1v1.5)**

6b5712b2e6ebfefd02e3fbe6e1c22ce15c81f1d139d1d7f3684dd872f6be48c7800526f7224
279ea8aa8d107f5080710b68112725a015a8fde1a47827f4d86b956c0075969ca52650b0e0d
8a0f0e3e8cb1218ffeef195e3326676084575f1cf55c34391e1c7207514480c5bac6b240a7b
3e03dfe556280b05f3223169dbb65aa177b8aea0a5118f0e2598c018b2b7c3b5b027dfe957f
50a448c3265436e5130f9e0225169ce8af35a380e5f549e8f0c2d17dba13b40b37469bafe72
4ea27fd8b072a44a767556a065ed86b5c810b1c3fadf1262918f4daba290e8d58294e618478
7479809dc7cd386b58f214e1db9263045ab88bd86933133bce2b042cb3897a

EXHIBIT 3
Page 113


https://www.romuniverse.com/download/category/24/roms/    Go

2 captures
6 Jun 2017 – 18 Mar 2019

JUN MAR APR
2017 **19** 2019



 ROMUNIVERSE

♣ Available Free Downloads ▾    ♣ New User Registration    🎁 Ultimate Gifts and Promotions    Join our Discord Chat    Sign In 👤

What are you looking for?    🔍

## Downloads

🏠 / Downloads / Roms

| Category | | Files | Size | Downloads |
|---|---|---|---|---|
| | Amiga 500/1000 Roms | 4956 | 2.34GB | 6641 |
| | Atari 2600 Roms | 679 | 2.81MB | 18247 |
| | Atari 5200 Roms | 107 | 953.00kB | 906 |
| | Atari 7800 Roms | 59 | 1.84MB | 1354 |
| | Atari Jaguar Roms | 64 | 112.03MB | 798 |
| | Atari Lynx Roms | 75 | 9.96MB | 650 |
| | Colecovision Roms | 174 | 1.89MB | 1472 |
| | Commodore 64 Roms | 327 | 6.67MB | 1924 |
| | CPS1 (Capcom Play System 1) Roms | 136 | 161.12MB | 1693 |
| | CPS2 (Capcom Play System 2) Roms | 240 | 865.87MB | 1225 |
| | Neo Geo Pocket Color Roms | 119 | 59.96MB | 698 |
| | Nintendo 3DS Roms | 3006 | 1.46TB | 392201 |
| | Nintendo 3DS Rom Packages | 12 | 26.18GB | 2242 |

File Name
06737342a0a0a99d95a700727c40a26e50b4eb98966e5e6da3300080d63e52ea

Hash (SHA256)

Signature (PKCS#v1.5)

URL
https://web-s-chive-s-gweb/20190329021155/https://www.-omunive-se.com-download/categp-y/24/-oms/

Timestamp
Mon Oct 12 2020 16:13:55 GMT-0700 (Pacifc Daylight T me)

EXHIBIT 3
Page 114



| | | | |
|---|---|---|---|
| Nintendo 3DS CIA - DLC | 64 | 4.42GB | 2942 |
| Nintendo 3DS CIA - Themes | 15 | 8.95GB | 882 |
| Nintendo 3DS Decrypted | 1484 | 688.86GB | 72915 |
| Nintendo 3DS Moflex Movies | 0 | 0B | 0 |
| Nintendo DS DPG Movies | 265 | 69.34GB | 36041 |
| Nintendo DS Firmware<br>Firmware | 697 | 9.61GB | 10232 |
| Nintendo DS Roms | 6734 | 178.13GB | 4989978 |
| Nintendo DS Demo Roms<br>Kiosk, Demo, Hardware Dumps | 195 | 2.60GB | 8747 |
| Nintendo DS Roms Exclusive | 292 | 9.81GB | 27298 |
| Nintendo DS Roms Packages | 43 | 9.62GB | 4476 |
| Nintendo DS Homebrew Games | 58 | 787.18MB | 41624 |
| Nintendo DS Homebrew Roms<br>Homebrew games for ds | 0 | 0B | 0 |
| Nintendo DS Other Files<br>Here you'll find zip applications, emulators, and patching apps and files | 546 | 3.85GB | 6739 |
| Nintendo DS Patched Roms | 456 | 32.43GB | 146338 |
| Nintendo DS Propers | 207 | 6.19GB | 74903 |
| Nintendo DSi Roms | 5 | 44.07MB | 4542 |
| Nintendo GameBoy Roms | 1579 | 183.47MB | 10444 |
| Nintendo GameBoy Advance GBA Roms | 2808 | 12.33GB | 30044 |
| Nintendo GameBoy Color GBC Roms | 1404 | 535.84MB | 10645 |
| Nintendo N64 Roms | 927 | 11.20GB | 15970 |
| Nintendo New 3DS | 37 | 27.41GB | 3210 |
| Nintendo NES Roms | 1766 | 1.72GB | 16129 |

File Name
https web.a chive.a g/web/20190319211935/https://www.romuniverse.com Oct/2-20-16-13-55-GMT-0700/POT1_1.jpg

Hash (SHA256)

Signature (PKCS#1v1.5)

URL
https web.a chive.a g/web/20190319211935/https://www.romuniverse.com/download/category/24/roms/

Timestamp
Mon Oct 12 2020 16 13 55 GMT-0700 (Pacic Daylight T ms)

EXHIBIT 3
Page 115

INTERNET ARCHIVE
WaybackMachine
2 captures
6 Jun 2017 - 18 Mar 2019

https://www.romuniverse.com/download/category/24/roms/   Go

JUN  **MAR**  APR
      **18**
2017  **2019**

| | | | |
|---|---|---|---|
| Nintendo Switch Roms | 247 | 1.08TB | 185492 |
| Nintendo Switch Roms Trimmed (XCI) | 365 | 1.71TB | 129353 |
| Nintendo Switch Community NSP Roms (CNSP)<br>NSPs that are fetched using NUT/CDNSP, with public titlekeys. | 824 | 1.33TB | 21351 |
| Nintendo Switch Community NSP Roms (CNSP) Updates | 862 | 417.98GB | 13801 |
| Nintendo Switch Community NSP Roms (CNSP) DLC | 389 | 55.29GB | 7177 |
| Nintendo Switch eShop Roms | 14 | 97.51GB | 4661 |
| Nintendo Switch eShop Roms (NSP Scene Releases) | 529 | 495.28GB | 41620 |
| Nintendo Wii Backup File System Roms (WBFS)<br>WBFS, or Wii Backup File System, is a file system developed by Wii homebrew coders kwiirk and Waninkoko. It uses Waninkoko's cIOS and works by creating a WBFS partition on a SD or USB device. A Wii homebrew application may then be run to dump a Wii game to the partition. The titles may then be launched using a Wii USB loader, which uses cIOS and USB 2.0 to load games from an external device. | 546 | 527.91GB | 52343 |
| Nintendo Wii Backup File System Roms (WBFS) (Uncompressed) | 2305 | 4.67TB | 4600 |
| Raspberry Pi Roms | 2 | 119.65GB | 319 |
| Sega Gamegear Roms | 489 | 82.18MB | 2434 |
| Sega Genesis Roms | 1071 | 693.12MB | 9855 |
| Sega Master System Roms | 523 | 61.56MB | 3128 |

★ New downloads

Search  🔍

File Name
https.web.s.chive.s.g/web:20190208211935/https:/www. omunive se.com Oct Q-20-16-12 55 GMT-0700 (PDT)_2.jpg

Hash (SHA256)
45e372733ee7a5bbd080f5dba7b45d59cfe338c639a7ceb078d958824df85af

Signature (PKCS#1v1.5)
202fc6bf37d34579ac47f69c947a1ebfadd5ed20cbca8852e0e9f04d90bce97ff65b0cbddbcbb3ac33df388204d9eecbc393fca384
7b0e78e06d7b72-b67f6a84931c0571fa764bede957e0d9aed35330e8254a2214c2c36ecbd557fcebd0c53488f99e9c
c4e222bfb571c3ef32fd3daf0c79760a6cd37b47e0d6bda5b9c45cbcbdeb4c9a9b5c86d346ffa2
801dcaee76b502f2954096f0413d6cde47fbfde82c4804b8a73478f324da9e5c85ba3c5e2f476f5dce6dc54bb90a73
3f2c3a6dde0d5dddc68963f20eb490ecbcb6d4cafcdd76b6eef2f2fdc5cf17578646bc21e4ad944db621c9c91b78e91e2e22165
d766be89a15c

URL
https.web.s chive.s g/web:20190208211935/https:/www. omunive se.com download/catego y/24/ oms/

Timestamp
Mon Oct 12 2020 16 13 55 GMT-0700 (Pacif c Daylight T me)

EXHIBIT 3
Page 116

# EXHIBIT 4

 **ROMUNIVERSE**

Sign In 👤

What are you looking for? 🔍

Downloads

🏠 / Downloads / Roms / Nintendo 3DS Roms

## Nintendo 3DS Roms

The Nintendo 3DS is a handheld game console produced by Nintendo. It is capable of displaying stereoscopic 3D effects without the use of 3D glasses or additional accessories. Nintendo announced the console in March 2010 and officially unveiled it at E3 2010 on June 15. The console succeeds the Nintendo DS, featuring backward compatibility with older Nintendo DS video games. It's primary competitor was the PlayStation Vita from Sony.

| Name | Size | Rating |
|------|------|--------|
| 3DS1845 - Yo-Kai Watch 3 (Europe) (En,Fr,De,Es,It) | 3.36GB | ⭐⭐⭐⭐½ 4.5/5 : 2 Votes |
| 3DS1844 - Yo-Kai Watch 3 (Germany) | 3.36GB | ⭐⭐⭐⭐ 4/5 : 2 Votes |
| 3DS1843 - Persona Q2 - New Cinema Labyrinth (Japan) | 2.70GB | ⭐⭐⭐½ 3.5/5 : 4 Votes |
| 3DS1842 - Neko-Tomo (Japan) (Rev 1) | 467.46MB | ☆☆☆☆☆ 0/5 : Not rated |
| 3DS1841 - Super Pokemon Rumble (Europe) (En,Fr,De,Es,It) (Rev 1) | 373.52MB | ⭐⭐⭐⭐ 4/5 : 1 Vote |
| 3DS1840 - Luigis Mansion (Japan) | 254.69MB | ⭐⭐⭐⭐⭐ 5/5 : 2 Votes |
| 3DS1838 - Jake Hunter Detective Story - Ghost of the Dusk (USA) | 424.27MB | ☆☆☆☆☆ 0/5 : Not rated |
| 3DS1839 - Luigis Mansion (Europe) (En,Fr,De,Es,It) | 277.42MB | ⭐⭐⭐⭐ 4/5 : 4 Votes |
| 3DSE0606 - Cartoon Network - Battle Crashers (Europe) (eShop) (CIA) [b] | 59.18MB | ☆☆☆☆☆ 0/5 : Not rated |
| 3DS1837 - Luigis Mansion (USA) | 263.13MB | ⭐⭐⭐⭐½ 4.5/5 : 2 Votes |

**URL**

https://www.romuniverse.com/download/category/21/nintendo-3ds-roms

**Timestamp**

Thu Sep 12 2019 08 27 52 GMT-0700 (Pacific Daylight Time)

EXHIBIT 4
Page 117

| | | | |
|---|---|---|---|
| 3DS1836 - One Piece - Unlimited Cruise SP (Japan) (Rev 1) | 865.18MB | ☆☆☆☆☆ | 0/5 : Not rated |
| 3DS1835 - Yo-Kai Watch Blasters - White Dog Squad (Europe) (En,Fr,De,Es,It) | 2.34GB | ★★★★★ | 5/5 : 1 Vote |
| 3DS1834 - Yo-Kai Watch Blasters - Red Cat Corps (Europe) (En,Fr,De,Es,It) | 2.33GB | ☆☆☆☆☆ | 0/5 : Not rated |
| 3DS1833 - Yo-Kai Watch Blasters - Red Cat Corps (USA) | 1.71GB | ☆☆☆☆☆ | 0/5 : Not rated |
| 3DS1832 - Yo-kai Watch Blasters - White Dog Squad (USA) | 1.71GB | ☆☆☆☆☆ | 0/5 : Not rated |
| 3DS1829 - Made in Wario Gorgeous (Japan) | 1.24GB | ★★★★⯪ | 4.5/5 : 4 Votes |
| 3DS1831 - WarioWare Gold (USA) | 1.24GB | ★★★★★ | 5/5 : 1 Vote |
| 3DS1830 - Captain Toad - Treasure Tracker (USA) | 469.14MB | ★★★★☆ | 4/5 : 2 Votes |
| 3DS1828 - Sekaiju no Meikyuu X (Japan) | 862.75MB | ★★★★⯪ | 4.5/5 : 3 Votes |
| 3DSE0604 - Brave Dungeon (Japan) (eShop) [b] | 207.07MB | ☆☆☆☆☆ | 0/5 : Not rated |
| 3DS1827 - Danball Senki Baku Boost (Japan) | 1.60GB | ★★★★★ | 5/5 : 1 Vote |
| 3DS1826 - WarioWare Gold (Europe) (En,Fr,De,Es,It) | 1.25GB | ★★★★★ | 5/5 : 3 Votes |
| 3DS1825 - Sushi Striker - The Way of Sushido (USA) | 920.39MB | ☆☆☆☆☆ | 0/5 : Not rated |
| 3DS1824 - Captain Toad - Treasure Tracker (Europe) (En,Fr,De,Es,It) | 477.07MB | ★★★★☆ | 4/5 : 5 Votes |
| 3DS1823 - Susume! Kinopio Taichou (Japan) | 463.65MB | ★★★★☆ | 4/5 : 2 Votes |
| 3DS1822 - Sushi Striker - The Way of Sushido (Europe) (En,Fr,De,Es,It,Nl) | 932.50MB | ★★★★★ | 5/5 : 3 Votes |
| 3DS1821 - Choukaiten Sushi Striker - The Way of Sushido (Japan) | 933.00MB | ★★★★★ | 5/5 : 1 Vote |
| 3DS1820 - Super Mario Maker for Nintendo 3DS (Europe) (En,Fr,De,Es,It,Nl,Pt,Ru) (Rev 2) | 415.75MB | ★★★★★ | 5/5 : 2 Votes |
| 3DSE0605 - Sayonara! HakoBoy! (Japan) (eShop) [b] | 151.79MB | ★★★★★ | 5/5 : 1 Vote |
| 3DSE0603 - Ikachan (Japan) (eShop) [b] | 2.62MB | ★★★★★ | 5/5 : 1 Vote |
| 3DSE0601 - Doubutsu Sentai Zyuohger - Battle Cube Puzzle (Japan) [b] | 111.18MB | ★★★★★ | 5/5 : 1 Vote |
| 3DS1819 - Chin gumoa Apateu (Korea) | 408.96MB | ★★★★⯪ | 4.5/5 : 3 Votes |
| 3DS1806 - Meitantei Pikachu (Japan) (En,Ja,Fr,De,Es,It,Zh) | 1.76GB | ★★★★★ | 5/5 : 2 Votes |

**URL**

https://www.romuniverse.com/download/category/21/nintendo-3ds-roms

**Timestamp**

Thu Sep 12 2019 08 27 52 GMT-0700 (Pacific Daylight Time)

EXHIBIT 4
Page 118

| | | | |
|---|---|---|---|
| 3DS1818 - Dillons Dead-Heat Breakers (Europe) (En,Fr,De,Es,It) | 658.86MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |
| 3DS1816 - Shin Megami Tensei - Strange Journey Redux (USA) | | ⭐⭐⭐⭐⭐ 5/5 : 2 Votes | |
| 3DS1817 - Shin Megami Tensei - Strange Journey Redux (Europe) (En) | 1.72GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |
| 3DSE0602 - Legna Tactica (Japan) (eShop) [b] | 95.48MB | ☆☆☆☆☆ 0/5 : Not rated | |
| 3DS1809 - Yo-Kai Watch 2 - Psychic Specters (Australia) | 1.92GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |
| 3DS1815 - Dead Heat Breakers, The (Japan) | 584.35MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |
| 3DS1814 - Kawaii Pet to Kurasou! Wan Nyan and Idol (Japan) | 250.68MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |
| 3DS1813 - Wan Nyan Doubutsu Byouin Pet no Oisha-san ni Narou! (Japan) | 506.31MB | ☆☆☆☆☆ 0/5 : Not rated | |
| 3DS1812 - Tanoshiku - Omoshiroku - Kanken Shougakusei (Japan) | 102.74MB | ☆☆☆☆☆ 0/5 : Not rated | |
| 3DS1811 - Biyoushi Debut Monogatari - Top Sutairisuto o Mezasou! (Japan) | 188.46MB | ☆☆☆☆☆ 0/5 : Not rated | |
| 3DS1810 - Future Card Buddyfight - Tanjou! Oretachi no Saikyou Body! (Japan) | 385.78MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |
| 3DS1808 - Alliance Alive, The (USA) | 1.64GB | ☆☆☆☆☆ 0/5 : Not rated | |
| 3DS1807 - Detective Pikachu (USA) | 1.76GB | ⭐⭐⭐⭐ 4/5 : 3 Votes | |
| 3DS1803 - Detective Pikachu (Europe) (En,Ja,Fr,De,Es,It,Zh) | 1.77GB | ⭐⭐⭐⭐ 3.5/5 : 3 Votes | |
| 3DSE0600 - Battleminer (Japan) [b] | 137.77MB | ☆☆☆☆☆ 0/5 : Not rated | |
| 3DSE0599 - Pictlogica Final Fantasy (Japan) (eShop) [b] | 105.50MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |
| 3DS1805 - Disney Planes (Europe) (Fr,Nl) | 144.17MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote | |

Return to Category List

1 2 3 4 5 6 7 8 9 10 next last

**URL**

https://www.romuniverse.com/download/category/21/nintendo-3ds-roms

**Timestamp**

Thu Sep 12 2019 08 27 52 GMT-0700 (Pacific Daylight Time)

EXHIBIT 4
Page 119

**URL**

https://www.romuniverse.com/download/category/21/nintendo-3ds-roms

**Timestamp**

Thu Sep 12 2019 08 27 52 GMT-0700 (Pacific Daylight Time)

EXHIBIT 4
Page 120

# EXHIBIT 5



What are you looking for?

Downloads

🏠 / Downloads / Roms / Switch Roms

## Switch Roms

The Nintendo Switch is a video game console developed by Nintendo and was released on March 3, 2017. It is a hybrid console that can be used as both a stationary and portable device. Its wireless Joy-Con controllers, which include standard buttons and directional analog sticks for user input, motion sensing, and high-definition tactile feedback, can attach to both sides of the console to support handheld-style play. They can also connect to a Grip accessory to provide a traditional home console gamepad form, or be used individually in the hand like the Wii Remote and Nunchuk, supporting local multiplayer modes. The Nintendo Switch's software supports online gaming through standard Internet connectivity, as well as local wireless ad hoc connectivity with other Switch consoles. Nintendo Switch games and software are available on both physical flash-based ROM cartridges and digital distribution via Nintendo eShop; the system does not use region locking. As an eighth-generation console, the Nintendo Switch competes with Microsoft's Xbox One and Sony's PlayStation 4.

| Name | Size | Rating |
|---|---|---|
| Pokemon Lets Go Eevee (Europe) (En, Fr, It, Ge, Es, Ja, Ko, Ch) (VENOM) | 4.42GB | ⭐⭐⭐⭐☆ 4/5 : 3 Votes |
| SXOS-Cheat Pack (World) | 88.75kB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| New Super Mario Bros. U Deluxe (All) (En, Ja, Fr, De, Es, It, Nl, Pt, Ru, Ko, Zh) (Team HR) | 2.77GB | ⭐⭐⭐☆☆ 3/5 : 20 Votes |
| Wonder Boy The Dragons Trap (KOR) (En, Fr, De, It, Es, Ja, Ko, Zh) (BigBlueBox) | 1.14GB | ⭐⭐⭐⭐⯪ 4.5/5 : 3 Votes |
| Super Mario Party (Japan) (En, Ja, Fr, Ge, Es, It, De, Pt, Ru, Ko, Tw, Ch) (VENOM) | 3.04GB | ⭐⭐⭐☆☆ 3/5 : 14 Votes |
| Splatoon 2 Octo Expansion (EUR) (DLC) (En, De, Fr, Es, It) (eShop) (VENOM) | 2.02GB | ⭐⭐⭐⭐☆ 4/5 : 6 Votes |
| Tantei Jinguuji Saburou Prism of Eyes (JPN) (Ja) (Team HR) | 3.60GB | ⭐⭐⭐⯪☆ 3.5/5 : 3 Votes |
| State of Mind (EUR) (En, De) (LiGHTFORCE) | 6.25GB | ⭐⭐⭐⭐⯪ 4.5/5 : 2 Votes |
| Dead Cells (EUR) (En, De, Fr, Es, Nl, It, Pt, Ru, Ts, Ko, Ja) (LiGHTFORCE) | 704.32MB | ⭐⭐⭐⭐☆ 4/5 : 1 Vote |

**URL**

https://www.romuniverse.com/download/category/132/nintendo-switch-roms

**Timestamp**

Thu Sep 12 2019 08 36 41 GMT-0700 (Pacific Daylight Time)

EXHIBIT 5
Page 121

| Title | Size | Rating |
|---|---|---|
| Dead Cells (EUR) (En, De, Fr, Es, Ni, It, Po, Ru, Ti, Ko, Ja) (LIGHTFORCE) | | |
| Darkest Dungeon (JPN) (Ja) (Team HR) | | |
| Okami HD (All) (VENOM) | 9.76GB | ⭐⭐⭐ 3/5 : 4 Votes |
| Mario Kart 8 Deluxe v002 (All) (En, Ja, Fr, De, Es, It, Ni, Pt, Ru) (Team HR) | 7.11GB | ⭐⭐⭐⭐ 3.5/5 : 12 Votes |
| Mario Kart 8 Deluxe (EUR) (NrZ) | 7.02GB | ⭐⭐⭐⭐ 4/5 : 3 Votes |
| Makai Senki Disgaea Refine (JPN) (Ja) (Team HR) | 2.56GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Makai Senki Disgaea Refine (ASIA) (Zh) (CHT) (Team HR) | 2.56GB | ⭐⭐⭐⭐ 3.5/5 : 2 Votes |
| Laytons Mystery Journey Katrielle to Daifugou no Inbou DX (JPN) (Team HR) | 3.20GB | ⭐⭐⭐⭐⭐ 4.5/5 : 2 Votes |
| Higurashi no Naku Koro ni Hou (JPN) (Team HR) | 7.34GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Hello Neighbor (EUR) (USA) (En, Fr, De, It, Es, Ar, Cs, Da, Ni, Fi, El, Hu, Ja, Ko, No) (BigBlueBox) | 2.59GB | ⭐⭐⭐⭐⭐ 5/5 : 2 Votes |
| Dimension Drive (ASIA) (En, Es, Ja, Ko, Zh) (BigBlueBox) | 739.67MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Dead Cells (ASIA) (En, Fr, De, Es, It, Pt, Ru, Ko) (Team HR) | 705.69MB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Code of Princess EX (USA) (VENOM) | 3.21GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Code of Princess EX (JPN) (Ja) (Team HR) | 3.22GB | ⭐⭐⭐⭐⭐ 4.5/5 : 2 Votes |
| Wonder Boy The Dragons Trap (EUR) (En, De, Fr, It, Es, Pt, Jp) (PUSSYCAT) | 1.14GB | ⭐⭐⭐⭐ 4/5 : 4 Votes |
| Wolfenstein II The New Colossus (JPN) (En, Ja) (Team HR) | 12.83GB | ⭐⭐⭐⭐ 3.5/5 : 2 Votes |
| Windstorm The Game (EUR) (En, De, Fr, It) (PUSSYCAT) | 3.52GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Waku Waku Sweets Amai Okashi ga Dekiru kana (JPN) (Ja) (Team HR) | 1.72GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Waku Waku Doubutsu Land (JPN) (Team HR) | 1.61GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Touhou Genso Wanderer Reloaded (USA) (VENOM) | 7.22GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |
| Titan Quest (EUR) (USA) (Team HR) | 7.28GB | ⭐⭐⭐⭐⭐ 4.5/5 : 2 Votes |
| Super Mario Odyssey v001 (JPN) (En, Ja, Fr, Ge, Es, It, Ni, Ru) (JRP) | 5.59GB | ⭐⭐⭐⭐ 4/5 : 12 Votes |
| SaGa Scarlet Grace Hiiro no Yabou (JPN) (Ja) (Team HR) | 3.00GB | ⭐⭐⭐⭐⭐ 5/5 : 1 Vote |

**URL**

https://www.romuniverse.com/download/category/132/nintendo-switch-roms

**Timestamp**

Thu Sep 12 2019 08 36 41 GMT-0700 (Pacific Daylight Time)

EXHIBIT 5
Page 122

| | | | |
|---|---|---|---|
| Runbow Deluxe Edition (All) (VENOM) | 1.36GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| R.B.I. Baseball 18 (USA) (VENOM) | | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| Pro Yakyuu Famista Evolution (JPN) (Ja) (Team HR) | 1.58GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| Overcooked 2 (EUR) (USA) (En, Ja, Fr, De, Es, It, Ko, Zh) (Team HR) | 2.00GB | ⭐⭐⭐⭐☆ | 4/5 : 4 Votes |
| Rockman X Anniversary Collection 2 (JPN) (Team HR) | 7.09GB | ⭐⭐⭐⭐☆ | 4/5 : 2 Votes |
| Rockman X Anniversary Collection (JPN) (Team HR) | 3.31GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| Oceanhorn Monster of Uncharted Seas (USA) (En, Fr, De, It, Es, Ru, Ja, Ko, Zh) (BigBlueBox) | 728.13MB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| Go Vacation (EUR) (En, Fr, De, It, Es, De, Ja) (LiGHTFORCE) | 9.10GB | ⭐⭐⭐⭐⯪ | 4.5/5 : 4 Votes |
| Champion Jockey Special (JPN) (Team HR) | 5.43GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| The Coma Recut (EUR) (En) (VENOM) | 1.34GB | ⭐⭐⭐⭐⭐ | 5/5 : 2 Votes |
| Sonic Mania Plus (EUR) (En, Fr, De, It, Es, Ch, Jp) (LiGHTFORCE) | 642.47MB | ⭐⭐⭐⭐☆ | 4/5 : 7 Votes |
| Slain Back From Hell (EUR) (Team HR) | 574.52MB | ⭐⭐⭐⭐⯪ | 4.5/5 : 4 Votes |
| Shining Resonance Refrain CHT (ASIA) (Team HR) | 7.17GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| Shelter Generations (EUR) (En, Zh) (BigBlueBox) | 4.45GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| Portal Knights (JPN) (Team HR) | 3.07GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |
| OCTOPATH TRAVELER (JPN) (Team HR) | 3.21GB | ⭐⭐⭐⭐☆ | 4/5 : 1 Vote |
| OCTOPATH TRAVELER (EUR) (USA) (En, Fr, De, It, Es, Ja) (BigBlueBox) | 3.21GB | ⭐⭐⭐⭐⯪ | 4.5/5 : 11 Votes |
| Lego The Incredibles (EUR) (En, Fr, De, It, Es, Pt, Ro, Ru, Ja, Ko, Zh) (LiGHTFORCE) | 8.91GB | ⭐⭐⭐⭐☆ | 4/5 : 6 Votes |
| Hotel Transylvania 3 Monsters Overboard (EUR) (En) (VENOM) | 1.05GB | ⭐⭐⭐⭐⭐ | 5/5 : 1 Vote |

Return to Category List

1   2   3   4   5   next

**URL**

https://www.romuniverse.com/download/category/132/nintendo-switch-roms

**Timestamp**

Thu Sep 12 2019 08 36 41 GMT-0700 (Pacific Daylight Time)

EXHIBIT 5
Page 123

**URL**

https://www.romuniverse.com/download/category/132/nintendo-switch-roms

**Timestamp**

Thu Sep 12 2019 08 36 41 GMT-0700 (Pacific Daylight Time)

EXHIBIT 5
Page 124

# EXHIBIT 6





EXHIBIT 6
Page 125

Sony Playstation PSX ISOs

Sega CD ISOs

Sega Saturn ISOs

Nintendo Wii ISOs

Sony PSP ISOs

Panasonic 3DO ISOs

GameCube ISOs

Sony Playstation 2 ISOs (PS2 ROMs)

Neo Geo CD ISOs

Android

Apps

Live Wallpapers

Games

Emulators

Roms

Amiga 500/1000 Roms

The Amiga is a family of personal computers introduced by Commodore in 1985. The original model was part of a wave of 16- and 32-bit systems that featured 256 KB or more of RAM, mouse-based GUIs, and significantly improved graphics and audio over 8-bit systems. This wave included the Atari STâ€"released the same yearâ€"Apple's Macintosh, and later the Apple IIGS. Based on the Motorola 68000 microprocessor, the Amiga differed from its contemporaries through the inclusion of custom hardware to accelerate graphics and sound, including sprites and a blitter, and a pre-emptive multitasking operating system called AmigaOS.

Atari 2600 Roms

The Atari 2600, originally sold as the Atari Video Computer System or Atari VCS until November 1982, is a home video game console from Atari, Inc. Released on September 11, 1977, it is credited with popularizing the use of microprocessor-based hardware and games contained on ROM cartridges, a format first used with the Fairchild Channel F in 1976. This contrasts with the older model of having dedicated hardware that could play only those games that were physically built into the unit. The 2600 was bundled with two joystick controllers, a conjoined pair of paddle controllers, and a game cartridge: initially Combat, and later Pac-Man.

Atari 5200 Roms

The Atari 5200 SuperSystem, commonly known as the Atari 5200, is a home video game console that was introduced in 1982 by Atari Inc. as a higher-end complementary console for the popular Atari 2600. The 5200 was created to compete with the Intellivision, but wound up more directly competing with the ColecoVision shortly after its release.

Atari 7800 Roms

The Atari 7800 ProSystem, or simply the Atari 7800, is a home video game console officially released by the Atari Corporation in 1986. It is almost fully backward-compatible with the Atari 2600, the first console to have backward compatibility without the use of additional modules. It was considered affordable at a price of US$140 (equivalent to $320 in 2018).

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Fri Sep 13 2019 09 25 30 GMT-0700 (Pacific Daylight Time)

EXHIBIT 6
Page 126

### Atari Jaguar Roms

The Atari Jaguar is a home video game console that was developed by Atari Corporation and released in North America in November 1993. Powered by two custom 32-bit processors in addition to a Motorola 68000, it was the first Atari console to use physical media. Controversially, Atari marketed the Jaguar as being the first 64-bit video game console, while competing with the existing 16-bit consoles (Sega Genesis and Super Nintendo Entertainment System) and the 32-bit 3DO Interactive Multiplayer platform (which launched the same year).

### Atari Lynx Roms

The Atari Lynx is a 16-bit handheld game console that was released by Atari Corporation in September 1989 in North America, and in Europe and Japan in 1990. It was the world's first handheld electronic game with a color LCD. It was also notable for its advanced graphics and ambidextrous layout. The Lynx competed with the Game Boy (released two months earlier), as well as the Game Gear and TurboExpress, both released the following year. It was discontinued in 1996.

### Colecovision Roms

The ColecoVision is Coleco Industries' second-generation home video-game console that was released in August 1982. The ColecoVision offered a closer experience to more powerful arcade game systems compared to competitors such as the Atari 2600, along with the means to expand the system's basic hardware.

The initial catalog of twelve games included Nintendo's Donkey Kong as the pack-in cartridge, Sega's graphically impressive Zaxxon, and some lesser known arcade titles that found a larger audience on the console, such as Lady Bug, Cosmic Avenger, and Venture. Approximately 145 titles in total were published as ROM cartridges for the system between 1982 and 1984.

### Commodore 64 Roms

The Commodore 64, also known as the C64 or the CBM 64, is an 8-bit home computer introduced in January 1982 by Commodore International (first shown at the Consumer Electronics Show, in Las Vegas, January 7â€"10, 1982).[4] It has been listed in the Guinness World Records as the highest-selling single computer model of all time,[5] with independent estimates placing the number sold between 10 and 17 million units.[2] Volume production started in early 1982, marketing in August for US$595 (equivalent to $1,545 in 2018).[6][7] Preceded by the Commodore VIC-20 and Commodore PET, the C64 took its name from its 64 kilobytes (65,536 bytes) of RAM. With support for multicolor sprites and a custom chip for waveform generation, the C64 could create superior visuals and audio compared to systems without such custom hardware.

### CPS1 (Capcom Play System 1) Roms

The CP System (CPã,·ã,ªãƒ†ãƒ  shÅ«pÅ« shisutemu, CPS for short) is an arcade system board developed by Capcom that ran game software stored on removable ROM cartridges. More than two dozen arcade titles were released for CPS-1, before Capcom shifted game development over to its successor, the CP System II.

Capcom's Street Fighter II series is perhaps the best known franchise within the CPS game library. The first three titles in the series (The World Warrior, Champion Edition and Hyper Fighting) were all developed on CPS-1 and highly successful.

### CPS2 (Capcom Play System 2) Roms

The CP System II (CPã,·ã,²ãƒ†ãƒ  II shÅ«pÅ« shisutemu tsÅ«) or CPS-2 is an arcade system board that Capcom first used in 1993 for Super Street Fighter II. It was the successor to their previous CP System and Capcom Power System Changer arcade hardware and was succeeded by the CP System III hardware in 1996, of which the CPS-2 would outlive by over four years. The arcade system had new releases for it until the end of 2003.

### Neo Geo Pocket Color Roms

The Neo Geo Pocket Color (also stylized as NEOGEOPOCKET COLOR, often abbreviated NGPC), is a 16-bit color handheld video game console manufactured by SNK. It is a successor to SNK's monochrome Neo Geo Pocket handheld which debuted in 1998 in Japan, with the Color being fully backward compatible. The Neo Geo Pocket Color was released on March 16, 1999 in Japan, August 6, 1999 in North America, and on October 1, 1999 in Europe, entering markets all dominated by Nintendo.

After a good sales start in both the U.S. and Japan with 14 launch titles (a record at the time) subsequent low retail support in the U.S., lack of communication with third-party developers by SNK's American management, the craze about Nintendo's PokÃ©mon franchise, anticipation of the 32-bit Game Boy Advance, as well as strong competition from Bandai's WonderSwan in Japan, led to a sales decline in both regions.[5]

### Nintendo 3DS Roms

The Nintendo 3DS is a handheld game console produced by Nintendo. It is capable of displaying stereoscopic 3D effects without the use of 3D glasses or additional accessories. Nintendo announced the console in March 2010 and officially unveiled it at E3 2010 on June 15. The console succeeds the Nintendo DS, featuring backward compatibility with older Nintendo DS video games. It's primary competitor was the PlayStation Vita from Sony.

### Nintendo 3DS Rom Packages

### Nintendo 3DS CIA Roms

### Nintendo 3DS CIA - VC

### Nintendo 3DS CIA - DLC

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Fri Sep 13 2019 09 25 30 GMT-0700 (Pacific Daylight Time)

EXHIBIT 6
Page 127

Nintendo 3DS CIA - Themes

Nintendo 3DS Decrypted

Nintendo 3DS Moflex Movies

Nintendo DS DPG Movies

Nintendo DS Firmware
Firmware

Nintendo DS Roms
The Nintendo DS, or simply DS, is a dual-screen handheld game console developed and released by Nintendo. The device released globally across 2004 and 2005. The DS, short for "Developers' System" or "Dual Screen", introduced distinctive new features to handheld gaming: two LCD screens working in tandem (the bottom one featuring a touchscreen), a built-in microphone, and support for wireless connectivity. Both screens are encompassed within a clamshell design similar to the Game Boy Advance SP. The Nintendo DS also features the ability for multiple DS consoles to directly interact with each other over Wi-Fi within a short range without the need to connect to an existing wireless network. Alternatively, they could interact online using the now-defunct Nintendo Wi-Fi Connection service. Its main competitor was Sony's PlayStation Portable during the seventh generation of video game consoles. It was likened to the Nintendo 64 from the 1990s, which led to several N64 ports such as Super Mario 64 DS and Diddy Kong Racing DS, among others.

Nintendo DS Demo Roms
Kiosk, Demo, Hardware Dumps

Nintendo DS Roms Exclusive

Nintendo DS Roms Packages

Nintendo DS Homebrew Games

Nintendo DS Homebrew Roms
Homebrew games for ds

Nintendo DS Other Files
Here you'll find zip applications, emulators, and patching apps and files

Nintendo DS Patched Roms

Nintendo DS Propers

Nintendo DSi Roms

Nintendo GameBoy Roms
The Game Boy is an 8-bit handheld game console developed and manufactured by Nintendo. The first handheld in the Game Boy line, it was first released in Japan on April 21, 1989, then North America, three months later, and lastly in Europe, nearly a year after. It was designed by the same team that developed the Game & Watch and several Nintendo Entertainment System games: Satoru Okada, Gunpei Yokoi, and Nintendo Research & Development 1.

Nintendo's second handheld game console, the Game Boy combines features from both the NES home system and Game & Watch hardware. The console features a dull green dot-matrix screen with adjustable contrast dial, five control buttons (a directional pad, two game buttons, and start and select), a 2-voice speaker with adjustable volume dial, and, like its rivals, uses cartridges as physical media for games. The color scheme is made from two tones of grey with accents of black, blue, and maroon. All the corners of the portrait-oriented rectangular unit are softly rounded, save for the bottom right, which is curved. At launch, it was sold either as a standalone unit, or bundled with the one of several games: Super Mario Land or Tetris among them. Several accessories were also developed, including a carrying pouch and printer.

Nintendo GameBoy Advance GBA Roms
The Game Boy Advance (GBA) is a 32-bit handheld video game console developed, manufactured and marketed by Nintendo as the successor to the Game Boy Color. It was released in Japan on March 21, 2001, in North America on June 11, 2001, in Australia and Europe on June 22, 2001, and in mainland China on June 8, 2004, as iQue Game Boy Advance. The GBA was part of the sixth generation. The original model was not backlit and Nintendo addressed that with the release of the redesigned Game Boy Advance SP in 2003. Another redesign, the Game Boy Micro, was released in 2005.

**URL**
https://www.romuniverse.com/download/

**Timestamp**
Fri Sep 13 2019 09:25:30 GMT-0700 (Pacific Daylight Time)

EXHIBIT 6
Page 128

### Nintendo GameBoy Color GBC Roms

The Game Boy Color[a] (GBC) is a handheld game console manufactured by Nintendo, which was released on October 21, 1998, in Japan, and later released in November of the same year to international markets. It is the successor of the Game Boy and continued in the Game Boy family.

The GBC features a color screen rather than monochrome, but it is not backlit. It is slightly thicker and taller and features a slightly smaller screen than the Game Boy Pocket, its immediate predecessor in the Game Boy line. As with the original Game Boy, it has a custom 8-bit processor made by Sharp that is considered a hybrid between the Intel 8080 and the Zilog Z80. The spelling of the system's name, Game Boy Color, remains consistent throughout the world, with its American English spelling of "color".

### Nintendo N64 Roms

The Nintendo 64 (N64), stylized as NINTENDO64, is a home video game console developed and marketed by Nintendo. Named for its 64-bit central processing unit, it was released in June 1996 in Japan, September 1996 in North America and Brazil, March 1997 in Europe and Australia, and September 1997 in France. It was the last major home console to use the cartridge as its primary storage format until the Nintendo Switch in 2017. The Nintendo 64 was discontinued in mid-2002 following the launch of its successor, the GameCube, in 2001.

Codenamed "Project Reality", the Nintendo 64 design was mostly complete by mid-1995, but its launch was delayed until 1996, when Time named it Machine of the Year. It was launched with three games: Super Mario 64 and Pilotwings 64 (worldwide) and Saikyō Habu Shōgi (exclusive to Japan). As part of the fifth generation of gaming, the system competed primarily with the Sony PlayStation and the Sega Saturn. The suggested retail price at its United States launch was US$199.99, and 32.93 million units were sold worldwide. In 2015, IGN named it the ninth greatest video game console of all time.

### Nintendo New 3DS

The New Nintendo 3DS is a handheld game console developed by Nintendo. It is the fourth system in the Nintendo 3DS family of handheld consoles, following the original Nintendo 3DS, the Nintendo 3DS XL, and the Nintendo 2DS. The system was released in Japan on October 11, 2014, in Australia and New Zealand on November 21, 2014, on January 6, 2015 in Europe in a special Club Nintendo-exclusive "Ambassador Edition", and at retail in Europe on February 13, 2015. Like the original 3DS, the New Nintendo 3DS also has a larger variant, the New Nintendo 3DS XL, released in all three regions. In North America, the New Nintendo 3DS XL was released on February 13, 2015, while the standard-sized New Nintendo 3DS was released later on September 25, 2015.

### Nintendo NES Roms

The Nintendo Entertainment System (or NES for short) is an 8-bit home video game console developed and manufactured by Nintendo. It is a remodeled export version of the company's Family Computer[a] (FC) platform in Japan, also known as the Famicom for short, which launched on July 15, 1983. The NES was launched through test markets in New York City and Los Angeles in 1985, before being given a wide release in the rest of North America and parts of Europe in 1986, followed by Australia and other European countries in 1987. Brazil saw only unlicensed clones until the official local release in 1993. In South Korea, it was packaged as the Hyundai Comboy[c] and distributed by SK Hynix which then was known as Hyundai Electronics, the Comboy was released in 1989.

### Super Nintendo Roms

The Super Nintendo Entertainment System (SNES), also known as the Super NES or Super Nintendo, is a 16-bit home video game console developed by Nintendo that was released in 1990 in Japan and South Korea[citation needed], 1991 in North America, 1992 in Europe and Australasia (Oceania), and 1993 in South America. In Japan, the system is called the Super Famicom (SFC). In South Korea, it is known as the Super Comboy and was distributed by Hyundai Electronics. The system was released in Brazil on August 30, 1993, by Playtronic. Although each version is essentially the same, several forms of regional lockout prevent the different versions from being compatible with one another.

### Switch Roms

The Nintendo Switch is a video game console developed by Nintendo and was released on March 3, 2017. It is a hybrid console that can be used as both a stationary and portable device. Its wireless Joy-Con controllers, which include standard buttons and directional analog sticks for user input, motion sensing, and high-definition tactile feedback, can attach to both sides of the console to support handheld-style play. They can also connect to a Grip accessory to provide a traditional home console gamepad form, or be used individually in the hand like the Wii Remote and Nunchuk, supporting local multiplayer modes. The Nintendo Switch's software supports online gaming through standard Internet connectivity, as well as local wireless ad hoc connectivity with other Switch consoles. Nintendo Switch games and software are available on both physical flash-based ROM cartridges and digital distribution via Nintendo eShop; the system does not use region locking. As an eighth-generation console, the Nintendo Switch competes with Microsoft's Xbox One and Sony's PlayStation 4.

### Nintendo Switch Scene Roms

New content is added instantly upon release from the scene. This category includes all scene releases for the Nintendo Switch, including eShop, Proper, DLC and Updates. The rar file contains a nfo and a nsp or xci file.

### Nintendo Switch Roms Trimmed (XCI)

Trimmed XCI files are roms that have the useless filler data removed resulting in a smaller size rom.

### Nintendo Switch Community NSP Roms (CNSP)

NSPs that are fetched using NUT/CDNSP, with public titlekeys.

### Nintendo Switch Community NSP Roms (CNSP) Updates

### Nintendo Switch Community NSP Roms (CNSP) DLC

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Fri Sep 13 2019 09 25 30 GMT-0700 (Pacific Daylight Time)

EXHIBIT 6
Page 129

Nintendo Switch Community NSP Roms (CNSP) DLC

Nintendo Switch eShop Roms

Nintendo Switch eShop Roms (NSP Scene Releases)

Nintendo Wii Backup File System Roms (WBFS)

WBFS, or Wii Backup File System, is a file system developed by Wii homebrew coders kwiirk and Waninkoko. It uses Waninkoko's cIOS and works by creating a WBFS partition on a SD or USB device. A Wii homebrew application may then be run to dump a Wii game to the partition. The titles may then be launched using a Wii USB loader, which uses cIOS and USB 2.0 to load games from an external device.

Nintendo Wii Backup File System Roms (WBFS) (Uncompressed)

Raspberry Pi Roms

Sega Gamegear Roms

Sega Genesis Roms

Sega Master System Roms

Emulators

Sega Dreamcast Emulators

GameBoy Advance Emulators

Arcade Emulators

Atari 2600 Emulators

Atari 5200 Emulators

Atari 7800 Emulators

Atari Jaguar Emulators

Atari Lynx Emulators

GameBoy Color Emulators

Nintendo Gamecube Emulators

Sega Genesis Emulators

Macintosh Emulators

Nintendo 64 Emulators

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Fri Sep 13 2019 09 25 30 GMT-0700 (Pacific Daylight Time)

EXHIBIT 6
Page 130

Namco System 22 Emulators

Nintendo DS Emulators

Neo Geo CD Emulators

Neo Geo Pocket Emulators

Nintendo Emulators

Sony Playstation 2 Emulators

Sony PSP Emulators

Sony Playstation Emulators

Sega Saturn Emulators

Super Nintendo Emulators

Xbox Emulators

Nintendo Wii Emulators

★ New downloads

Search

**URL**

https://www.romuniverse.com/download/

**Timestamp**

Fri Sep 13 2019 09 25 30 GMT-0700 (Pacific Daylight Time)

EXHIBIT 6
Page 131

# EXHIBIT 7



Sign In

Heard about the lawsuit? Want to help defend RomUniverse and your rights?
Please consider donating.

$30 Donation     $100 Donation     $1,000 Donation


the best romsite in the universe.

What are you looking for?

**60000 Roms**   **Movies**   **eBooks**   **375000 Members.**
**Chat & Forum**   **Free Downloads**   **High Speed Download Upgrade Available**

| Nintendo Switch Scene Roms | Movies | eBooks |
|---|---|---|
| The_Sinking_City_DLC_Unlocker_NSW-VENOM | The.Hearse.1980.1080p.BluRay.H264.AAC-RARBG | bk 12338 - Brent Towns et al - Team Reaper 1-7 (ePub, Mobi) |
| Daemon_X_Machina_NSW-LiGHTFORCE | Menace II Society [1993] DVDrip Xvid KaOsUSC (Kingdom-Release) | bk 12337 - Heidi Perks - Now You See Her (ePub, Mobi) |
| The_Sinking_City_eShop_NSW-VENOM | Juice 1992 1080p BluRay x264 AAC 5.1 Esub- Hon3y | bk 12336 - Shari Lapena - An Unwanted Guest (ePub, Mobi) |
| Sydney_Hunter_and_the_Curse_of_the_Mayan_eShop_NSW-VENOM | Friday ( 1995 ) 720p BrRip x264 650MB YIFY | bk 12335 - Stuart Macbride - All Thats Dead (ePub, Mobi) |
| Super_Dodgeball_Beats_eShop_NSW-VENOM | Triple Frontier 2019 WEBRip | bk 12334 - Susan Lewis - One Minute Later (ePub, Mobi) |



**URL**
https://www.romuniverse.com/

**Timestamp**
Fri Sep 13 2019 09 04 25 GMT-0700 (Pacific Daylight Time)

EXHIBIT 7
Page 132



Overcooked_2_Update_v1.0.10_NSW-SUXXORS

Overcooked_2_Carnival_of_Chaos_DLC_NSW-SUXXORS

Fantasy_Strike_Update_v17874_NSW-VENOM

Battle_Supremacy_Evolution_eShop_NSW-VENOM

Fire_Emblem_Three_Houses_Update_v1.0.2_NSW-SUXXORS

The Many Lives Of Nick Buoniconti 2019 WEBRip

Stay Awake China 2019 WEBRip

Dead Silence 2007 BluRay

Widows 2018 BluRay

Stupid Young Heart 2018 BluRay

bk 12333 - Jamie Gwen - errors - Kitchen Planning Guidelines, Codes, Standards (pdf)

bk 12332 - Nancy Woolford - Kitchen and Bath design Principles (PDF)

bk 12331 - Nora Roberts - Shelter in Place (ePub, Mobi)

bk 12330 - Noelle Salazar - The Flight Girls (ePub, Mobi)

bk 12329 - Stella Rimington - 8 Books (ePub, Mobi)

**URL**

https://www.romuniverse.com/

**Timestamp**

Fri Sep 13 2019 09 04 25 GMT-0700 (Pacific Daylight Time)

EXHIBIT 7
Page 133

# EXHIBIT 8

1   Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
2   PERKINS COIE LLP
    1888 Century Park E., Suite 1700
3   Los Angeles, CA  90067-1721
    Telephone:  310.788.9900
4   Facsimile:  310.788.3399

5   William C. Rava (appearing *pro hac vice*)
    Christian W. Marcelo (appearing *pro hac vice*)
6   WRava@perkinscoie.com
    CMarcelo@perkinscoie.com
7   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
8   Seattle, WA  98101
    Telephone:  206.359.8000
9   Facsimile:  206.359.9000

10
    Attorneys for Plaintiff
11  Nintendo of America Inc.

12                      UNITED STATES DISTRICT COURT

13                     CENTRAL DISTRICT OF CALIFORNIA

14

15

16
    NINTENDO OF AMERICA INC., a      Case No. 2:19-CV-07818-CBM-RAO
17  Washington corporation
                                     **NINTENDO'S FIRST SET OF**
18                  Plaintiff,       **INTERROGATORIES AND REQUESTS**
                                     **FOR PRODUCTION OF DOCUMENTS**
19        v.                         **AND THINGS**

20  MATTHEW STORMAN, an
    individual, JOHN DOES 1-10,
21  individuals and/or corporations,

22                  Defendants.

23

24

25

26

27

28
                                                      DISCOVERY REQUESTS

EXHIBIT 8
Page 134

Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff Nintendo of America Inc. ("Nintendo"), through its counsel, directs the following interrogatories and requests for production of documents and things ("Requests") to Defendant Matthew Storman ("Defendant"). Defendant is to answer these Requests separately and fully, in writing, within thirty days of the date of service, in accordance with Fed. R. Civ. P. 33 and 34, and the Definitions and Instructions set forth below. Defendant must produce, within thirty days of service of these Requests, all responsive documents and tangible things that are within Defendant's possession, custody, or control at the office of Perkins Coie, LLP, 888 Century Park East, Suite 1700, Los Angeles, California 90067-1721, or as otherwise agreed to by the parties. These Requests impose continuing obligations, and any supplementation and additional responsive documents or things that may be discovered subsequent to the initial responsive production should be produced within a reasonable time, pursuant to Fed. R. Civ. P. 26.

## DEFINITIONS

1. "Any" and "all" means "any and all."

2. "Date" means the exact day, month, and year, if ascertainable, or, if not, the best available approximation (including relationship to other events).

3. The term "Defendant" as used herein means Matthew Storman and companies owned or controlled by Matthew Storman as well as any divisions, or subsidiaries, past or present, including, without limitation, the directors, officers, employees, agents, or attorneys thereof.

4. The terms "you," "your," or "yourself" as used herein refers to Defendant as defined above.

5. The term "Nintendo" as used herein means Plaintiff Nintendo of America Inc. and includes the directors, officers, employees, agents, or attorneys thereof.

6. The term "Litigation" shall mean the above-referenced action, 2:19-CV-07818-CBM-RAO.

7. The term "person" shall mean any natural person, individual, corporation, proprietorship,

DISCOVERY REQUESTS

EXHIBIT 8
Page 135

partnership, association, joint venture, limited liability company, trust, company, firm, or other form of legal entity, organization, or arrangement.

8.  The term "document" shall be synonymous in meaning and equal in scope to the usage of the term in Rule 34(a) of the Federal Rules of Civil Procedure and includes, without limitation, "writings and recordings" as defined by Rule 1001 of the Federal Rules of Evidence.

9.  The term "thing" shall be synonymous in meaning and equal in scope to the usage of the term in Rule 34(a) of the Federal Rules of Civil Procedure, and includes without limitation, models, prototypes and samples of any device or apparatus or product.

10. The term "communication" as used herein means all written, oral, telephonic or other inquiries, dialogues, discussions, conversations, interviews, correspondence, consultations, negotiations, agreements, understandings, meetings, letters, notes, telegrams, advertisements, and all other documents evidencing any verbal or nonverbal interaction between or among persons and/or entities.

11. The terms "and," "or," and "and/or" as used herein shall be interpreted to include any item or combination of items identified in a Request, and shall not be interpreted to exclude any information otherwise within the scope of a Request.

12. The term "any" as used herein means one, some, or all of whatever quantity.

13. The terms "concerning," "related to," or "relating to" (or similar terms) as used herein shall be construed in the broadest possible sense, and shall mean without limitation and whether in whole or in part:  referring to, constituting, bearing upon, commenting upon, reflecting, evidencing, pertaining to, describing, depicting, consisting of, containing, comprising, embodying, identifying, stating, discussing, analyzing, studying, summarizing, dealing with, relating to, or having any logical or factual connection whatsoever with the subject

DISCOVERY REQUESTS

147592637.3

EXHIBIT 8
Page 136

addressed, regardless whether the factual connection is favorable to or adverse to you.

14. The term "ROM image" means any digital file containing read-only memory.

15. The term "Nintendo ROM image" means any ROM image which contains read-only memory related to any Nintendo video games.

16. The term "Websites" means any website that you own or control which distributes Nintendo ROM images, including but not limited to the websites resolving from the following domains:  www.romuniverse.com and www.ndsuniverse.com.

17. Unless the terms of a particular Request specifically indicate otherwise, these definitions are applicable throughout these Requests and are incorporated into each specific Request.

## INSTRUCTIONS

1. In responding to these Requests, you are required to furnish all information that is available to you or subject to your reasonable inquiry, including information in the possession of your attorneys, accountants, advisors, representatives, agents or other persons directly or indirectly employed by, or connected with, you or your attorneys, and anyone else otherwise subject to your control.  All documents that respond in whole or in part, to any portion of the Requests below shall be produced in their entirety, including all attachments and enclosures.

2. In construing these Requests, the plural shall include the singular and the singular shall include the plural; a masculine, feminine, or neuter term shall include all other genders.

3. If you deem any documents or information sought by these Requests to be privileged or otherwise protected from discovery, you must nevertheless identify for all information and/or each document withheld, at least the following:

   a.  The legal basis for withholding the document;

   b.  The person asserting any claim of privilege and/or protection;

-3-                                   DISCOVERY REQUESTS

EXHIBIT 8
Page 137

c.   The identity of every person with knowledge which either tends to support or tends to refute the claim of privilege and/or protection;

d.   A description and identification of the requested document sufficient to frame an appropriate demand for the document and a motion to compel disclosure thereof, setting forth at least the following:

    i.   The author and/or signatory of the document withheld;

    ii.   The date of the document withheld;

    iii.   The identity of the addressees and all others who have received or read the document withheld;

    iv.   The identity of those who have knowledge of the matters contained in the document withheld;

    v.   Whether the document withheld has any other documents appended to, included with, attached to, incorporated by, or referred to in the document withheld;

    vi.   Whether other such documents have been produced; and

    vii.   The subject matter and circumstances under which the document withheld was created, in sufficient detail to ascertain applicability of the privilege or other legal basis asserted.   Notwithstanding a claim that a document is privileged or otherwise protected from disclosure, any documents so withheld must be produced with the portion claimed to be protected excised.

4.   Responsive documents shall be produced as kept in the ordinary course of business or shall be produced in a manner organized and labeled corresponding with the categories in these Requests in accordance with the Federal Rules of Civil Procedure.   If there are no documents or things responsive to a particular Request, you should so state in writing.

EXHIBIT 8
Page 138

5. In responding to these Requests, you must make a diligent search of your records and of other papers or materials in your possession or available to you or your representatives.

6. If refusal to provide documents responsive to any Request is asserted on the grounds of burdensomeness, you should state in detail the reason(s) for your objection(s), including the number and nature of documents or records needed to be searched and/or produced, the location of the documents, the custodian of the documents, and the number of person hours and costs required to conduct the search.

7. If any Request is unclear or ambiguous to you, you are requested to contact undersigned counsel as soon as possible so that the Request can be clarified to avoid unnecessary delays in discovery.

8. If any responsive document is no longer in your possession or subject to your control, you should state what disposition was made of it, when such disposition was made, why such disposition was made and by whom such disposition was made.  If any document herein requested was formerly in your possession, custody or control and has been transferred, lost or destroyed, you are requested to submit in lieu of each document a written statement which:

   a. Describes in detail the nature of the document;

   b. Identifies the person who prepared or authorized the document and, if applicable, the person to whom the document was sent;

   c. Specifies the date on which the document was prepared or transmitted;

   d. Identifies the person last known by you to have been in possession, custody or control of the document; and

   e. Specifies, if possible, the date on which the document was transferred, lost or destroyed and, if destroyed, the conditions of and reasons for such destruction and

the persons requesting and performing the destruction.

9. After each document request, state whether all documents responsive to that request are being produced and indicate on each produced document (or in some other convenient manner) the number of the document request or requests to which it is responsive.

10. If no responsive documents exist for a requested category of documents, please so indicate.

11. If, after exercising due diligence, you are unable to determine the existence of any documents or things falling within a Request, you shall so state in written responses as required by Rule 34.

These Requests impose a continuing obligation and require ongoing supplementation in accordance with Fed. R. Civ. P. 26(e).

## **INTERROGATORIES**

### **INTERROGATORY NO. 1:**

Provide an accounting of the total revenue generated in connection with the Websites since January 1, 2009 through the present, including but not limited to, revenue earned through advertisements, purchases of memberships, donations, cryptocurrencies from data mining, or any other revenue of any kind from any source.

### **INTERROGATORY NO. 2:**

Identify the total number of paid memberships for the Websites, by year, since January 1, 2009 through the present.

### **INTERROGATORY NO. 3:**

Provide an accounting of any and all of your expenses related to the Websites incurred after January 1, 2009.

DISCOVERY REQUESTS

EXHIBIT 8
Page 140

**INTERROGATORY NO. 4:**

Identify the total number of ROM images distributed and/or downloaded through the Websites, by year, since January 1, 2009 through the present.

**INTERROGATORY NO. 5:**

Identify the total number of Nintendo ROM images distributed and/or downloaded through the Websites, by year, since January 1, 2009 through the present.

**INTERROGATORY NO. 6:**

Identify the title of each and every Nintendo ROM image available for distribution and/or download on the Websites since January 1, 2009 through the present, including, for each title, the total number of times each Nintendo ROM image was downloaded, by year, since January 1, 2009.

**INTERROGATORY NO. 7:**

Describe in detail how ROM images are distributed using the Websites, including but not limited to how the ROM images are uploaded to the Websites, where the data for the ROM images are hosted or stored, and how users access and download the ROM images.

**INTERROGATORY NO. 8:**

Identify the time period, by month and year, that you have owned and/or controlled each of the Websites.

**INTERROGATORY NO. 9:**

Exhibit A of Nintendo's Complaint in this litigation provides a list of 37 Nintendo games. For each game, identify when the ROM image for that game was made available for distribution on the Websites and the total number of times, by year, each of those ROM images were downloaded from or was distributed through the Websites since January 1, 2009.

DISCOVERY REQUESTS

EXHIBIT 8

**INTERROGATORY NO. 10:**

Identify each person or company that owns or controls, in whole or in part, the Websites.

**INTERROGATORY NO. 11:**

Identify each domain or website you own or control that distributes ROM images or resolves to a website that distributes ROM images.

**INTERROGATORY NO. 12:**

Identify all administrators or users involved with maintaining or providing content to the Websites, including by providing their name, user name or screen name, phone number, mailing address, and e-mail address.

**INTERROGATORY NO. 13:**

For each administrator or user identified in response to Interrogatory No. 12, describe in detail any compensation or benefit provided to the administrator or user, including by identifying the form and amount of compensation.

**INTERROGATORY NO. 14:**

Describe in detail any and all changes you made to the Websites on or after September 10, 2019.

**INTERROGATORY NO. 15:**

If you allege that under 17 U.S.C. § 512 you are not liable for monetary relief for the infringement of Nintendo's copyrights, identify the person designated as an agent to receive notifications of claimed infringement on the Website, including the date the identity of the agent was provided to the United States Copyright Office as required by 17 U.S.C. § 512(c)(2).

**INTERROGATORY NO. 16:**

If you allege that under 17 U.S.C. § 512 you are not liable for monetary relief for the infringement of Nintendo's copyrights, identify the specific URL on the Website where the name,

147592637.3

EXHIBIT 8
Page 142

address, phone number and electronic mail address of the 17 U.S.C. § 512 designated agent is and/or was provided.

**INTERROGATORY NO. 17:**

If you have ever been employed by Nintendo or worked as a contractor for Nintendo or at a facility owned or controlled by Nintendo, provide a description of that employment including your job title, a description of your job's responsibilities, the beginning and end date of the employment, and the reason(s) such employment ended.

**INTERROGATORY NO. 18:**

In your Answer, you allege that "[t]here are two instances where an implied contract was established between the Defendant and Plaintiff[.]"  Identify all facts and documents that support this allegation, including but not limited to the exact terms of any "implied contract" between you and Nintendo.

**INTERROGATORY NO. 19:**

In your Answer, you allege that "Plaintiff misrepresented the Defendants actions[.]" Identify each and every alleged misrepresentation and describe in detail how it is untrue.

**INTERROGATORY NO. 20:**

Identify each and every feature or service available to premium members of the Websites that is not available to non-premium members.

**INTERROGATORY NO. 21:**

For each Nintendo ROM distributed or offered for download through the Websites, identify the source of the Nintendo ROM.

147592637.3

EXHIBIT 8
Page 143

## **REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Produce documents sufficient to show the total number of paid memberships purchased each year in connection with the Websites since January 1, 2009 through the present, including the total revenue earned each year through these purchases.

**REQUEST FOR PRODUCTION NO. 2:**

Produce documents sufficient to show all revenue earned in connection with the Websites since January 1, 2009 through the present, including but not limited to, revenue earned through advertisements, purchases of memberships, donations, or other revenue.

**REQUEST FOR PRODUCTION NO. 3:**

Produce all documents reflecting revenue generated in connection with the Websites since January 1, 2009 through the present, including but not limited to receipts from the purchase of premium memberships, documents relating to PayPal or other payment processor accounts, and documents regarding any donations paid to you, including donations provided to you in connection with this Litigation.

**REQUEST FOR PRODUCTION NO. 4:**

Produce documents sufficient to show any and all of your expenses related to the Websites incurred since January 1, 2019.

**REQUEST FOR PRODUCTION NO. 5:**

Produce your tax returns from 2009 through 2019.

**REQUEST FOR PRODUCTION NO. 6:**

Produce documents sufficient to show the total number of Nintendo ROM images available for download through the Websites, each year, since January 1, 2009.

DISCOVERY REQUESTS

147592637.3

EXHIBIT 8
Page 144

**REQUEST FOR PRODUCTION NO. 7:**

Produce documents sufficient to show the total number of Nintendo ROM images downloaded through the Websites, each year, since January 1, 2009.

**REQUEST FOR PRODUCTION NO. 8:**

Produce documents sufficient to identify each Nintendo ROM image offered for download through the Websites since January 1, 2009.

**REQUEST FOR PRODUCTION NO. 9:**

Produce documents sufficient to show the number of visitors to the Websites, by year, since January 1, 2009.

**REQUEST FOR PRODUCTION NO. 10:**

Exhibit A of Nintendo's Complaint in this litigation provides a list of 37 Nintendo games. Produce documents sufficient to show the total number of ROM images from each of those games downloaded through the Websites since January 1, 2009.

**REQUEST FOR PRODUCTION NO. 11:**

Exhibit A of Nintendo's Complaint in this litigation provides a list of 37 Nintendo games. To the extent the ROM images for any of these games are or were available to be downloaded through the Websites, produce those ROM images.

**REQUEST FOR PRODUCTION NO. 12:**

Produce the registration agreements and hosting agreements for each of the Websites.

**REQUEST FOR PRODUCTION NO. 13:**

Produce documents sufficient to identify any domains you own or control which resolve or redirect to websites that distribute any intellectual property relating to Nintendo, including but not limited to Nintendo ROM images.

DISCOVERY REQUESTS

147592637.3

EXHIBIT 8
Page 145

**REQUEST FOR PRODUCTION NO. 14:**

Produce all communications between yourself and any third parties regarding Nintendo, the Websites, or the Nintendo Rom images, including but not limited to communications, comments, or messages sent via Discord, social media, or the Websites.

**REQUEST FOR PRODUCTION NO. 15:**

Produce all communications between yourself and Nintendo, including but not limited to any DMCA notices.

**REQUEST FOR PRODUCTION NO. 16:**

In your Answer, you allege that "Plaintiff's German representative continues to send DMCA take down requests to Defendant[.]"  Produce all such communications.

**REQUEST FOR PRODUCTION NO. 17:**

Produce all documents and communications regarding your designation of an agent under 17 U.S.C. 512(c)(2), including but not limited to any documents reflecting the identification of the agent on the Websites and any documents or communications identifying the agent to the United States Copyright Office.

**REQUEST FOR PRODUCTION NO. 18:**

Produce all documents and communications regarding the purchase or sale of the Websites.

/

/

/

/

/

/

DISCOVERY REQUESTS

147592637.3

EXHIBIT 8
Page 146

1

**REQUEST FOR PRODUCTION NO. 19:**

2

3        Produce all documents that support, refer or relate to your allegation that there are "two

instances where an implied contract was established between the Defendant and Plaintiff,"

4

5   including but not limited to, all documents that would identify the exact terms of the alleged

6   "implied contracts."

7      DATED:  APRIL 28, 2020                    **PERKINS COIE LLP**

8

9                                                By:  */s/ William C. Rava*
                                                     Katherine M. Dugdale
10                                                   William C. Rava (*pro hac vice*)
                                                     Christian W. Marcelo (*pro hac vice*)
11
                                                Attorneys for Plaintiff NINTENDO OF
12                                              AMERICA INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 8
Page 147

1
## PROOF OF SERVICE

2          I, Brooke Harkness, declare:

3          I am a citizen of the United States and employed in Seattle, Washington.  I

4    am over the age of eighteen years and not a party to the within-entitled action.  My

5    business address is 1201 Third Avenue, Suite 4900, Seattle, WA  98101.  On April

6    28, 2020, I served a copy of the following document(s):

7    **NINTENDO'S FIRST SET OF INTERROGATORIES AND REQUESTS
     FOR PRODUCTION OF DOCUMENTS AND THINGS**

8

9          ☐          by transmitting via facsimile the document(s) listed above to the fax
                      number(s) set forth below on this date before 5:00 p.m.
10

11         ☒          by placing the document(s) listed above in a sealed envelope with
                      postage thereon fully prepaid, the United States mail at Seattle,
12                    Washington addressed as set forth below.

13         ☐          by placing the document(s) listed above in a sealed envelope and
                      affixing a pre-paid air bill, and causing the envelope to be delivered to
14                    an agent for delivery.
15

16         ☐          by personally delivering the document(s) listed above to the person(s)
                      at the address(es) set forth below.
17

18         ☒          by transmitting via e-mail or electronic transmission the document(s)
                      listed above to the person(s) at the e-mail address(es) set forth below.

19
     Matthew Storman
20   1601 E. Ruddock St.
     Covina, CA 91724
21   admin@romuniverse.com
     *Pro Se Defendant*
22

23         I am readily familiar with the firm's practice of collection and processing

24   correspondence for mailing.  Under that practice it would be deposited with the

25   U.S. Postal Service on that same day with postage thereon fully prepaid in the

26   ordinary course of business.  I am aware that on motion of the party served, service

27

28

-14-                                                  DISCOVERY REQUESTS

EXHIBIT 8
Page 148

is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 28, 2020, at Seattle, Washington.

_____
Brooke Harkness

DISCOVERY REQUESTS

147592637.3

EXHIBIT 8
Page 149

# EXHIBIT 9

1  MATTHEW STORMAN, PRO SE
2  1601 E. RUDDOCK ST
   COVINA, CA 91724
3  (626) 833-6327
4  admin@romuniverse.com

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 NINTENDO OF AMERICA INC.,        Case No. 2:19-CV-07818-CBM-RAO
   a Washington corporation
13                                  **RESPONSE TO PLAINTIFF'S FIRST**
              Plaintiff,            **SET OF INTERROGATORIES AND**
14                                  **REQUESTS FOR PRODUCTION OF**
                                    **DOCUMENTS AND THINGS**
15
16     v.

17

18 MATTHEW STORMAN,

              Defendant.
19

20

21

22

23

24

25

26

27

28

- 1 -

# RESPONSE TO INTERROGATORIES

## RESPONSE TO INTERROGATORY NO. 1:

Total gross revenue from October 21, 2016 to present is $77,700.

## RESPONSE TO INTERROGATORY NO. 2:

Total of paid lifetime memberships from October 21, 2016 are 2590.

## RESPONSE TO INTERROGATORY NO. 3:

Processing Fees (2016 – Present):  $12,385

Website Hosting Fees (2016 – Present):  $19,200

## RESPONSE TO INTERROGATORY NO. 4:

Defendant does not track file downloads.  Defendant has no knowledge of file ownership or copyright, or if the file was interrupted, corrupt, destroyed, invalid, improper or functionable.

## RESPONSE TO INTERROGATORY NO. 5:

Defendant has no way of knowing if images are Nintendo property or copyright.  Nintendo has access to content as all others for free and per 17 U.S.C. Nintendo can and did request takedowns of any content they request which defendant did comply with, in Nintendo's recognition of Defendant's protections under 17 U.S.C.

## RESPONSE TO INTERROGATORY NO. 6:

Defendant has no way of knowing if images are Nintendo property or copyright.  Nintendo has access to content as all others for free and per 17 U.S.C. Nintendo can and did request takedowns of any content they request which

- 2 -

EXHIBIT 9
Page 151

1  defendant did comply with, in Nintendo's recognition of Defendant's protections

2  under 17 U.S.C.

3

4  **RESPONSE TO INTERROGATORY NO. 7:**

5      Defendant does not inventory or examine any file.  Users may download files

6  by using website tools available to anyone for free.  Defendant does not upload or

7  distribute content on website.

8

9  **RESPONSE TO INTERROGATORY NO. 8:**

10     Defendant owns ndsunverse.com and romuniverse.com since October 21,

11  2016.  Defendant does not control the activities of users.

12

13  **RESPONSE TO INTERROGATORY NO. 9:**

14     Defendant has no way of verifying content, copyright or ownership of games

15  or validity of file content and does distribute or offer.

16

17  **RESPONSE TO INTERROGATORY NO. 10:**

18     Defendant, Matthew Storman is the sole owner of the Website.

19

20  **RESPONSE TO INTERROGATORY NO. 11:**

21     Defendant, Matthew Storman is the sole owner of romuniverse.com and

22  ndsuniverse.com and does not distribute or offer images.

23

24  **RESPONSE TO INTERROGATORY NO. 12:**

25     Some users are given administrative access to site, in response to system bug.

26  Giselle (no email on file), Phamley (no email on file), ReBug (no email on file),

27  Veronica (no email on file), PHIA55 (no email on file), JimmySlack (no email on

28  file).

RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS (FIRST SET)
EXHIBIT 9
Page 152

**RESPONSE TO INTERROGATORY NO. 13:**

No compensation or benefit has or will be given.

**RESPONSE TO INTERROGATORY NO. 14:**

None, but required maintenance.

**RESPONSE TO INTERROGATORY NO. 15:**

Moot.  Defendant is not liable for monetary or injunctive relief because Nintendo has already recognized admin@romuniverse.com as proper agent, protected under 17 U.S.C. in numerous Nintendo take-down notices sent to admin@romuniverse.com which admin@romuniverse.com has immediately removed the requested content.

**RESPONSE TO INTERROGATORY NO. 16:**

Moot.  Defendant is not liable for monetary or injunctive relief because Nintendo has already recognized admin@romuniverse.com as proper agent, protected under 17 U.S.C. in numerous Nintendo take-down notices sent to admin@romuniverse.com which admin@romuniverse.com has immediately removed the requested content.

**RESPONSE TO INTERROGATORY NO. 17:**

Defendant does not recall.

**RESPONSE TO INTERROGATORY NO. 18:**

The implied contract is based on historical and current communications where Nintendo requested file takedown notices to Defendant.  These takedown notices were made in good faith that Nintendo was the alleged proper copyright owner and file owner.  Defendant did not dispute Nintendo's alleged copyright or file

- 4 -

EXHIBIT 9
Page 153

ownership.  In return, Nintendo would not take any legal action and would continue to receive exposure to Nintendo company and Nintendo games by vast numbers of website visitors and users, and Defendant would continue to operate the Website without litigation.

**RESPONSE TO INTERROGATORY NO. 19:**

All of Plaintiff's allegations.

**RESPONSE TO INTERROGATORY NO. 20:**

Any public individual has access to the websites and may move content to themselves for free.  Premium users may move content at faster speeds.

**RESPONSE TO INTERROGATORY NO. 21:**

Defendant does not know the source, origin, or ownership of content.

**SUMMARY**

Defendant reserves the right to modify the above answers as new information is discovered.

**RESPONSE TO REQUESTS FOR PRODUCTION**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1**

1. Gumroad 2020 to date 445 a.png
2. Gumroad 2019 1,310 $39,300 b.png
3. Gumroad 2018 279 $8,370 c.png. Below min 12.5k
4. Gumroad 2017 133 $3,990 Estimate.  Below min $12.5k.  Requesting archive data from Gumroad payment processor
5. Taxes 2016 423 $12,690

6.  These funds are earmarked for legal defense purposes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2**

SEE RESPONSE NO.1 ONLY SOURCE OF REVENUE

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**

SEE RESPONSE NO.1 INCLUDES 9 DONATIONS in the amount of $245.00 from 2019

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

Taxes for 2019 have not yet been filed.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5**

1.  2019 Taxes not yet filed.

2.  2018 QB: $9,258.15 TR: $0.00 GR: $8,370.  Not min. 12.5k

3.  2017 QB:   $3,991.05 TR: $0.00 GR: $0.  Not Min.  12.5k

4.  2016 QB: $12,714.72 TR: $37,596 - $15,020 GR: $0

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**

Defendant has no way of verifying content, copyright or ownership of files or images on Website.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7**

Defendant has no way of verifying content, copyright or ownership of files or images on Website.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8**

- 6 -

EXHIBIT 9
Page 155

1    Defendant has no way of verifying content, copyright or ownership of files or

2    images on Website.

3

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 9**

5    2020 to present h.pdf

6    2019 d.pdf

7    2018 e.pdf

8    2017 f.pdf

9    2016 g.pdf

10

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 10**

12   Defendant has no way of verifying content, copyright or ownership of files or

13   images on Website, or any user actions.

14

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 11**

16   Defendant has no way of verifying content, copyright or ownership of files or

17   images on Website, or any user actions.

18

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 12**

20   Defendant does not have registration or hosting agreements for any users.

21

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 13**

23   Defendant owns romuniverse.com and ndsuniverse.com.  Furthermore,

24   Defendant does not own any websites that distribute intellectual property.

25

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14**

27   Communications that occurred on discord is publicly available to view and is

28   massive.  They are available to Plaintiff.  There is an old Facebook page that was

- 7 -

1  created by a previous non associated administrator on the website.  See d-i.png.

2  Communications do not include marketing puffery, protected business, and

3  protected private communications.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15**

5      See DMCA/01-26.pdf.  Communications do not include marketing puffery,

6  protected business, and protected private communications.

7

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16**

9      See DMCA/01-26.pdf.  Communications do not include marketing puffery,

10  protected business, and protected private communications.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17**

13      Plaintiff has already recognized admin as the proper agent for

14  romuniverse.com and ndsuniverse.com.  This was done by Nintendo sending

15  numerous DMCA take-down notices to admin which admin immediately complied

16  with.  Refer to NO. 15 and NO. 16 above.  Communications do not include

17  marketing puffery, protected business, and protected private communications.

18

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18**

20      Defendant purchased ndsuniverse.com on January 10, 2009, see k.png.

21  Defendant purchased romuniverse.com on September 3, 2009, see j.png.

22  Communications do not include marketing puffery, protected business, and

23  protected private communications.

24

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19**

26      The implied contract is based on historical and current communications where

27  Nintendo requested file takedown notices to Defendant.  These takedown notices

28  were made in good faith that Nintendo was the alleged proper copyright owner and

- 8 -

EXHIBIT 9
Page 157

1  file owner.  Defendant did not dispute Nintendo's alleged copyright or file

2  ownership.  In return, Nintendo would not take any legal action and would continue

3  to receive exposure to Nintendo company and Nintendo games by vast numbers of

4  website visitors and users, and Defendant would continue to operate the Website

5  without litigation.

6

7

8

9

10

11

12

13  DATED: June 15, 2020

14

15  By: _____

16  MATTHEW STORMAN,

17  DEFENDANT, PRO SE

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 10



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**



← **RomUniverse**
5 Tweets

**RomUniverse**
@RomUniverse

Need Roms?  We've got them.  Over 17TB of Roms

🔗 romuniverse.com    📅 Joined April 2013

**1** Following    **12** Followers

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes
--- | --- | --- | ---

**RomUniverse** @RomUniverse · Jun 24, 2019 ⌄
Hey you.  You know we have Nintendo Switch Scene Roms.  They're uploaded when they are dumped.  Check them out.
romuniverse.com/download/categ...

**RomUniverse** @RomUniverse · Dec 31, 2018 ⌄
It's been forever since I posted any update on any social platform.  Over the last couple of days you might have experienced some downtime, and we want to apologise.  Though, from today moving forward you will notice a significant increase in site load time

**Who to follow**

**Vedanta Team**
@VedantaTeam    **Follow**
Modest Kind: Spiritual Roguelike is out on Steam 🎮 #ModestKind #gamedev

**mattward**
@paraacpmattw    **Follow**
Consultant paramedic, immediate care practitioner and ACP all my views are my own.

**i still beat tho**
@_LadyHouston    **Follow**
i'm a lil toxic but i come with good coochie & my own money so i don't care
Sc: ladyscrewston

Show more



Search Twitter

**You might like**

AIP    **American Institute**
@AIP_HQ
☑ Promoted

   **DJ OldGames** 🏆
@djoldgames

   **Selph**
@mayura_san

Show more

**Trends for you**

Trending in United States
**55% of Americans**
30.4K Tweets

**#EmmaOnDemand**
Such news! EMMA is now available on demand.
☑ Promoted by EMMA.

Trending in United States
**#californiashutdown**
1,133 Tweets

Politics · Trending
**#whereisjoe**
4,174 Tweets

Video Games · Trending
**Tom Nook**
44.6K Tweets

Show more

Terms   Privacy policy   Cookies   /
© 2020 Twitter, Inc.



EXHIBIT 10
Page 160
2/2

# EXHIBIT 11



## Audience Overview

All Users
100.00% Users

Jan 1, 2016 - Dec 31, 2016

**Overview**





| Users | New Users | Sessions |
|---|---|---|
| 212,474 | 214,317 | 322,689 |

| Number of Sessions per User | Pageviews | Pages / Session |
|---|---|---|
| 1.52 | 1,780,697 | 5.52 |

| Avg. Session Duration | Bounce Rate |
|---|---|
| 00:03:36 | 33.85% |

New Visitor    Returning Visitor

12.8%

87.2%

| | Language | Users | % Users |
|---|---|---|---|
| 1. | en-us | 96,928 | 45.11% |
| 2. | en-gb | 16,745 | 7.79% |
| 3. | de | 16,237 | 7.56% |
| 4. | fr | 10,760 | 5.01% |
| 5. | es | 10,104 | 4.70% |
| 6. | pt-br | 8,813 | 4.10% |
| 7. | ja | 3,807 | 1.77% |
| 8. | nl | 3,727 | 1.73% |
| 9. | it | 3,165 | 1.47% |
| 10. | es-419 | 3,126 | 1.45% |

© 2020 Google

EXHIBIT 11
Page 161

# EXHIBIT 12



## Audience Overview

All Users
100.00% Users

Jan 1, 2019 - Dec 31, 2019

**Overview**



| Language | Users | % Users |
|----------|-------|---------|
| 1. en-us | 261,665 | 39.76% |
| 2. fr-fr | 50,887 | 7.73% |
| 3. en-gb | 38,535 | 5.86% |
| 4. es-es | 34,736 | 5.28% |
| 5. pt-br | 33,124 | 5.03% |
| 6. de-de | 24,547 | 3.73% |
| 7. it-it | 23,797 | 3.62% |
| 8. ko-kr | 21,254 | 3.23% |
| 9. ja | 18,143 | 2.76% |
| 10. fr | 14,502 | 2.20% |

© 2020 Google

EXHIBIT 12
Page 162

# EXHIBIT 13



1201 Third Avenue                    +1.206.359.8000
Suite 4900                           +1.206.359.9000
Seattle, WA 98101-3099               PerkinsCoie.com

September 21, 2020                                        William C. Rava
                                                  WRava@perkinscoie.com
                                                   D.   +1.206.359.6338
                                                   F.   +1.206.359.7338

**VIA E-MAIL**

Hon. Rozella A. Oliver
United States District Court
Central District of California
Attn: Donnamarie Luengo
Magistrate Judge Courtroom Deputy Clerk
RAO_Chambers@cacd.uscourts.gov

Re:    **Request for Informal Discovery Conference**
       **Nintendo of America Inc. v. Matthew Storman, 2:19-CV-07818-CBM-RAO**

Dear Judge Oliver:

We write on behalf of Plaintiff Nintendo of America Inc. in the above-referenced action to
respectfully request that the parties participate in the recommended Informal Discovery
Conference to resolve several straightforward discovery disputes.  On August 5, 2020, on the
parties' stipulation, the Court ordered the parties to participate in a substantive meet-and-confer
regarding any discovery disputes, and if necessary, participate in the Informal Discovery
Conference by no later than September 25, 2020.  Dkt. No. 42.

Because Defendant Matthew Storman has not been willing to engage in a meet-and-confer,
Nintendo comes *ex parte* to request the scheduling of this discovery conference.

A.     **Mr. Storman's Prior Delays**

Throughout these proceedings, Mr. Storman has been largely unresponsive, providing only rare
and severely delayed responses to e-mails and calls.  When he does respond, it is generally only
to request extensions of time as a deadline approaches.

Recognizing that Mr. Storman is appearing *pro se* and the complications caused by COVID-19,
Nintendo has made every effort to accommodate his requests for extensions while still trying to
move this case forward.  For instance, Nintendo agreed to time extensions for Mr. Storman to
file his Answer, provide his initial disclosures, and respond to Nintendo's discovery requests.  At
each turn, he provided a new reason he could not meet the initial deadline, and in many cases,
why he could not meet the extended deadlines either.  *See e.g.,* Ex. A (email correspondence
regarding initial disclosures).

149605437.1
Perkins Coie LLP

EXHIBIT 13
Page 163

Hon. Rozella A. Oliver
September 21, 2020
Page 2

Leading up to the parties' stipulated motion, and in response to Nintendo's request to confer
regarding several discovery issues, deposition scheduling, and the parties' settlement conference,
Mr. Storman became entirely unresponsive.

On June 23, 2020, Nintendo reached out to discuss these issues and seek Mr. Storman's
agreement to participate in the Informal Discovery Conference, if necessary.  After several
follow ups from Nintendo, Mr. Storman eventually responded on July 23 to inform Nintendo he
had contracted COVID-19 and requested an extension of the case schedule to allow him to
recover.  *See* Exhibit B.  Nintendo agreed to this extension.

**B.      Current Discovery Dispute**

On August 5, on the parties' stipulation, the Court extended the case schedule and further
ordered the parties to participate in the Informal Discovery Conference procedure, including a
preceding substantive meet-and-confer, if necessary, by no later than September 25, 2020.  Dkt.
No. 42.

To attempt to resolve the parties' discovery disputes without involving the Court and to timely
comply with the Court's Order, Nintendo attempted to contact Mr. Storman on numerous
occasions including by email and via telephone on August 17, August 21, August 28, September
4, and September 11.  Mr. Storman did not respond.  Ex. C.

Finally, on September 18, Nintendo sent Mr. Storman a letter again outlining the discovery
disputes in detail noting that because he "refused to cooperate in resolving these issues, we must
presume we are at an impasse and will bring these issues before Magistrate Judge Oliver."
Ex. D.  Mr. Storman responded to this letter the same day stating only "Received and read."

For these reasons, Nintendo respectfully requests that the Court schedule an Informal Discovery
Conference regarding the following discovery disputes:

- In response to RFAs 8, 9; Rogs 4, 9; and RFP 10, Mr. Storman claims that he does not
  have information regarding the number of times certain files were downloaded through
  his website.  However, prior to the initiation of this litigation, his website displayed the
  number of downloads for each file, and Nintendo has a good faith belief such information
  was tracked and is available to Mr. Storman.

- In response to RFPs 14-18, Mr. Storman indicated he is withholding "marketing puffery,
  protected business, and protected private communications" without further explanation.
  Unless he is claiming these documents are privileged or work product (which seems
  unlikely as he is not represented by an attorney in this case), they must be produced.

149605437.1

Perkins Coie LLP

EXHIBIT 13
Page 164

Hon. Rozella A. Oliver
September 21, 2020
Page 3

- RFP No. 5 requests Mr. Storman's tax returns.  He did not produce these documents and provided no objections to their production.  These documents should be produced.

*See* Exhibits E & F.[1]

Nintendo believes these discovery issues are straightforward and are most efficiently resolved through the recommended Informal Discovery Conference.

Very truly yours,

William C. Rava

WCR:jrs

---

[1] For ease of reviewing, Exhibits E and F reflect Nintendo's combination of Mr. Storman's responses with the corresponding discovery request as Mr. Storman's responses omitted the substance of the requests.

# Exhibit A

EXHIBIT 13
Page 166

| From: | RomUniverse |
|---|---|
| To: | Rava, William C. (SEA) |
| Cc: | Dugdale, Katherine (LOS); Marcelo, Christian W. (SEA) |
| Subject: | RE: Nintendo v. Storman - Initial Disclosures |
| Date: | Monday, June 15, 2020 4:02:35 AM |

Good Morning all,

I have been working dillegently to get these items out to you.  I am almost finished and believe that I will be done by sometime after 12am tomorrow.

Matthew.

On Wednesday, June 10, 2020 19:51 PDT, "Rava, William C. (Perkins Coie)" <WRava@perkinscoie.com> wrote:


We are sorry to hear that, Matthew, and hope you heal quickly.  Per my vmail from yesterday before your email below, we are OK with extending the discovery deadline to June 15.  You still need to provide initial disclosures.  We plan to seek relief from the Court on June 16 if you do not provide disclosures or discovery answers before then.  We are available to discuss this by phone at your convenience.


Will

**William Rava | Perkins Coie LLP**
**PARTNER**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.6338
F. +1.206.359.7338
E. WRava@perkinscoie.com

**From:** admin@romuniverse.com <admin@romuniverse.com>
**Sent:** Tuesday, June 09, 2020 2:50 PM
**To:** Rava, William C. (SEA) <WRava@perkinscoie.com>
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures

Will,

I had 2nd degree burns, blistering, on my entire back and chest.  I have been in excruciating pain and unable to sleep.  Thus was not able to work on the initial disclosures.  I am still in quite a bit a of pain, however, I am somewhat functional.  I needed that time to recover and to complete the disclosures and discovery.

Regards,

EXHIBIT 13
Page 167

On Jun 8, 2020 9:35 AM, "Rava, William C. (Perkins Coie)" <WRava@perkinscoie.com> wrote:

Checking back on this, Matthew.  Will you be providing initial disclosures today?

**William Rava | Perkins Coie LLP**

PARTNER

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.6338

F. +1.206.359.7338

E. WRava@perkinscoie.com

**From:** Rava, William C. (SEA) <WRava@perkinscoie.com>
**Sent:** Friday, June 05, 2020 10:40 AM
**To:** RomUniverse <admin@romuniverse.com>
**Cc:** Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures
**Importance:** High

Matthew,

We will agree to extend your discovery response deadline by another 10 days to the June 15 on the condition that you provide your initial disclosures by Monday, June 8, which is more than a month after they were due.  If this isn't acceptable, we need to meet-and-confer about discovery ASAP (Monday ideally) and then, if we haven't reached agreement, participate in the magistrate judge's informal discovery dispute procedure.  Please confirm.

Also, we note that, to our understanding, the pro se clinics are and have been open telephonically and the protests appear to be distant from your house.  As we discussed twice, the parties agreed to an aggressive schedule and we need to move things along.

EXHIBIT 13
Page 168

Will

**William Rava | Perkins Coie LLP**

PARTNER

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.6338

F. +1.206.359.7338

E. WRava@perkinscoie.com

**From:** RomUniverse <admin@romuniverse.com>
**Sent:** Thursday, June 04, 2020 2:06 AM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures

Good morning.  Due to extenuating circumstances due to the Riots and Looting that are affecting Los Angeles and surrounding areas, I will need until Tuesday June 30th, 2020 to complete & respond to your initial disclosures, discovery, and admissions.

Regards,
Matthew

On Thursday, May 28, 2020 13:49 PDT, "Marcelo, Christian W. (Perkins Coie)" <CMarcelo@perkinscoie.com> wrote:

Hi Matthew,

We received your voicemail asking to extend the deadline to provide initial disclosures and your discovery responses. Providing the discovery responses (interrogatories and requests for production) and initial disclosures by 6/5 is fine. Regarding the initial disclosures, we note that they were due 5/5, and after missing that deadline you have now represented twice that you would provide them by a date certain, and failed to do so either time.

EXHIBIT 13
Page 169

Given the tight case schedule, your continued delays are causing prejudice to Nintendo's ability to conduct timely discovery. Please ensure that you meet these new deadlines.


Best,


**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com


**From:** RomUniverse <admin@romuniverse.com>
**Sent:** Wednesday, May 27, 2020 4:00 PM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures


Hi all,

Would it be ok to deliver the interrogatories/discovery out to you on 6/5/2020 by the end of the day?  I need more time to figure out where the requested data is located and how much of it is available.

Regards,
Matthew.

On Wednesday, May 27, 2020 15:21 PDT, "Marcelo, Christian W. (Perkins Coie)" <CMarcelo@perkinscoie.com> wrote:


Matthew,

EXHIBIT 13
Page 170

Thanks for jumping on the call this afternoon. We'll be on the lookout for your initial disclosures by the end of day today and your discovery responses at the end of the week, as we discussed. We also understand that you believe the pro se clinics were closed when you checked last month, and we mentioned that it appears that many of the pro se clinics are open at least telephonically. We also discussed that both parties agree to electronic service going forward.

We'll circle back regarding settlement in about a week.

Best regards,

**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

**From:** admin@romuniverse.com <admin@romuniverse.com>
**Sent:** Tuesday, May 26, 2020 1:36 AM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA)
<BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS)
<KDugdale@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures

Good morning.   I'm available anytime this week.  Please let me know what time works best for you

On May 22, 2020 10:25 AM, "Marcelo, Christian W. (Perkins Coie)"
<CMarcelo@perkinscoie.com> wrote:

  Matthew,

EXHIBIT 13
Page 171

We have not heard back from you – please confirm receipt and provide the earliest dates
and times for your availability for the discovery conference.

If your only availability is on 5/29, let us know a few times that day that works for you.

Best,

**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Tuesday, May 19, 2020 3:29 PM
**To:** 'RomUniverse' <admin@romuniverse.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA)
<BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS)
<KDugdale@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures

Matthew,

Following up here. Please let us know you earliest availability for a call.

Best,

**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

EXHIBIT 13
Page 172

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Friday, May 15, 2020 1:35 PM
**To:** 'RomUniverse' <admin@romuniverse.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA)
<BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS)
<KDugdale@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures

Matthew,

Respectfully, delaying two weeks before you are available for a call to discuss this issue
is unreasonable.  The topic for discussion is not complicated – your obligation under
FRCP 26(a)(1)(C) to provide initial disclosures, which you have known since the hearing
on January 14 you would need to provide.  Do you have earlier dates you are available for
a call? Additionally, we think it would be beneficial to discuss Nintendo's settlement
proposal on the call. Let us know.

Best regards,

**Christian Marcelo | Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

**From:** RomUniverse <admin@romuniverse.com>

EXHIBIT 13
Page 173

**Sent:** Friday, May 15, 2020 11:15 AM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures

Good Morning Christian et al,

Despite my best attempt to have this completed per the court's scheduling order, I have been unable to get this done due to my lack of understanding of what "Initial Disclosures" represent.  I am available on the 29th of May for the discovery conference.

Regards,
Matthew

On Wednesday, May 13, 2020 17:27 PDT, "Marcelo, Christian W. (Perkins Coie)" <CMarcelo@perkinscoie.com> wrote:

Matthew,

Despite your representations below, we have not received your initial disclosures. Please confirm that you will provide your initial disclosures by end of day tomorrow, 5/14, or provide us your earliest availability for a discovery conference regarding your non-compliance with the Court's scheduling order.

Best regards,

**Christian Marcelo | Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

EXHIBIT 13
Page 174

**From:** Marcelo, Christian W. (SEA)
**Sent:** Thursday, May 7, 2020 10:54 AM
**To:** 'admin@romuniverse.com' <admin@romuniverse.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA)
<BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS)
<KDugdale@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman - Initial Disclosures

Thanks for the confirmation. Nintendo reserves all rights and objections regarding your
belated compliance with the Court's order. We also note that it is your responsibility to be
aware of this deadline and all other deadlines going forward. As you claim to have had
multiple issues with this email address (admin@romuniverse.com), please let us, and the
court, know if there is a more reliable email address to contact you at.

Best,

**Christian Marcelo | Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

**From:** admin@romuniverse.com <admin@romuniverse.com>
**Sent:** Wednesday, May 6, 2020 5:19 PM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA)
<BHarkness@perkinscoie.com>; Dugdale, Katherine (LOS)
<KDugdale@perkinscoie.com>
**Subject:** Re: Nintendo v. Storman - Initial Disclosures

Hi Marcelo,

EXHIBIT 13
Page 175

The email I have from the court states that the initial disclosures are due by May 5, 2021. I can see that the court sent an amended order however I never received that one.  I can have it completed by next Tuesday.


Regards.


On May 6, 2020 6:27 PM, "Marcelo, Christian W. (Perkins Coie)" <CMarcelo@perkinscoie.com> wrote:

Matthew,


Per the attached Court Order, the deadline to provide your initial disclosures was yesterday, May 5, 2020. We have not received your initial disclosures; please advise when we can expect to receive them.


Best regards,


**Christian Marcelo | Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT 13
Page 176

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT 13

Page 177

# Exhibit B

EXHIBIT 13
Page 178

| From: | admin@romuniverse.com |
|---|---|
| To: | Marcelo, Christian W. (SEA) |
| Cc: | Dugdale, Katherine (LOS); Rava, William C. (SEA); Harkness, Brooke (SEA) |
| Subject: | RE: Nintendo v. Storman -- availability for a call on discovery, etc. |
| Date: | Thursday, July 23, 2020 1:41:43 PM |

After my stay in the hospital, and after testing, it has been confirmed that I have COVID-19 and am recovering.  I believe that because of this there should be mandatory stimulated continuance of all proceedings until mid September.

Regards,
Matthew.

On Jul 16, 2020 6:42 PM, "Marcelo, Christian W. (Perkins Coie)" <CMarcelo@perkinscoie.com> wrote:

> Matthew,
>
> We understand you have recently been ill. If you are still hospitalized, please let us know.
>
> There are still several impending deadlines on the schedule to which the parties agreed, however, and numerous issues that we have been bringing to your attention for several weeks or longer that need to be addressed promptly.  As you have been largely unresponsive, we plan to reach out to the Court if we do not receive a substantive response from you **by the end of day Tuesday, July 21**.
>
>    1. **Discovery issues**.  We have been attempting to conduct the required discovery conference with you regarding several outstanding discovery issues for the last month, listed below:
>         a. RFAs 8,9; Rogs 4, 9; RFP 10 – You should be able to provide the number of actual or attempted downloads of each game listed in Ex. A to the complaint and some type of document showing this.
>         b. RFPs 14-18 – In these responses, you state you are withholding communications that you consider "marketing puffery, protected business, and protected private communications."  This is improper and those need to be produced.
>         c. RFP No. 5 – You need to produce your tax returns for each year, rather than simply providing numbers.
>         d. Document production – Many of the Nintendo takedown notices that you produced cut out important information; we need the entire communication produced.
>
>    2. **Informal Discovery Conference**.  We have also requested your agreement to proceed with the Informal Discovery Conference as recommended by Judge Oliver on the

EXHIBIT 13
Page 179

above issues, but have not received your response.  We intend to request to proceed with this procedure if we do not hear back from you.

3. **Deposition dates**.  We requested dates you are available for your deposition, which we intend to take by video conference. Since you have not responded, we will plan to note the deposition for a date at our convenience.

4. **Settlement Conference with Judge Oliver.**  The parties are required by the Court's scheduling order to conduct their ADR conference by no later than September 1, 2020.  Per Judge Oliver's rules, settlement conferences must be held on Mondays or Wednesdays at 10am or Friday at 1:30pm (https://www.cacd.uscourts.gov/honorable-rozella-oliver). Please provide us any of those dates you are unavailable between now and September 1, and we will reach out to the court clerk to check the court's availability.  If we do not hear back from you, we will presume you are generally available on any of these dates.

5. **Nintendo's settlement proposal**.  Additionally, of course, and as we have discussed several times, if you would like have a substantive discussion about Nintendo's April settlement proposal, we welcome such a conversation.

Best regards,

**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Tuesday, July 14, 2020 7:19 PM
**To:** 'admin@romuniverse.com' <admin@romuniverse.com>
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Rava, William C. (SEA) <WRava@perkinscoie.com>

EXHIBIT 13
Page 180

**Subject:** RE: Nintendo v. Storman -- availability for a call on discovery, etc.

Matthew,

Following up here. We need to schedule a call as soon as possible.

Best,

**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Friday, July 10, 2020 8:05 AM
**To:** 'admin@romuniverse.com' <admin@romuniverse.com>
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Rava, William C. (SEA) <WRava@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman -- availability for a call on discovery, etc.

Matthew,

Checking back in here, and hoping you are feeling better. Can you let us know a few good times next week for a call on the issues we've identified?

Best,

EXHIBIT 13
Page 181

**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Monday, July 6, 2020 4:41 PM
**To:** 'admin@romuniverse.com' <admin@romuniverse.com>
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Rava, William C. (SEA)
<WRava@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman -- availability for a call on discovery, etc.


Sorry to hear that, Matthew. We hope you recover quickly and will plan to check in at the
end of this week, with the goal of scheduling a call next week.


**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com


**From:** admin@romuniverse.com <admin@romuniverse.com>
**Sent:** Monday, July 6, 2020 2:24 PM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Rava, William C. (SEA)
<WRava@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman -- availability for a call on discovery, etc.


I have been hospitalized at San Dimas Community Hospital as of Saturday July 4th, due to

EXHIBIT 13
Page 182

symptoms that I have experienced in the week prior, including fever, body aches, cough, and shortness of breath.  I have had blood work, EKG, chest x-ray, COVID19, flu and a host of other tests performed, however, we are waiting for the results

I have not not been disingenuous in my responses however, it it extremely difficult for me to respond to emails or by any other means

Matthew

On Jul 6, 2020 1:26 PM, "Marcelo, Christian W. (Perkins Coie)" <CMarcelo@perkinscoie.com> wrote:

Matthew,

As we have continually tried, we need to move this case along. First and foremost are the discovery issues we identified in our prior correspondence. **When will you be available this week (July 6 – 10) for a meet and confer regarding those discovery issues?**

The case schedule will not allow for further delays, so we also want to confirm that you are willing to proceed with the Informal Discovery Conference that is strongly recommended by Judge Oliver (see no. 2 at https://www.cacd.uscourts.gov/honorable-rozella-oliver) if for any reason, we cannot resolve one or more of the discovery issues by the end of this week (July 10).

Additionally, as you have not responded to the settlement proposal, we intend to move forward with the parties' agreed to ADR procedure and will contact the Court Clerk for available dates for the settlement conference.

We look forward to hearing from you soon.

Best,

**Christian Marcelo** | **Perkins Coie LLP**

ASSOCIATE

EXHIBIT 13
Page 183

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.3315

F. +1.206.359.4315

E. CMarcelo@perkinscoie.com


**From:** admin@romuniverse.com <admin@romuniverse.com>
**Sent:** Monday, June 29, 2020 2:47 PM
**To:** Rava, William C. (SEA) <WRava@perkinscoie.com>
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Marcelo, Christian W.
(SEA) <CMarcelo@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman -- availability for a call on discovery, etc.


Can't this week.  Sick as a dog.  Next week possibly.


On Jun 25, 2020 9:46 AM, "Rava, William C. (Perkins Coie)"
<WRava@perkinscoie.com> wrote:

> Matthew, how does tomorrow or Monday look for you?
>
>
> **William Rava** | **Perkins Coie LLP**
>
> PARTNER
>
> 1201 Third Avenue Suite 4900
>
> Seattle, WA 98101-3099
>
> D. +1.206.359.6338
>
> F. +1.206.359.7338
>
> E. WRava@perkinscoie.com
>
>
> **From:** Rava, William C. (SEA) <WRava@perkinscoie.com>
> **Sent:** Tuesday, June 23, 2020 11:39 AM
> **To:** admin@romuniverse.com
> **Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Marcelo, Christian W.
> (SEA) <CMarcelo@perkinscoie.com>
> **Subject:** Nintendo v. Storman -- availability for a call on discovery, etc.

EXHIBIT 13
Page 184

Matthew,

Are you available in the next day or two to discuss several discovery, case management, and settlement issues?  We'll get you a list of specifics in advance.

Let us know some good times for you on Wednesday or Thursday, please.  Thanks.

Will

**William Rava** | **Perkins Coie LLP**

PARTNER

1201 Third Avenue Suite 4900

Seattle, WA 98101-3099

D. +1.206.359.6338

F. +1.206.359.7338

E. WRava@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise

EXHIBIT 13
Page 185

the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT 13
Page 186

# Exhibit C

EXHIBIT 13
Page 187

| From: | Marcelo, Christian W. (SEA) |
|---|---|
| To: | "admin@romuniverse.com" |
| Cc: | Dugdale, Katherine (LOS); Rava, William C. (SEA); Harkness, Brooke (SEA) |
| Subject: | RE: Nintendo v. Storman -- availability for a call re: discovery and other issues |
| Date: | Friday, September 11, 2020 5:01:00 PM |

Matthew,

I called and left you a voicemail today, as we still have not heard from you. We are available to speak on this upcoming Monday or Tuesday after 3pm PT – let us know what time works for you.

We also note that Judge Oliver expressly states that the parties' attempts to resolve discovery disputes such as this is a factor in considering discovery related sanctions, and Nintendo reserves its right to seek sanctions, including attorneys' fees, in connection with your dilatory actions.

Finally, as we have not heard from you regarding your deposition, we will plan to note the deposition for Thursday, October 8.

Best,

**Christian Marcelo | Perkins Coie LLP**
ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Friday, September 4, 2020 1:30 PM
**To:** 'admin@romuniverse.com' <admin@romuniverse.com>
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Rava, William C. (SEA) <WRava@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman -- availability for a call re: discovery and other issues

Matthew,

It has been a month since the case schedule was extended and we have not heard from you. We need to resolve each of the below discovery issues in the next three weeks—*which you have yet to discuss with us*—or proceed to the discovery conference with the Magistrate Judge.

Additionally, as you know, you are required to make yourself available for a deposition on or before October 9. Please provide us your availability for your deposition between October 1 – 9.

Let us know your availability to discuss these matters on Tuesday or Wednesday of next week.

Best,

**Christian Marcelo | Perkins Coie LLP**

EXHIBIT 13
Page 188

ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Friday, August 28, 2020 8:02 AM
**To:** admin@romuniverse.com
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Rava, William C. (SEA)
<WRava@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman -- availability for a call re: discovery and other issues

Matthew,

We have not heard from you in nearly two weeks. Please let us know your availability to discuss the
below issues as soon as possible.

Best,

**Christian Marcelo** | **Perkins Coie LLP**
ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

---

**From:** Rava, William C. (SEA) <WRava@perkinscoie.com>
**Sent:** Friday, August 21, 2020 11:14 AM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; admin@romuniverse.com
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Harkness, Brooke (SEA)
<BHarkness@perkinscoie.com>
**Subject:** RE: Nintendo v. Storman -- availability for a call re: discovery and other issues

Keeping this on top, Matthew.  Do you have availability next week?  Please send some windows that
work, thanks.

Will

**William Rava** | **Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.6338
F. +1.206.359.7338
E. WRava@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Sent:** Monday, August 17, 2020 10:33 AM
**To:** admin@romuniverse.com
**Cc:** Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Rava, William C. (SEA)

EXHIBIT 13
Page 189

<WRava@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>
**Subject:** Nintendo v. Storman -- availability for a call re: discovery and other issues

Matthew,

We hope you're feeling better and were able to recover quickly and fully.

We still have a few outstanding discovery issues to resolve, relisted below. Additionally, we should discuss scheduling your deposition, the settlement conference and Nintendo's last settlement proposal. Please let us know a few times Thursday or Friday that you're available to discuss.

      a. RFAs 8,9; Rogs 4, 9; RFP 10 – You should be able to provide the number of actual or attempted downloads of each game listed in Ex. A to the complaint and some type of document showing this.

      b. RFPs 14-18 – In these responses, you state you are withholding communications that you consider "marketing puffery, protected business, and protected private communications."  This is improper and those need to be produced.

      c. RFP No. 5 – You need to produce your tax returns for each year, rather than simply providing numbers.

      d. Document production – Many of the Nintendo takedown notices that you produced cut out important information; we need the entire communication produced.

Best regards,

**Christian Marcelo** | **Perkins Coie LLP**
ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

EXHIBIT 13
Page 190

# Exhibit D

EXHIBIT 13
Page 191

| | |
|---|---|
| **From:** | admin@romuniverse.com |
| **To:** | Harkness, Brooke (SEA) |
| **Cc:** | Marcelo, Christian W. (SEA); Rava, William C. (SEA); Dugdale, Katherine (LOS) |
| **Subject:** | Re: Deficient Discovery Responses & Discovery Conference, Nintendo of America Inc. v. Matthew Storman, 2:19-CV-07818-CBM-RAO |
| **Date:** | Friday, September 18, 2020 3:41:30 PM |

Received and read.

On Sep 18, 2020 3:26 PM, "Harkness, Brooke (Perkins Coie)" <BHarkness@perkinscoie.com> wrote:

> Dear Mr. Storman,
>
>
> Please see the attached sent on behalf of Nintendo of America.
>
>
> Thank you,
>
>
> **Brooke Harkness** | **Perkins Coie LLP**
>
> LEGAL PRACTICE ASSISTANT TO
>
> David Burman|Christian Marcelo|Rachel Haney|Zachary Chalett
>
> She, her, hers/ pronombres femeninos
>
> 1201 Third Avenue Suite 4900
>
> Seattle, WA 98101-3099
>
> D. +1.206.359.3247
>
> F. +1.206.359.5247
>
> E. BHarkness@perkinscoie.com
>
> _____
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT 13
Page 192



1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
PerkinsCoie.com

September 18, 2020

Christian W. Marcelo
CMarcelo@perkinscoie.com
D.  +1.206.359.3315
F.  +1.206.359.4315

**VIA E-MAIL AND U.S. MAIL**

Matthew Storman
1601 E. Ruddock St.
Covina, CA 91724
admin@romuniverse.com

Re:   **Deficient Discovery Responses & Discovery Conference**
      *Nintendo of America Inc. v. Matthew Storman*, **2:19-CV-07818-CBM-RAO**

Dear Mr. Storman:

We write regarding the above captioned matter.  As you know, on August 5, the Court ordered the parties participate in a meet-and-confer regarding any pending discovery disputes and, if the issues could not be resolved, participate in Magistrate Judge Oliver's Informal Discovery Conference by **no later than September 25**.  A copy of the Order is enclosed with this letter.

To attempt to resolve our discovery disputes without involving the Court and to timely comply with this Order, we have attempted to contact you on numerous occasions regarding discovery issues—which we first raised in June 2020—including by email on and via telephone on August 17, August 21, August 28, September 4, and September 11.  A copy of the email string is also enclosed.  You have not responded to any of these communications.

As we have repeatedly informed you, there are several deficiencies in your discovery responses:

- In response to RFAs 8, 9; Rogs 4, 9; and RFP 10, you claim that you do not have information regarding the number of times certain files were downloaded through your website.  Before the initiation of this litigation, however, the romuniverse.com website displayed the number of downloads for each file.  At a minimum, you should be able to provide whatever information you tracked and displayed on your website for each file.

- In response to RFPs 14-18, you indicated you are withholding "marketing puffery, protected business, and protected private communications" without further explanation.  This is not a valid objection.  Unless you are claiming these documents are protected by the attorney-client privilege or work product doctrine (which seems unlikely, because you are not represented by an attorney in this case), these documents must be produced.

- RFP No. 5 requests your tax returns.  You did not produce these documents and provided no objections to their production.  These documents should be produced.

Matthew Storman
September 18, 2020
Page 2

These discovery issues are straightforward and should be resolved without the need for the
Court's involvement.  However, because you have refused to cooperate in resolving these issues,
we must presume we are at an impasse and will bring these issues before Magistrate Judge
Oliver.

Finally, also because you have not communicated on this topic, I enclose an amended deposition
notice, setting your deposition for October 8, 2020.  Please let me know immediately if you have
a conflict on that date.

Very truly yours,

Christian W. Marcelo

CWM

Enclosures, as indicated

cc:     William C. Rava, Perkins Coie
        Katherine Dugdale, Perkins Coie

EXHIBIT 13
Page 194

# Exhibit E

EXHIBIT 13
Page 195

1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399

5  William C. Rava (appearing *pro hac vice*)
   Christian W. Marcelo (appearing *pro hac vice*)
6  WRava@perkinscoie.com
   CMarcelo@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10
   Attorneys for Plaintiff
11 Nintendo of America Inc.

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15

16

17 NINTENDO OF AMERICA INC., a          Case No. 2:19-CV-07818-CBM-RAO
   Washington corporation
18                                       **NINTENDO'S FIRST SET OF**
                  Plaintiff,             **INTERROGATORIES AND REQUESTS FOR**
19                                       **PRODUCTION OF DOCUMENTS AND**
          v.                             **THINGS**
20
   MATTHEW STORMAN, an individual,
21 JOHN DOES 1-10, individuals and/or
   corporations,
22
                  Defendants.
23

24

25

26

27

28
                                         DISCOVERY REQUESTS

147592637.3

EXHIBIT 13
Page 196

Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff Nintendo of America Inc. ("Nintendo"), through its counsel, directs the following interrogatories and requests for production of documents and things ("Requests") to Defendant Matthew Storman ("Defendant"). Defendant is to answer these Requests separately and fully, in writing, within thirty days of the date of service, in accordance with Fed. R. Civ. P. 33 and 34, and the Definitions and Instructions set forth below. Defendant must produce, within thirty days of service of these Requests, all responsive documents and tangible things that are within Defendant's possession, custody, or control at the office of Perkins Coie, LLP, 888 Century Park East, Suite 1700, Los Angeles, California 90067-1721, or as otherwise agreed to by the parties. These Requests impose continuing obligations, and any supplementation and additional responsive documents or things that may be discovered subsequent to the initial responsive production should be produced within a reasonable time, pursuant to Fed. R. Civ. P. 26.

## DEFINITIONS

1. "Any" and "all" means "any and all."

2. "Date" means the exact day, month, and year, if ascertainable, or, if not, the best available approximation (including relationship to other events).

3. The term "Defendant" as used herein means Matthew Storman and companies owned or controlled by Matthew Storman as well as any divisions, or subsidiaries, past or present, including, without limitation, the directors, officers, employees, agents, or attorneys thereof.

4. The terms "you," "your," or "yourself" as used herein refers to Defendant as defined above.

5. The term "Nintendo" as used herein means Plaintiff Nintendo of America Inc. and includes the directors, officers, employees, agents, or attorneys thereof.

6. The term "Litigation" shall mean the above-referenced action, 2:19-CV-07818-CBM-RAO.

7. The term "person" shall mean any natural person, individual, corporation, proprietorship,

EXHIBIT 13
Page 197

partnership, association, joint venture, limited liability company, trust, company, firm, or other form of legal entity, organization, or arrangement.

8. The term "document" shall be synonymous in meaning and equal in scope to the usage of the term in Rule 34(a) of the Federal Rules of Civil Procedure and includes, without limitation, "writings and recordings" as defined by Rule 1001 of the Federal Rules of Evidence.

9. The term "thing" shall be synonymous in meaning and equal in scope to the usage of the term in Rule 34(a) of the Federal Rules of Civil Procedure, and includes without limitation, models, prototypes and samples of any device or apparatus or product.

10. The term "communication" as used herein means all written, oral, telephonic or other inquiries, dialogues, discussions, conversations, interviews, correspondence, consultations, negotiations, agreements, understandings, meetings, letters, notes, telegrams, advertisements, and all other documents evidencing any verbal or nonverbal interaction between or among persons and/or entities.

11. The terms "and," "or," and "and/or" as used herein shall be interpreted to include any item or combination of items identified in a Request, and shall not be interpreted to exclude any information otherwise within the scope of a Request.

12. The term "any" as used herein means one, some, or all of whatever quantity.

13. The terms "concerning," "related to," or "relating to" (or similar terms) as used herein shall be construed in the broadest possible sense, and shall mean without limitation and whether in whole or in part: referring to, constituting, bearing upon, commenting upon, reflecting, evidencing, pertaining to, describing, depicting, consisting of, containing, comprising, embodying, identifying, stating, discussing, analyzing, studying, summarizing, dealing with, relating to, or having any logical or factual connection whatsoever with the subject

DISCOVERY REQUESTS

147592637.3

EXHIBIT 13
Page 198

addressed, regardless whether the factual connection is favorable to or adverse to you.

14. The term "ROM image" means any digital file containing read-only memory.

15. The term "Nintendo ROM image" means any ROM image which contains read-only memory related to any Nintendo video games.

16. The term "Websites" means any website that you own or control which distributes Nintendo ROM images, including but not limited to the websites resolving from the following domains: www.romuniverse.com and www.ndsuniverse.com.

17. Unless the terms of a particular Request specifically indicate otherwise, these definitions are applicable throughout these Requests and are incorporated into each specific Request.

## INSTRUCTIONS

1. In responding to these Requests, you are required to furnish all information that is available to you or subject to your reasonable inquiry, including information in the possession of your attorneys, accountants, advisors, representatives, agents or other persons directly or indirectly employed by, or connected with, you or your attorneys, and anyone else otherwise subject to your control.  All documents that respond in whole or in part, to any portion of the Requests below shall be produced in their entirety, including all attachments and enclosures.

2. In construing these Requests, the plural shall include the singular and the singular shall include the plural; a masculine, feminine, or neuter term shall include all other genders.

3. If you deem any documents or information sought by these Requests to be privileged or otherwise protected from discovery, you must nevertheless identify for all information and/or each document withheld, at least the following:

   a. The legal basis for withholding the document;

   b. The person asserting any claim of privilege and/or protection;

c.  The identity of every person with knowledge which either tends to support or tends to refute the claim of privilege and/or protection;

d.  A description and identification of the requested document sufficient to frame an appropriate demand for the document and a motion to compel disclosure thereof, setting forth at least the following:

    i.  The author and/or signatory of the document withheld;

    ii.  The date of the document withheld;

    iii.  The identity of the addressees and all others who have received or read the document withheld;

    iv.  The identity of those who have knowledge of the matters contained in the document withheld;

    v.  Whether the document withheld has any other documents appended to, included with, attached to, incorporated by, or referred to in the document withheld;

    vi.  Whether other such documents have been produced; and

    vii.  The subject matter and circumstances under which the document withheld was created, in sufficient detail to ascertain applicability of the privilege or other legal basis asserted.  Notwithstanding a claim that a document is privileged or otherwise protected from disclosure, any documents so withheld must be produced with the portion claimed to be protected excised.

4.  Responsive documents shall be produced as kept in the ordinary course of business or shall be produced in a manner organized and labeled corresponding with the categories in these Requests in accordance with the Federal Rules of Civil Procedure.  If there are no documents or things responsive to a particular Request, you should so state in writing.

DISCOVERY REQUESTS

147592637.3

EXHIBIT 13
Page 200

5.  In responding to these Requests, you must make a diligent search of your records and of other papers or materials in your possession or available to you or your representatives.

6.  If refusal to provide documents responsive to any Request is asserted on the grounds of burdensomeness, you should state in detail the reason(s) for your objection(s), including the number and nature of documents or records needed to be searched and/or produced, the location of the documents, the custodian of the documents, and the number of person hours and costs required to conduct the search.

7.  If any Request is unclear or ambiguous to you, you are requested to contact undersigned counsel as soon as possible so that the Request can be clarified to avoid unnecessary delays in discovery.

8.  If any responsive document is no longer in your possession or subject to your control, you should state what disposition was made of it, when such disposition was made, why such disposition was made and by whom such disposition was made.  If any document herein requested was formerly in your possession, custody or control and has been transferred, lost or destroyed, you are requested to submit in lieu of each document a written statement which:

    a.  Describes in detail the nature of the document;

    b.  Identifies the person who prepared or authorized the document and, if applicable, the person to whom the document was sent;

    c.  Specifies the date on which the document was prepared or transmitted;

    d.  Identifies the person last known by you to have been in possession, custody or control of the document; and

    e.  Specifies, if possible, the date on which the document was transferred, lost or destroyed and, if destroyed, the conditions of and reasons for such destruction and

EXHIBIT 13
Page 201

the persons requesting and performing the destruction.

9. After each document request, state whether all documents responsive to that request are being produced and indicate on each produced document (or in some other convenient manner) the number of the document request or requests to which it is responsive.

10. If no responsive documents exist for a requested category of documents, please so indicate.

11. If, after exercising due diligence, you are unable to determine the existence of any documents or things falling within a Request, you shall so state in written responses as required by Rule 34.

These Requests impose a continuing obligation and require ongoing supplementation in accordance with Fed. R. Civ. P. 26(e).

## **INTERROGATORIES**

### **INTERROGATORY NO. 1:**

Provide an accounting of the total revenue generated in connection with the Websites since January 1, 2009 through the present, including but not limited to, revenue earned through advertisements, purchases of memberships, donations, cryptocurrencies from data mining, or any other revenue of any kind from any source.

### **RESPONSE:**

Total gross revenue from October 21, 2016 to present is $77,700.

### **INTERROGATORY NO. 2:**

Identify the total number of paid memberships for the Websites, by year, since January 1, 2009 through the present.

### **RESPONSE:**

Total of paid lifetime memberships from October 21, 2016 are 2590.

-6-                                                    DISCOVERY REQUESTS

EXHIBIT 13
Page 202

**INTERROGATORY NO. 3:**

Provide an accounting of any and all of your expenses related to the Websites incurred after January 1, 2009.

**RESPONSE:**

Processing Fees (2016 – Present): $12,385

Website Hosting Fees (2016 – Present): $19,200

**INTERROGATORY NO. 4:**

Identify the total number of ROM images distributed and/or downloaded through the Websites, by year, since January 1, 2009 through the present.

**RESPONSE:**

Defendant does not track file downloads. Defendant has no knowledge of file ownership or copyright, or if the file was interrupted, corrupt, destroyed, invalid, improper or functionable.

**INTERROGATORY NO. 5:**

Identify the total number of Nintendo ROM images distributed and/or downloaded through the Websites, by year, since January 1, 2009 through the present.

**RESPONSE:**

Defendant has no way of knowing if images are Nintendo property or copyright. Nintendo has access to content as all others for free and per 17 U.S.C. Nintendo can and did request takedowns of any content they request which defendant did comply with, in Nintendo's recognition of defendant's protections under 17 U.S.C.

DISCOVERY REQUESTS

147592637.3

EXHIBIT 13
Page 203

1  Defendant owns ndsunvierse.com and romuniverse.com since October 21, 2016.

2  Defendant does not control the activities of users.

3

4  **INTERROGATORY NO. 9:**

5

6  Exhibit A of Nintendo's Complaint in this litigation provides a list of 37 Nintendo games.

7  For each game, identify when the ROM image for that game was made available for distribution

8  on the Websites and the total number of times, by year, each of those ROM images were

9  downloaded from or was distributed through the Websites since January 1, 2009.

10  **RESPONSE:**

11  Defendant has no way of verifying content, copyright or ownership of games or validity of

12  file content and does distribute or offer.

13

14

15  **INTERROGATORY NO. 10:**

16  Identify each person or company that owns or controls, in whole or in part, the Websites.

17  **RESPONSE:**

18  Defendant, Matthew Storman is the sole owner of the website.

19

20

21  **INTERROGATORY NO. 11:**

22  Identify each domain or website you own or control that distributes ROM images or

23  resolves to a website that distributes ROM images.

24  **RESPONSE:**

25  Defendant, Matthew Storman is the sole owner of romuniverse.com and ndsuniverse.com

26  and does not distribute or offer images.

27

28

-9-                                          DISCOVERY REQUESTS

EXHIBIT 13
Page 204

1  Produce all documents reflecting revenue generated in connection with the Websites since

2  January 1, 2009 through the present, including but not limited to receipts from the purchase of

3  premium memberships, documents relating to PayPal or other payment processor accounts, and

4  documents regarding any donations paid to you, including donations provided to you in

5  connection with this Litigation.

6  

7  **RESPONSE:**

8  SEE RESPONSE NO.1 INCLUDES 9 DONATIONS in the amount of $245.00 from 2019.

9  

10  **REQUEST FOR PRODUCTION NO. 4:**

11  Produce documents sufficient to show any and all of your expenses related to the

12  Websites incurred since January 1, 2019.

13  **RESPONSE:**

14  Taxes for 2019 have not yet been filed.

15  

16  

17  **REQUEST FOR PRODUCTION NO. 5:**

18  Produce your tax returns from 2009 through 2019.

19  **RESPONSE:**

20  1. 2019 Taxes not yet filed.

21  2. 2018 QB: $9,258.15 TR: $0.00 GR: $8,370. Not min. 12.5k

22  3. 2017 QB: $3,991.05 TR: $0.00 GR: $0. Not Min. 12.5k

23  4. 2016 QB: $12,714.72 TR: $37,596 - $15,020 GR: $0

24  

25  

26  **REQUEST FOR PRODUCTION NO. 6:**

27  

28  

-15-                                DISCOVERY REQUESTS

EXHIBIT 13
Page 205

1  Produce documents sufficient to show the total number of Nintendo ROM images

2  available for download through the Websites, each year, since January 1, 2009.

3  **RESPONSE:**

4  Defendant has no way of verifying content, copyright or ownership of files or images on

5

6  Website.

7

8  **REQUEST FOR PRODUCTION NO. 7:**

9  Produce documents sufficient to show the total number of Nintendo ROM images

10  downloaded through the Websites, each year, since January 1, 2009.

11  **RESPONSE:**

12  Defendant has no way of verifying content, copyright or ownership of files or images on

13

14  Website.

15

16  **REQUEST FOR PRODUCTION NO. 8:**

17  Produce documents sufficient to identify each Nintendo ROM image offered for download

18  through the Websites since January 1, 2009.

19  **RESPONSE:**

20  Defendant has no way of verifying content, copyright or ownership of files or images on

21

22  Website.

23

24  **REQUEST FOR PRODUCTION NO. 9:**

25  Produce documents sufficient to show the number of visitors to the Websites, by year,

26  since January 1, 2009.

27  **RESPONSE:**

28

-16-                                    DISCOVERY REQUESTS

EXHIBIT 13
Page 206

2020 to present h.pdf

2019 d.pdf

2018 e.pdf

2017 f.pdf

2016 g.pdf


**REQUEST FOR PRODUCTION NO. 10:**

Exhibit A of Nintendo's Complaint in this litigation provides a list of 37 Nintendo games. Produce documents sufficient to show the total number of ROM images from each of those games downloaded through the Websites since January 1, 2009.

**RESPONSE:**

Defendant has no way of verifying content, copyright or ownership of files or images on Website, or any user actions.


**REQUEST FOR PRODUCTION NO. 11:**

Exhibit A of Nintendo's Complaint in this litigation provides a list of 37 Nintendo games. To the extent the ROM images for any of these games are or were available to be downloaded through the Websites, produce those ROM images.

**RESPONSE:**

Defendant has no way of verifying content, copyright or ownership of files or images on Website, or any user actions.


**REQUEST FOR PRODUCTION NO. 12:**

Produce the registration agreements and hosting agreements for each of the Websites.

147592637.3

EXHIBIT 13
Page 207

**<u>RESPONSE:</u>**

Defendant does not have registration or hosting agreements for any users.

**<u>REQUEST FOR PRODUCTION NO. 13:</u>**

Produce documents sufficient to identify any domains you own or control which resolve or redirect to websites that distribute any intellectual property relating to Nintendo, including but not limited to Nintendo ROM images.

**<u>RESPONSE:</u>**

Defendant owns romuniverse.com and ndsuniverse.com. Furthermore, Defendant does not own any websites that distribute intellectual property.

**<u>REQUEST FOR PRODUCTION NO. 14:</u>**

Produce all communications between yourself and any third parties regarding Nintendo, the Websites, or the Nintendo Rom images, including but not limited to communications, comments, or messages sent via Discord, social media, or the Websites.

**<u>RESPONSE:</u>**

Communications that occurred on discord is publicly available to view and is massive. They are available to Plaintiff. There is an old Facebook page that was created by a previous non associated administrator on the website. See d-i.png. Communications do not include marketing puffery, protected business, and protected private communications.

**<u>REQUEST FOR PRODUCTION NO. 15:</u>**

Produce all communications between yourself and Nintendo, including but not limited to any DMCA notices.

DISCOVERY REQUESTS

EXHIBIT 13
Page 208

**RESPONSE:**

See DMCA/01-26.pdf. Communications do not include marketing puffery, protected business, and protected private communications.

**REQUEST FOR PRODUCTION NO. 16:**

In your Answer, you allege that "Plaintiff's German representative continues to send DMCA take down requests to Defendant[.]"  Produce all such communications.

**RESPONSE:**

See DMCA/01-26.pdf. Communications do not include marketing puffery, protected business, and protected private communications.

**REQUEST FOR PRODUCTION NO. 17:**

Produce all documents and communications regarding your designation of an agent under 17 U.S.C. 512(c)(2), including but not limited to any documents reflecting the identification of the agent on the Websites and any documents or communications identifying the agent to the United States Copyright Office.

**RESPONSE:**

Plaintiff has already recognized admin as the proper agent for romuniverse.com and ndsuniverse.com. This was done by Nintendo sending Numerous DMCA take-down notices to admin which admin immediately complied with. Refer to NO. 15 and NO. 16 above. Communications do not include marketing puffery, protected business, and protected private communications.

**REQUEST FOR PRODUCTION NO. 18:**

DISCOVERY REQUESTS

147592637.3

EXHIBIT 13
Page 209

1    Produce all documents and communications regarding the purchase or sale of the

2    Websites.

3    **RESPONSE:**

4

5    Defendant purchased ndsuniverse.com on January 10, 2009, see k.png. Defendant

6    purchased romuniverse.com on September 3, 2009, see j.png. Communications do not include

7    marketing puffery, protected business, and protected private communications.

8

9    **REQUEST FOR PRODUCTION NO. 19:**

10    Produce all documents that support, refer or relate to your allegation that there are "two

11   instances where an implied contract was established between the Defendant and Plaintiff,"

12   including but not limited to, all documents that would identify the exact terms of the alleged

13   "implied contracts."

14   **RESPONSE:**

15

16    The implied contract is based on historical and current communications where Nintendo

17   requested file takedown notices to Defendant. These takedown notices were made in good faith

18   that Nintendo was the alleged proper copyright owner and file owner. Defendant did not dispute

19   Nintendo's alleged copyright or file ownership. In return, Nintendo would not take any legal

20   action and would continue to receive exposure to Nintendo company and Nintendo games by vast

21   numbers of website visitors and users, and Defendant would continue to operate the Website

22   without litigation.

23

24

25

26

27

28

-20-                                                     DISCOVERY REQUESTS

147592637.3

EXHIBIT 13
Page 210

# Exhibit F

EXHIBIT 13
Page 211

1   Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
2   PERKINS COIE LLP
    1888 Century Park E., Suite 1700
3   Los Angeles, CA  90067-1721
    Telephone:  310.788.9900
4   Facsimile:  310.788.3399

5   William C. Rava (appearing *pro hac vice*)
    Christian W. Marcelo (appearing *pro hac vice*)
6   WRava@perkinscoie.com
    CMarcelo@perkinscoie.com
7   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
8   Seattle, WA  98101
    Telephone:  206.359.8000
9   Facsimile:  206.359.9000

10
    Attorneys for Plaintiff
11  Nintendo of America Inc.

12                      UNITED STATES DISTRICT COURT

13                     CENTRAL DISTRICT OF CALIFORNIA

14

15

16  NINTENDO OF AMERICA INC., a         Case No. 2:19-CV-07818-CBM-RAO
    Washington corporation
17                                      **NINTENDO'S FIRST SET OF REQUESTS**
                       Plaintiff,       **FOR ADMISSION**
18
           v.
19
    MATTHEW STORMAN, an individual,
20  JOHN DOES 1-10, individuals and/or
    corporations,
21
                       Defendants.
22

23

24

25

26

27

28

                                                    REQUESTS FOR ADMISSION

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Nintendo of America Inc. ("Nintendo"), through its counsel, directs the following Requests for Admission ("Requests") to Defendant Matthew Storman ("Defendant"). Defendant is to answer these Requests separately and fully, in writing, within thirty days of the date of service, in accordance with Fed. R. Civ. P. 36, and the Definitions and Instructions set forth below. These Requests impose continuing obligations, and any supplementation and additional responsive documents or things that may be discovered subsequent to the initial responsive production should be produced within a reasonable time, pursuant to Fed. R. Civ. P. 26.

## DEFINITIONS

1. "Any" and "all" means "any and all."

2. "Date" means the exact day, month, and year, if ascertainable, or, if not, the best available approximation (including relationship to other events).

3. The term "Defendant" as used herein means Matthew Storman and companies owned or controlled by Matthew Storman as well as any divisions, or subsidiaries, past or present, including, without limitation, the directors, officers, employees, agents, or attorneys thereof.

4. The terms "you," "your," or "yourself" as used herein refers to Defendant as defined above.

5. The term "Nintendo" as used herein means Plaintiff Nintendo of America Inc. and includes the directors, officers, employees, agents, or attorneys thereof.

6. The term "Litigation" shall mean the above-referenced action, 2:19-CV-07818-CBM-RAO.

7. The term "person" shall mean any natural person, individual, corporation, proprietorship, partnership, association, joint venture, limited liability company, trust, company, firm, or other form of legal entity, organization, or arrangement.

8. The term "document" shall be synonymous in meaning and equal in scope to the usage of the term in Rule 34(a) of the Federal Rules of Civil Procedure and includes, without

REQUESTS FOR ADMISSION

147780647.3

EXHIBIT 13
Page 213

limitation, "writings and recordings" as defined by Rule 1001 of the Federal Rules of Evidence.

9.  The term "thing" shall be synonymous in meaning and equal in scope to the usage of the term in Rule 34(a) of the Federal Rules of Civil Procedure, and includes without limitation, models, prototypes and samples of any device or apparatus or product.

10. The term "communication" as used herein means all written, oral, telephonic or other inquiries, dialogues, discussions, conversations, interviews, correspondence, consultations, negotiations, agreements, understandings, meetings, letters, notes, telegrams, advertisements, and all other documents evidencing any verbal or nonverbal interaction between or among persons and/or entities.

11. The terms "and," "or," and "and/or" as used herein shall be interpreted to include any item or combination of items identified in a Request, and shall not be interpreted to exclude any information otherwise within the scope of a Request.

12. The term "any" as used herein means one, some, or all of whatever quantity.

13. The terms "concerning," "related to," or "relating to" (or similar terms) as used herein shall be construed in the broadest possible sense, and shall mean without limitation and whether in whole or in part:  referring to, constituting, bearing upon, commenting upon, reflecting, evidencing, pertaining to, describing, depicting, consisting of, containing, comprising, embodying, identifying, stating, discussing, analyzing, studying, summarizing, dealing with, relating to, or having any logical or factual connection whatsoever with the subject addressed, regardless whether the factual connection is favorable to or adverse to you.

14. The term "ROM image" means any digital file containing data from read-only memory.

15. The term "Nintendo ROM image" means any ROM image which contains data from read-only memory related to any Nintendo video games.

REQUESTS FOR ADMISSION

147780647.3

EXHIBIT 13
Page 214

16. "Exhibit A to the Nintendo Complaint" means the Exhibit A (Document 1-1) filed with
Nintendo's complaint in this Litigation.

17. "Exhibit B to the Nintendo Complaint" means the Exhibit B (Document 1-2) filed with
Nintendo's complaint in this Litigation.

18. Unless the terms of a particular Request specifically indicate otherwise, these definitions
are applicable throughout these Requests and are incorporated into each specific Request.

**<u>INSTRUCTIONS</u>**

1. Each Request below asks for admission of the truth of the matter stated in the request.

2. Each Request shall operate and be responded to independently and, unless otherwise
indicated, no Request limits the scope of any other Request.

3. If you do not specifically admit or deny matters stated below, you must set forth in detail
the reasons why you cannot truthfully admit or deny the matter.

4. If good faith requires you to qualify a response or to deny only a part of a matter set forth
below, you must specify so much of the matter as is true and qualify or deny the remainder.

5. You may not refuse to admit or deny any matter set forth below based upon lack of
information or knowledge unless you also assert that you have made reasonable inquiry
and that the information necessary to admit or deny the matter stated is not known or
readily obtainable.

6. Where knowledge or information in your possession is requested, the Request extends to
knowledge or information in the possession of your predecessors and/or successors, as well
as to information in the possession of your officers, directors, agents, employees, servants,
representatives, and, unless privileged, attorneys.

7. Unless otherwise specified in the Request, the time period of these Requests is from
September 10, 2016 through the time of your written response.

-3-                                                   REQUESTS FOR ADMISSION

EXHIBIT 13
Page 215

1

2  **REQUEST FOR ADMISSION NO. 7:**

3      Exhibit A to Nintendo's Complaint lists 37 Nintendo video games.  Admit that through

4  romuniverse.com, you distributed or offered for download ROM images of each of the games

5  listed in Exhibit A to Nintendo's Complaint.

6  **RESPONSE:**

7      Defendant has no way of knowing if images are Nintendo property or copyright. Nintendo

8  has access to all alleged images for free and per 17 U.S.C. Nintendo can and did request

9  takedowns of any content requested which defendant did take down. This is a recognition by

10  Nintendo of Defendant's protections under 17 U.S.C. Defendant does not distribute or make

11  available any ROM images.

12

13  **REQUEST FOR ADMISSION NO. 8:**

14      Admit that you have made over 3,000 Nintendo ROM images of Nintendo 3DS video

15  games available to be downloaded through romuniverse.com.

16  **RESPONSE:**

17      Defendant has no way of knowing if images are Nintendo property or copyright.

18  Defendant does not inventory or examine any file on the Websites.

19

20  **REQUEST FOR ADMISSION NO. 9:**

21      Admit that you have made over 200 Nintendo ROM images of Nintendo Switch video

22  games available to be downloaded through romuniverse.com.

23  **RESPONSE:**

24      Defendant has no way of knowing if images are Nintendo property or copyright.

25  Defendant does not inventory or examine any file on the Websites.

26

27  **REQUEST FOR ADMISSION NO. 10:**

28

-6-                                                    REQUESTS FOR ADMISSION

EXHIBIT 13
Page 216

# EXHIBIT 14

| | |
|---|---|
| **From:** | RAO Chambers |
| **To:** | Marcelo, Christian W. (SEA); RAO Chambers |
| **Cc:** | Rava, William C. (SEA); Dugdale, Katherine (LOS); Harkness, Brooke (SEA); admin@romuniverse.com |
| **Subject:** | RE: Nintendo of America v. Matthew Storman, 2:19-CV-07818-CBM-RAO |
| **Date:** | Monday, October 26, 2020 2:00:42 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

To all parties,

The Court has availability on Wednesday, October 28 at 10:00 a.m. to hear this matter.

Kindly advise availability as soon as practicable.

Thank you.



**DONNAMARIE LUENGO**
COURTROOM DEPUTY TO THE HONORABLE ROZELLA A. OLIVER
**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
255 E. Temple Street, Suite 1200
Los Angeles CA, 90012-4701
Office: 213-894-0381
Email: Donnamarie_Luengo@cacd.uscourts.gov

**From:** Marcelo, Christian W. (Perkins Coie) <CMarcelo@perkinscoie.com>
**Sent:** Friday, October 23, 2020 10:52 AM
**To:** RAO Chambers <RAO_Chambers@cacd.uscourts.gov>
**Cc:** Rava, William C. (Perkins Coie) <WRava@perkinscoie.com>; Dugdale, Katherine (Perkins Coie) <KDugdale@perkinscoie.com>; Harkness, Brooke (Perkins Coie) <BHarkness@perkinscoie.com>; admin@romuniverse.com
**Subject:** RE: Nintendo of America v. Matthew Storman, 2:19-CV-07818-CBM-RAO

**CAUTION - EXTERNAL:**

Magistrate Judge Oliver,

We are writing to follow up regarding the below discovery dispute.  As you know, Mr. Storman's deposition has now had to be rescheduled twice—the first time due to his failure to produce documents per the September 25 Order, and the second due to another last minute medical issue of Mr. Storman's.  As you know, the settlement conference was also stricken because Mr. Storman did not provide settlement papers, and the Court noted that a telephonic status conference would be scheduled.

Mr. Storman's deposition is now scheduled for October 30.  If possible, Nintendo respectfully requests to schedule the telephonic status conference prior to the October 30 deposition to attempt to resolve the below discovery issues ahead of the deposition and potentially reschedule the settlement conference.

Best regards,

EXHIBIT 14
Page 217

Christian Marcelo

**Christian Marcelo** | **Perkins Coie LLP**
ASSOCIATE
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

---

**From:** Marcelo, Christian W. (SEA)
**Sent:** Thursday, October 8, 2020 5:27 PM
**To:** RAO Chambers <RAO_Chambers@cacd.uscourts.gov>
**Cc:** Rava, William C. (SEA) <WRava@perkinscoie.com>; Dugdale, Katherine (LOS) <KDugdale@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; admin@romuniverse.com
**Subject:** Nintendo of America v. Matthew Storman, 2:19-CV-07818-CBM-RAO

Magistrate Judge Oliver,

We write to you regarding an on-going discovery dispute in the above-referenced proceedings, and to schedule a conference with you as early as possible to address the below issues.

On September 25, the parties participated in a discovery hearing regarding certain discovery disputes. At the conclusion of the hearing, the Court ordered Mr. Storman to respond to Nintendo's discovery requests regarding three categories of documents by no later than October 5, 2020. This included: (1) producing Mr. Storman's tax returns; (2) identifying through interrogatory responses and by producing documents, the number of downloads of the Nintendo ROMs from the Romuniverse.com website; and (3) producing all communications regarding Nintendo or Romuniverse.com, including those found on Discord. (See attached Order, Dkt. 45). These documents were important and necessary for Mr. Storman's deposition, which was then scheduled for October 8, 2020, and the Court warned Mr. Storman that his failure to comply with his discovery obligations could result in sanctions, including monetary sanctions.

The parties held a conference on September 30 to discuss, among other things, the status of Mr. Storman's compliance with his discovery obligations and the Court order. During that conference, Mr. Storman represented that he was on track to produce documents responsive to each of these categories, and that specifically, the data regarding the downloads was available to him. Additionally, the data regarding the download data and in connection with Mr. Storman's agreement to take down the RomUniverse website, the parties discussed and Mr. Storman specifically confirmed that this data was and would remain accessible (which was reconfirmed in emails after the September 30 conference).

Of the three categories of documents, Mr. Storman has only produced his tax returns.

Two days after missing the Court ordered deadline to produce the remaining documents, on

EXHIBIT 14
Page 218

October 7, Mr. Storman informed Nintendo that he no longer had access to the RomUniverse
Discord channel to produce his communications, and no longer had access to the data on his
website to produce the download information. Mr. Storman could not provide an explanation as to
why he cannot access this data.

Due to Mr. Storman's belated disclosure of this missing evidence, Nintendo rescheduled Mr.
Storman's deposition to October 16.

Nintendo respectfully requests a discovery conference to resolve these issues and specifically seeks
an order requiring Mr. Storman to produce the missing discovery by no later than October 14.
Additionally, if the data is no longer available, Nintendo respectfully requests that Mr. Storman be
required to provide information on when the data became inaccessible and what efforts he has
made to recover the data so that Nintendo can determine whether to file a motion regarding
spoliation of evidence.  In the circumstances, and because the Court already explicitly warned Mr.
Storman about the potential consequences of his failure to comply with the Order, Nintendo also
believes that monetary sanctions are appropriate.

Sincerely,

Christian

**Christian Marcelo** | **Perkins Coie LLP**
**ASSOCIATE**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the
sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

EXHIBIT 14
Page 219

# EXHIBIT 15

| | |
|---|---|
| **From:** | RomUniverse |
| **To:** | Marcelo, Christian W. (SEA) |
| **Cc:** | Dugdale, Katherine (LOS); Rava, William C. (SEA) |
| **Subject:** | Discovery Requests |
| **Date:** | Wednesday, October 7, 2020 7:47:59 AM |
| **Attachments:** | RFP 17.png |

Good Morning, please see below and attached:

RFA 8
- I have not made available any alleged Nintendo ROM images or Nintendo 3DS video games available to be requested and or downloaded.

RFA 9
- I have not made available any alleged Nintendo switch video games or images available to be requested and or downloaded.

ROGS 4
- I have spent the last 9 hours unsuccessfully trying to access the website and server.

ROGS 9
- See ROGS 4

RFP 10
- I cannot access the discord server any longer, I don't understand why.

RFP 14
- See RFP 10

RFP 16
- Already provided.

RFP 17
- Screenshot.  RFP17.png attached

RFP 18
- I no longer have access to this information.

RFP 5
- Tax returns.  Sent

EXHIBIT 15
Page 220

**Copyright**.gov

**DMCA Designated Agent Directory**

Search    Welcome romadmin    Home    Manage My Account    Logout    Help

## Service Provider Summary

| | | |
|---|---|---|
| Service Provider ⓘ | Matthew Storman<br>1601 E Ruddock St<br>Covina, CA 91724<br>Phone: 626-833-6327<br>Email: admin@romuniverse.com<br>**Registration Number: DMCA-1032054** | Edit |
| Designated Agent | Matthew Storman<br>RomUniverse<br>1601 E. Ruddock St<br>Covina, CA 91724<br>Phone: 626-833-6327<br>Email: admin@romuniverse.com | Edit |
| Payment Details | Successfully completed on February 13, 2019 10:50PM for $6.00<br>**Pay.gov Tracking ID: 26NHIO43** | |
| Status | Active  Last Updated:  February 13, 2019 10:59PM | Preview and Pay |
| Terminate Service Provider | | Terminate |

**Explanation of Status Field**

### Alternate Names          Edit

Search:

ndsuniverse.com

romuniverse.com

Showing 1 to 2 of 2 entries          Previous    1    Next

EXHIBIT 15
Page 221

# EXHIBIT 16

 (https://www.romuniverse.com/) 



Ultimate Gifts and Promotions

Ultimate Gamer's Christmas Gift (/request.php?file=207)
Ultimate Gamer's Birthday Gift (/request.php?file=206)
Ultimate Gamer's Friend Gift (/request.php?file=205)

System Information                                                                    ×

Comments on this page are locked.

EXHIBIT 16
Page 222
1/1

**super bargain**

# The Ultimate Gamer's Birthday Gift

**Buy a Premium unlimited account for someone special**

*Gift for:* _____

*From:* _____

**1000s of game roms, movies, isos and ebooks.  Including Switch, Wii, 3DS/DS, GBA and more Unlimited downloads for only $30**

**First!  You the buyer, ask your recipient to register for a free account on romuniverse.com**

**Second!  You the buyer, register for a free account on romuniverse.com Then ask your recipient for his username. Then in your account, pay for an upgrade to a Premium account using the recipient's username.  Finally, tell your recipient that his account is now premium**

**super bargain**

# The Ultimate Gamer's Birthday Gift

**Buy a Premium unlimited account for someone special**

*Gift for:* _____

*From:* _____

**1000s of game roms, movies, isos and ebooks.  Including Switch, Wii, 3DS/DS, GBA and more Unlimited downloads for only $30**

**First!  You the buyer, ask your recipient to register for a free account on romuniverse.com**

**Second!  You the buyer, register for a free account on romuniverse.com Then ask your recipient for his username. Then in your account, pay for an upgrade to a Premium account using the recipient's username.  Finally, tell your recipient that his account is now premium**

EXHIBIT 16
Page 223

# EXHIBIT 17

Take-down notice due to copyright infringement: Splatoon 2 (Switch)

Friday, November 09, 2018 05:00 PST

  dmca-notice@bertelsmann.de

To

admin@romuniverse.com    abuse@enom.com    support@gumroad.com

---

Dear Sir or Madam,

we have detected unauthorised copies of the video game "Splatoon 2 (Switch)" (the "Nintendo Game") hosted on your servers. The urls concerned are listed below.

The copyright and other intellectual property rights in the Nintendo Game are owned and/or controlled by Nintendo Co., Ltd. ("Nintendo") for the world and any unauthorised use, including but not limited to any unauthorised copying or communication to the public of the Nintendo Game is therefore an infringement of copyright and/or other intellectual property rights.

I declare under penalty of perjury that this notice is true and correct, that I am authorized to act on behalf of the intellectual property rights owner Nintendo and that I have good faith and reasonable belief that neither Nintendo nor any licensee of Nintendo has authorised you or any other third party to copy or communicate the Nintendo Game to the public in the manner described in this notice. I therefore have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Therefore I request you to take immediate action to remove or disable access to unauthorised copies of the Nintendo Game listed at the URLs below and in order to prevent further legal actions against your company.

linked from romuniverse.com:

- linked from https://www.romuniverse.com/download/84891/splatoon-2-all-en-fr-es-proper-bigbluebox

  1. https://regular.romuniverse.com/roms/nintendoswitch/Splatoon%202%20(All)%20(En,%20Fr,%20Es)%20(Proper)%20(BigBlueBox).rar

- linked from https://www.romuniverse.com/download/85081/splatoon-2-jpn-team-hr

  1. https://regular.romuniverse.com/roms/nintendoswitch/Splatoon%202%20(JPN)%20(Team%20HR).rar

---

Best regards,

Thorsten Johanntoberens
Director IT & Development | mbargo servies
--------------------------------------
Sonopress GmbH
Carl-Bertelsmann-Str. 161 F
33332 Gütersloh
Germany

Phone: +49 (0) 5241 80-42457
E-Mail: thorsten.johanntoberens@bertelsmann.de
www.sonopress.de
-------------------------------------------------------------------------------------------------------------------------------------------
Sitz Gütersloh | Amtsgericht Gütersloh HRB 2034 | Geschäftsführer Sven Deutschmann, Jörg Dickenhorst
-------------------------------------------------------------------------------------------------------------------------------------------
Diese E-Mail und eventuelle Anlagen können vertrauliche und/oder rechtlich geschützte Informationen enthalten. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese E-Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser E-Mail sind nicht gestattet.
-------------------------------------------------------------------------------------------------------------------------------------------
Registered Office Gütersloh | District Court Gütersloh Commercial Registry 2034 | Managing Director Sven Deutschmann, Jörg Dickenhorst
-------------------------------------------------------------------------------------------------------------------------------------------
This e-mail and any attachments may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is forbidden.
-------------------------------------------------------------------------------------------------------------------------------------------
Bitte denken Sie über Ihre Verantwortung gegenüber der Umwelt nach, bevor Sie diese E-Mail ausdrucken.
Please consider the environment before printing this mail.
thorsten.johanntoberens@bertelsmann.de
phone: +49 (0) 52 41 - 80-42457

EXHIBIT 17
Page 224

fax: +49 (0) 52 41 - 80-66928

EXHIBIT 17
Page 225

# EXHIBIT 18

Take-down notice due to copyright infringement: Super Mario Odyssey (Switch)

Friday, November 09, 2018 06:35 PST

 dmca-notice@bertelsmann.de

To

admin@romuniverse.com    abuse@enom.com    support@gumroad.com

---

Dear Sir or Madam,

we have detected unauthorised copies of the video game "Super Mario Odyssey (Switch)" (the "Nintendo Game") hosted on your servers. The urls concerned are listed below.

The copyright and other intellectual property rights in the Nintendo Game are owned and/or controlled by Nintendo Co., Ltd. ("Nintendo") for the world and any unauthorised use, including but not limited to any unauthorised copying or communication to the public of the Nintendo Game is therefore an infringement of copyright and/or other intellectual property rights.

I declare under penalty of perjury that this notice is true and correct, that I am authorized to act on behalf of the intellectual property rights owner Nintendo and that I have good faith and reasonable belief that neither Nintendo nor any licensee of Nintendo has authorised you or any other third party to copy or communicate the Nintendo Game to the public in the manner described in this notice. I therefore have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Therefore I request you to take immediate action to remove or disable access to unauthorised copies of the Nintendo Game listed at the URLs below and in order to prevent further legal actions against your company.

linked from romuniverse.com:

- linked from https://www.romuniverse.com/download/84925/super-mario-odyssey-all-en-fr-de-es-it-nl-ru-ja-bigbluebox

  1. https://regular.romuniverse.com/roms/nintendoswitch/Super%20Mario%20Odyssey%20(All)%20(En,%20Fr,%20De,%20Es,%20It,%20Nl,%20Ru,%20Ja)%20(BigBlueB

- linked from https://www.romuniverse.com/download/85235/super-mario-odyssey-v001-jpn-en-ja-fr-ge-es-it-nl-ru-jrp

  1. https://regular.romuniverse.com/roms/nintendoswitch/Super%20Mario%20Odyssey%20v001%20(JPN)%20(En,%20Ja,%20Fr,%20Ge,%20Es,%20It,%20Nl,%20Ru)%20

- linked from https://www.romuniverse.com/download/85291/0277-super-mario-odyssey-world-en-ja-fr-de-es-it-nl-ru-rev-1-trimmed

  1. https://regular.romuniverse.com/roms/nintendoswitchtrimmed/0277%20-%20Super%20Mario%20Odyssey%20(World)%20(En,Ja,Fr,De,Es,It,Nl,Ru)%20(Rev%201)%20[Trimmed].xci

- linked from https://www.romuniverse.com/download/85530/0038-super-mario-odyssey-world-en-ja-fr-de-es-it-nl-ru-trimmed

  1. https://regular.romuniverse.com/roms/nintendoswitchtrimmed/0038%20-%20Super%20Mario%20Odyssey%20(World)%20(En,Ja,Fr,De,Es,It,Nl,Ru)%20[Trimmed].xci

---

Best regards,

Thorsten Johanntoberens
Director IT & Development | mbargo servies
----------------------------------------
Sonopress GmbH
Carl-Bertelsmann-Str. 161 F
33332 Gütersloh
Germany

Phone: +49 (0) 5241 80-42457
E-Mail: thorsten.johanntoberens@bertelsmann.de
www.sonopress.de

-------------------------------------------------------------------------------------------
Sitz Gütersloh | Amtsgericht Gütersloh HRB 2034 | Geschäftsführer Sven Deutschmann, Jörg Dickenhorst
-------------------------------------------------------------------------------------------
Diese E-Mail und eventuelle Anlagen können vertrauliche und/oder rechtlich geschützte Informationen enthalten. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese E-Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser E-Mail sind nicht gestattet.
-------------------------------------------------------------------------------------------
Registered Office Gütersloh | District Court Gütersloh Commercial Registry 2034 | Managing Director Sven Deutschmann, Jörg Dickenhorst
-------------------------------------------------------------------------------------------
This e-mail and any attachments may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is forbidden.
-------------------------------------------------------------------------------------------
Bitte denken Sie über Ihre Verantwortung gegenüber der Umwelt nach, bevor Sie diese E-Mail ausdrucken.
Please consider the environment before printing this mail.
thorsten.johanntoberens@bertelsmann.de
phone: +49 (0) 52 41 – 80-42457
fax: +49 (0) 52 41 - 80-66928

EXHIBIT 18
Page 226