Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**[PROPOSED] JUDGMENT GRANTING PLAINTIFF'S MOTION SUMMARY JUDGMENT AGAINST DEFENDANT MATTHEW STORMAN**<br><br>Date: January 26, 2021<br>Time: 10:00 a.m.<br>Ctrm: #8B<br><br>The Honorable Consuelo B. Marshall |

-1-

150267664.1

1   This action came for hearing before the Court on January 26, 2021, the
2   Honorable Consuelo B. Marshall, United States District Judge presiding, on the
3   motion of Plaintiff Nintendo of America Inc.("Nintendo") for summary judgment
4   against Defendant Matthew Storman ("Defendant").

5   The evidence presented having been fully considered, the issues having been
6   duly heard, good cause having been shown and a decision having been duly
7   rendered,

8   **IT IS ORDERED AND ADJUDGED that,**

9   1.   Defendant's actions in copying, distributing, displaying, and
10  performing Nintendo's copyrighted works have directly, contributorily, and
11  vicariously infringed Nintendo's registered copyrights listed in Exhibit A hereto
12  (the "Nintendo Copyrights") in violation of the Copyright Act, 17 U.S.C. § 101, *et*
13  *seq*.

14  2.   By his unauthorized use of Nintendo's trademarks in commerce and in
15  connection with pirated copies of Nintendo video games, Defendant has also
16  infringed the registered trademarks owned by Nintendo and listed in Exhibit B
17  hereto (the "Nintendo Trademarks") in violation of the Lanham Act, 15 U.S.C. §§
18  1114 & 1125(a).

19  3.   Mr. Storman's actions also constitute unlawful business practices in
20  violation of California Business and Professions code § 17200, *et seq*.

21  4.   Defendant's infringing activities have been knowing, willful, and
22  malicious.

23  5.   For Defendant's violations of the Copyright Act, under 17 U.S.C. §
24  504(c), Nintendo is awarded $90,000 in statutory damages for each of the 49
25  Nintendo Copyrights, for a total of $4,410,000.

26  6.   For Defendant's violations of the Lanham Act, under 15 U.S.C. §
27  1117(c), Nintendo is awarded $400,000 for each of the 28 non-cumulative Nintendo
28  Trademarks, for a total of $11,200,000.

150267664.1

7. In total damages, judgment shall be entered for Nintendo and against Defendant in the amount of $15,610,000.

8. Pursuant to 15 U.S.C. § 1117(a) for trademark infringement and 17 U.S.C. § 505 for copyright infringement, Nintendo shall be awarded attorneys' fees and costs in an amount to be determined upon submission by Nintendo within twenty-one (21) days from the date of this Order.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge

150267664.1