Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANT MATTHEW STORMAN**<br><br>Date: January 26, 2021<br>Time: 10:00 a.m.<br>Ctrm: #8B<br><br>The Honorable Consuelo B. Marshall |

-1-

150267664.1

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that defendant Matthew Storman ("Defendant") and any person or entity acting in concert with, or at Defendant's direction, are hereby PERMANENTLY ENJOINED and restrained, pursuant to 15 U.S.C. § 1116 and 17 U.S.C. § 502, from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States of America and throughout the world:

    a. Copying, distributing, selling, performing, displaying, playing, or otherwise using any unauthorized copy of a Nintendo copyrighted work, or any derivative thereof;

    b. Using, or inducing or enabling others to use, any reproduction, counterfeit, copy, or colorable imitation of Nintendo's trademarks, in any manner in connection with the manufacture, printing, distribution, advertising, offering for sale or sale of any goods or services, including the use of Nintendo's trademarks in connection with a website; and

    c. Using any trademark, service mark, name, logo, design or source designation of any kind on or in connection with any goods or services that it likely to cause confusion, mistake, deception or public misunderstanding that such goods or services are produced or provided by Nintendo, or sponsored or authorized by Nintendo, or are in any way connected or related to Nintendo.

**IT IS FURTHER HEREBY ORDERED** that Defendant shall, within ten (10) business days of the date of this Order, take the following steps:

    d. Permanently destroy all unauthorized Nintendo games or other unauthorized copies of Nintendo's intellectual property including movies, books, and music;

150267664.1

e. Transfer all domains used by Defendant in furtherance of his infringing activities to Nintendo, including but not limited to NDSUniverse.com and RomUniverse.com; and

f. File a declaration, under penalty of perjury, with the Court certifying his compliance with these terms.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge

150267664.1