Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE**<br><br>The Honorable Consuelo B. Marshall |

151415773.1

Based on the Court's January 28, 2021 Order extending the summary judgment schedule and hearing date, Plaintiff Nintendo of America Inc. ("Nintendo"), by and through its counsel, and Defendant Matthew Storman, *pro se*, and for good cause, jointly stipulate and request a continuance of the April 27, 2021 Pre-Trial Conference date and the June 22, 2021 Trial date.[1]

The parties request this continuance in order to avoid incurring additional fees and costs associated with trial preparation, including compliance with Local Rules 16-2-16-7, prior to the summary judgment being adjudicated.

Based on the foregoing, the parties request that the following deadlines be continued to the proposed dates, or as soon thereafter as is convenient for the Court, along with all associated pretrial deadlines.

|  | **Current Dates:** | **Proposed Dates:** |
| --- | --- | --- |
| Pre-trial Conference: | April 27, 2021 | June 29, 2021 |
| Jury Trial (est. 4-5 days): | June 22, 2021 | August 17, 2021 |

**IT IS SO STIPULATED.**

DATED: February 8, 2021     **PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
Katherine M. Dugdale
William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.

---

[1] This is the parties' third request to continue the trial date. The first was stipulated to due to Mr. Storman's medical complications. Dkt. Nos. 41-42. The second was stipulated to due to the prior extension of the summary judgment schedule, and to avoid incurring additional fees and costs associated with trial preparation prior to the summary judgment being adjudicated. Dkt. Nos. 56-57.

151415773.1

DATED: Feburary 4, 2021

**MATTHEW STORMAN**

By: */s/ Matthew Storman*
Matthew Storman

*Pro Se* Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 8, 2021

**PERKINS COIE LLP**

By:*/s/ Katherine M. Dugdale*
Katherine M. Dugdale
William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.