UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-7818-CBM-(RAOx) | Date | March 17, 2021 |
| Title | Nintendo of America Inc. v. Storman | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The matter before the Court is Plaintiff Nintendo of America Inc.'s Motion for Summary Judgment, set for hearing on March 23, 2021.  (Dkt. No. 52 (the "Motion").)

Plaintiff shall address, in writing not exceeding 10 pages, **no later than March 25, 2021,** whether it has a cognizable trademark infringement claim in light of *Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23 (2003), and *Slep-Tone Entm't Corp. v. Wired for Sound Karaoke & DJ Servs., LLC*, 845 F.3d 1246 (9th Cir. 2017).  Defendant may file a written response not exceeding 10 pages **no later than April 1, 2021**.

The March 23, 2021 hearing is therefore **VACATED**.  The Court will set a new hearing date on the Motion to the extent the Court finds a hearing on the Motion is necessary after the parties file a response to this Order.

**IT IS SO ORDERED.**