Matthew Storman
1601 E Ruddock St.
Covina, CA 91724
(626) 833-6327
matthewstorman@gmail.com

MATTHEW STORMAN, IN PRO PER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation | Case No. 2:19-CV-07818-CBM-RAO |
| Plaintiff(s), | **DECLARATION OF DEFENDANT MATTHEW STORMAN** |
| vs. | |
| MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations, | |
| Defendant(s). | |

My name is Matthew Storman. I am over the age of 18, competent to testify, and my testimony herein is based upon my personal knowledge of those facts. If given the opportunity to testify in open Court, my testimony will be the same.

The Court deemed Defendant's failure to file a response as consent to the granting of Plaintiff's request for fees.

The Court ordered that the Defendant shall complete payment of $3,100 to Plaintiff's counsel by April 12, 2021.

In response to the Court's Order entered on Friday, March 12, 2021 (Doc. No.: 65), I hereby assert that I am unable to comply with this Court's order as a direct and proximate cause of my poverty.

1        Attached hereto is the Defendant's personal financial information which the Court Ordered

2   the Defendant to attach to its Declaration, which illustrates that any failure to comply is unwilling,

3   and therefore this Court should not order any further sanctions or contempt proceedings, which the

4   Defendant hereby offers into evidence.

5

6

7                                   Respectfully Submitted,

8

9        DATED: April 14th, 2021,

10                                      /s/ Matthew Storman

11                                      Matthew Storman
                                        1601 E Ruddock St.

12                                      Covina, CA 91724
                                        (626) 833-6327

13                                      matthewstorman@gmail.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DEFENDANT MATTHEW STORMAN

1

## DECLARATION OF MATTHEW STORMAN

2

3

I, the undersigned, being of sound minds and competent to testify as to the truthfulness of

the statements made hereinabove, after being duly sworn, under the pains and penalties of perjury,

4

hereby certify that I have read the foregoing document, and hereby affirm that I have personal

5

6

knowledge of the facts therein, and to the best of my knowledge, information, and belief, the

7

foregoing is true and correct.

8

I understand that I am swearing or affirming under oath to the truthfulness of the claims

9

made in this motion and that the punishment for knowingly making a false statement includes fines

10

and/or imprisonment.

11

DATED: March 14th, 2021.

12

*/s/ Matthew Storman*

13

Matthew Storman

1601 E Ruddock St.

14

Covina, CA 91724

(626) 833-6327

15

matthewstorman@gmail.com

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DEFENDANT MATTHEW STORMAN

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certifies that on the 14th day of April, 2021, that a true and complete copy of the foregoing motion was served via the ECF/CM system, upon:

Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

William C. Rava (appearing pro hac vice)
Christian W. Marcelo (appearing pro hac vice)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

DATED: April 14th, 2021

/s/ Matthew Storman
Matthew Storman
1601 E Ruddock St.
Covina, CA 91724
(626) 833-6327
matthewstorman@gmail.com

- 4 -
DECLARATION OF DEFENDANT MATTHEW STORMAN

# Wells Fargo Everyday Checking

April 7, 2021  ■  Page 1 of 4



MATTHEW O S█████████
█████████████████
█████████████████

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/6 | $99.52 |
| Deposits/Additions | 1,015.00 |
| Withdrawals/Subtractions | - 676.13 |
| **Ending balance on 4/7** | **$438.39** |

Account number █████████████████
**MATTHEW O ST████**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  1210████

April 7, 2021 ■ Page 2 of 4



**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- Savings - ▮▮▮▮▮▮▮▮

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|---------|
| 3/8 | | Zelle From ▮▮▮▮▮ on 03/07 Ref # Pp09Yzmx62 | 450.00 | | 549.52 |
| 3/15 | | Zelle From ▮▮▮▮▮ on 03/14 Ref # Pp0B2C4Jvz | 115.00 | | 664.52 |
| 3/16 | | Non-WF ATM Withdrawal authorized on 03/15 514 South 10th Street Omaha NE 00381075068671532 ATM ID Rt42125 Card 7228 | | 203.00 | |
| 3/16 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/16 | | Withdrawal Made In A Branch/Store | | 390.00 | 69.02 |
| 3/18 | | Purchase authorized on 03/16 358Pepsiven9147678 Omaha NE S301075476034554 Card 7228 | | 3.10 | |
| 3/18 | | Purchase authorized on 03/16 358Pepsiven9147678 Omaha NE S301075476498569 Card 7228 | | 3.10 | |
| 3/18 | | Purchase authorized on 03/16 358Pepsiven9147678 Omaha NE S381075476785725 Card 7228 | | 3.10 | |
| 3/18 | | Recurring Payment authorized on 03/17 AAA CA Insurance - 800-924-6141 CA S381076427092403 Card 7228 | | 61.33 | -1.61 |
| 4/6 | | Zelle From Jensen Alicia on 04/06 Ref # Pp0B7Btk6H | 450.00 | | 448.39 |
| 4/7 | | Monthly Service Fee | | 10.00 | 438.39 |
| **Ending balance on 4/7** | | | | | **438.39** |
| **Totals** | | | **$1,015.00** | **$676.13** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/06/2021 - 04/07/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | -$1.61 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC



# ✓ IMPORTANT ACCOUNT INFORMATION

-----------------

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile

April 7, 2021 ▪ Page 3 of 4



- Contacting the phone number at the top of your statement
- Visiting a branch

April 7, 2021 ■ Page 4 of 4



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR  D 399801          Member FDIC.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❏ Yes | ❏ No |
| (b) Rent payments, interest, or dividends | ❏ Yes | ❏ No |
| (c) Pension, annuity, or life insurance payments | ❏ Yes | ❏ No |
| (d) Disability, or worker's compensation payments | ❏ Yes | ❏ No |
| (e) Gifts, or inheritances | ❏ Yes | ❏ No |
| (f) Any other sources | ❏ Yes | ❏ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:   $ _____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
*Applicant's signature*

_____
*Printed name*



Member Services
(844) 244-6363
support@chime.com

Matthew Storman
1601 E Ruddock St
Covina, CA 91724

# Spending Account Statement

**Account number**

███████████

███████████

March 2021 (March 01, 2021 - March 31, 2021)

## Summary

| | |
|---|---|
| Beginning balance on March 01, 2021 | $411.67 |
| Deposits | $5,507.95 |
| ATM Withdrawals | -$303.00 |
| Purchases | -$3,762.09 |
| Adjustments | $0.00 |
| Transfers | $0.00 |
| Round Up Transfers | $0.00 |
| Fees | -$2.50 |
| SpotMe Tips | $0.00 |
| **Ending balance on March 31, 2021** | **$1,852.03** |

## Transactions

| DATE | DESCRIPTION | TYPE | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 3/31/2021 | Tst* Rembrants<br>P acent a  CA  US | Purchase | -$51.98 | -$51.98 |
| 3/31/2021 | Ca Dmv Fee<br>678 7315516  CA  US | Purchase | -$1.05 | -$1.05 |
| 3/31/2021 | Chick-fil-A<br>San Marcos  CA  US | Purchase | -$19.18 | -$19.18 |
| 3/30/2021 | Tst* The Regal Bar<br>La Mesa  CA  US | Purchase | -$29.00 | -$29.00 |

| Date | Description | | Type | Amount | Balance |
|------|-------------|---|------|--------|---------|
| 3/30/2021 | Poways Irish Pub<br>Poway  CA  US | | Purchase | -$30.50 | -$30.50 |
| 3/30/2021 | Francos Flapjack Breakf<br>Poway  CA  US | | Purchase | -$33.29 | -$33.29 |
| 3/30/2021 | Arco42350001<br>Poway  US | | Purchase | -$60.80 | -$60.80 |
| 3/29/2021 | Bank of america, fndtrnsfr , storman,...<br>Bank of amer ca | | Deposit | $638.00 | $638.00 |
| 3/29/2021 | East County Bait And Ta<br>Lakes de  CA  US | | Purchase | -$237.04 | -$237.04 |
| 3/29/2021 | Arco42350001<br>888 5969279  CA  US | | Purchase | -$30.00 | -$30.00 |
| 3/28/2021 | Flemings<br>San D ego  CA  US | | Purchase | -$220.25 | -$220.25 |
| 3/28/2021 | Miguel's Jr<br>Corona  CA  US | | Purchase | -$23.42 | -$23.42 |
| 3/27/2021 | Riot* Ln15 A221 J5 Ww<br>866 373 9211  CA  US | | Purchase | -$100.00 | -$100.00 |
| 3/27/2021 | Arco42350001<br>Httpswww  NY  US | | Purchase | -$63.00 | -$63.00 |
| 3/27/2021 | Tst* The Vintage Cockta<br>Stanton  CA  US | | Purchase | -$123.89 | -$123.89 |
| 3/26/2021 | Danny K's Billiards<br>Orange  CA  US | | Purchase | -$195.25 | -$195.25 |
| 3/26/2021 | State Of Calif Dmv Int<br>800 7770133  CA  US | | Purchase | -$50.00 | -$50.00 |
| 3/26/2021 | Arco42350001<br>8886880458  L  US | | Purchase | -$9.99 | -$9.99 |
| 3/26/2021 | Cash Deposit | | Deposit | $500.00 | $500.00 |
| 3/26/2021 | Citrus Car Wash<br>Cov na  CA  US | | Purchase | -$31.00 | -$31.00 |
| 3/25/2021 | Google*Intuit Inc<br> nternet  CA  US | | Purchase | -$14.99 | -$14.99 |
| 3/22/2021 | Bank of america, fndtrnsfr , storman,...<br>Bank of amer ca | | Deposit | $638.00 | $638.00 |
| 3/22/2021 | Visa money transfer | | Deposit | $123.00 | $123.00 |
| 3/21/2021 | Porto's Bakery West Cov<br>Commerce  CA  US | | Purchase | -$31.75 | -$31.75 |
| 3/21/2021 | Github<br>Httpsg thub C  CA  US | | Purchase | -$4.00 | -$4.00 |
| 3/20/2021 | Cgfsupport.com<br>888 2859277  CA | | Purchase | -$39.95 | -$39.95 |
| 3/20/2021 | Rockin Crepes LLC<br>Hunt ngton Be  CA  US | | Purchase | -$33.00 | -$33.00 |
| 3/19/2021 | Cash Withdrawal Fee | | Fee | -$2.50 | -$2.50 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| 3/18/2021 | ATM Withdrawal<br>200 N C trus Av Cov na  CA  US   C T BAN0074771 | ATM Withdrawal | -$303.00 | -$303.00 |
| 3/18/2021 | Pepper Tree Cafe<br>G endora  CA  US | Purchase | -$50.62 | -$50.62 |
| 3/17/2021 | Back Alley Bar & Grill<br>Fu  e ton  CA  US | Purchase | -$15.50 | -$15.50 |
| 3/17/2021 | Eat@Joes<br>Fu  e ton  CA  US | Purchase | -$119.00 | -$119.00 |
| 3/17/2021 | Hudson St<br>Las Vegas  NV  US | Purchase | -$4.19 | -$4.19 |
| 3/17/2021 | Ruby's Dinette D Las<br>Las Vegas  NV  US | Purchase | -$40.81 | -$40.81 |
| 3/17/2021 | Visa money transfer | Deposit | $28.31 | $28.31 |
| 3/17/2021 | Taqueria La Esmeralda<br>Omaha  NE  US | Purchase | -$17.50 | -$17.50 |
| 3/16/2021 | T. Henery`s Pub<br>Omaha  NE  US | Purchase | -$56.94 | -$56.94 |
| 3/15/2021 | Tag Bar<br>Counc  B uff  A US | Purchase | -$24.25 | -$24.25 |
| 3/15/2021 | Tag Bar<br>Counc  B uff  A US | Purchase | -$15.50 | -$15.50 |
| 3/15/2021 | Tag Bar<br>Counc  B uff  A US | Purchase | -$15.50 | -$15.50 |
| 3/15/2021 | Tag Bar<br>Counc  B uff  A US | Purchase | -$17.50 | -$17.50 |
| 3/15/2021 | Tag Bar<br>Counc  B uff  A US | Purchase | -$15.50 | -$15.50 |
| 3/15/2021 | Bank of america, fndtrnsfr , storman,...<br>Bank of amer ca | Deposit | $638.00 | $638.00 |
| 3/14/2021 | Thomasville Lounge LLC<br>Omaha  NE  US | Purchase | -$51.31 | -$51.31 |
| 3/14/2021 | Frontier Ai Udl5 Hq<br>720 3744390  CO  US | Purchase | -$274.92 | -$274.92 |
| 3/14/2021 | Village Inn Rest<br>Omaha  NE  US | Purchase | -$38.94 | -$38.94 |
| 3/13/2021 | Quaker Steak & Lube<br>Counc  b uffs  A US | Purchase | -$62.46 | -$62.46 |
| 3/13/2021 | Pheasant Bar And Grill<br>Omaha  NE  US | Purchase | -$128.75 | -$128.75 |
| 3/12/2021 | Irs treas 310, taxeip3<br>rs treas 310 | Deposit | $1,400.00 | $1,400.00 |
| 3/11/2021 | Google*Youtubepremium<br>nternet  CA  US | Purchase | -$17.99 | -$17.99 |
| 3/11/2021 | Adobe Creative Cloud<br>408 536 6000  CA  US | Purchase | -$29.99 | -$29.99 |
| 3/10/2021 | Visa money transfer | Deposit | $38.01 | $38.01 |

| Date | Description | | Type | Amount | Balance |
|------|-------------|---|------|--------|---------|
| 3/10/2021 | Hy Vee Gas Omaha | Omaha NE US | Purchase | -$9.32 | -$9.32 |
| 3/09/2021 | Touchtunes | 212 991 6540 NY US | Purchase | -$24.00 | -$24.00 |
| 3/09/2021 | Amzn Mktp Us*A19 I79 Us3 | Amzn com/B    WA US | Purchase | -$104.39 | -$104.39 |
| 3/09/2021 | Tst* Moe & Curly S Pub | Omaha NE US | Purchase | -$36.00 | -$36.00 |
| 3/08/2021 | Dave & Busters | Omaha NE US | Purchase | -$33.74 | -$33.74 |
| 3/08/2021 | Bank of america, fndtrnsfr , storman,... | Bank of amer ca | Deposit | $638.00 | $638.00 |
| 3/07/2021 | Thomasville Lounge LLC | Omaha NE US | Purchase | -$16.02 | -$16.02 |
| 3/07/2021 | Visa money transfer | | Deposit | $76.29 | $76.29 |
| 3/07/2021 | Walmart | Omaha US | Purchase | -$3.76 | -$3.76 |
| 3/05/2021 | Brick Street Tavern | Omaha NE US | Purchase | -$468.85 | -$468.85 |
| 3/05/2021 | Visa money transfer | | Deposit | $28.30 | $28.30 |
| 3/05/2021 | Stolis Lounge | Omaha NE US | Purchase | -$85.50 | -$85.50 |
| 3/04/2021 | Stolis Lounge | Omaha NE US | Purchase | -$64.00 | -$64.00 |
| 3/03/2021 | Winchester | 402 3123149 NE US | Purchase | -$59.15 | -$59.15 |
| 3/03/2021 | Amzn Mktp Us*Tu49 T1 P53 | Amzn com/B    WA US | Purchase | -$8.43 | -$8.43 |
| 3/03/2021 | Amzn Mktp Us*E244 E8 Mb3 | Amzn com/B    WA US | Purchase | -$43.27 | -$43.27 |
| 3/03/2021 | Stripe visa direct caus | | Deposit | $124.04 | $124.04 |
| 3/03/2021 | Moe & Curlys Pub | Omaha NE US | Purchase | -$26.75 | -$26.75 |
| 3/02/2021 | Mega Saver Tob4 | Omaha US | Purchase | -$6.85 | -$6.85 |
| 3/02/2021 | Hy Vee Omaha 146 | Omaha NE US | Purchase | -$65.29 | -$65.29 |
| 3/02/2021 | Dave & Busters | Omaha NE US | Purchase | -$66.04 | -$66.04 |
| 3/02/2021 | Jimmy's Egg | Omaha NE US | Purchase | -$31.94 | -$31.94 |
| 3/02/2021 | Dave & Buster's Inc. | 214 357 9588 TX US | Purchase | -$100.00 | -$100.00 |
| 3/02/2021 | Amazon | Amzn com/B    WA US | Purchase | -$6.60 | -$6.60 |

| 3/01/2021 | Bank of america | Deposit | $638.00 | $638.00 |
| | Bank of amer ca | | | |
| 3/01/2021 | Dillards 343 Oak View M | Purchase | -$71.69 | -$71.69 |
| | Omaha  NE  US | | | |

## Yearly Summary

| SpotMe Tips | $0.00 |
| --- | --- |

# Error Resolution Procedures

In case of errors or questions about your electronic transactions, call  1-844-244-6363, write to Chime Member Services, P.O. Box 417, San Francisco, CA 94104-0417, or email us at claims@chime.com as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.