| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| 2 | KDugdale@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1888 Century Park E., Suite 1700<br>Los Angeles, CA  90067-1721 |
| 4 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399 |
| 5 | William C. Rava (appearing *pro hac vice*) |
| 6 | Christian W. Marcelo (appearing *pro hac vice*)<br>WRava@perkinscoie.com |
| 7 | CMarcelo@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1201 Third Avenue, Suite 4900<br>Seattle, WA  98101 |
| 9 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000 |
| 10 | Attorneys for Plaintiff |
| 11 | Nintendo of America Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**JOINT STATUS REPORT RE: MONETARY SANCTIONS**<br><br>The Honorable Rozella A. Oliver, U.S. Magistrate Judge |

      Plaintiff Nintendo of America Inc. ("Nintendo"), by and through its counsel, and Defendant Matthew Storman, *pro se*, submit this Joint Status Report Re: Monetary Sanctions.

      On March 12, 2021, the Court found that Mr. Storman failed to comply with his discovery obligations and the Court's discovery orders, and thus ordered Mr. Storman to complete payment of $3,100 to Nintendo's counsel by April 12, 2021 or file a declaration and supporting documents by the same date supporting an

assertion that he is unable to pay. Dkt. No. 65 (the "March 12, 2021 Order"). On April 14, 2021, Mr. Storman filed a declaration and supporting documents in response to the March 12, 2021 Order. Dkt. No. 69. On April 16, 2021, the Court ordered the parties to "to meet and confer as to an installment payment plan for the monetary sanctions." Dkt. No. 70.

The parties have so met and conferred and, in consideration of Mr. Storman's financial circumstances, agree to an installment payment plan of $50.00 USD per month. The parties thus stipulate and agree that, on or before June 7, 2021, Mr. Storman shall make an initial payment of $50.00 USD via wire transfer to an account to be identified by Nintendo. Mr. Storman will thereafter make payments of at least $50.00 USD no later than the fifth (5th) business day of each following month, until total payments made to Nintendo in connection with the March 12, 2021 Order are equal to $3,100 USD.

DATED: April 30, 2021

**PERKINS COIE LLP**

By: *s/William C. Rava*
Katherine M. Dugdale
William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.

DATED: April 30, 2021

**MATTHEW STORMAN**

By: *s/Matthew Storman*
Matthew Storman

*Pro Se* Defendant

152339441.2