1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | NINTENDO OF AMERICA INC., a Washington corporation | Case No. 2:19-CV-07818-CBM-RAO |
|---|---|---|
| 12 | | **[PROPOSED] ORDER RE MONETARY SANCTIONS** |
| 13 | Plaintiff, | |
| 14 | v. | The Honorable Consuelo B. Marshall |
| 15 | MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations, | |
| 16 | | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

-1-

152365020.1

| | |
|---|---|
| 1 | Pursuant to April 30, 2021 Stipulation filed by the Parties, it is ORDERED THAT Mr. Storman shall pay the monetary sanctions of $3,100 USD, subject of the Court's March 12, 2021 Order Re: Request for Fees, as follows: |

    Pursuant to April 30, 2021 Stipulation filed by the Parties, it is ORDERED THAT Mr. Storman shall pay the monetary sanctions of $3,100 USD, subject of the Court's March 12, 2021 Order Re: Request for Fees, as follows:

    On or before June 7, 2021, Mr. Storman shall make an initial payment of $50.00 USD via wire transfer to an account to be identified by Nintendo. Mr. Storman will thereafter make payments of at least $50.00 USD no later than the fifth (5th) business day of each following month, until total payments made to Nintendo in connection with the March 12, 2021 Order are equal to $3,100 USD.

    IT IS SO ORDERED.

DATED: _____, 2021

By: _____
    HONORABLE CONSUELO B. MARSHALL
    UNITED STATES DISTRICT JUDGE

152365020.1