UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendants. | Case No. 2:19-CV-07818-CBM-RAO<br><br>[~~PROPOSED~~] **ORDER RE MONETARY SANCTIONS**<br><br>The Honorable Consuelo B. Marshall |

-1-

152365020.1

Pursuant to April 30, 2021 Stipulation filed by the Parties, it is ORDERED THAT Mr. Storman shall pay the monetary sanctions of $3,100 USD, subject of the Court's March 12, 2021 Order Re: Request for Fees, as follows:

On or before June 7, 2021, Mr. Storman shall make an initial payment of $50.00 USD via wire transfer to an account to be identified by Nintendo. Mr. Storman will thereafter make payments of at least $50.00 USD no later than the fifth (5th) business day of each following month, until total payments made to Nintendo in connection with the March 12, 2021 Order are equal to $3,100 USD.

IT IS SO ORDERED.

DATED: May 3, 2021

By: *Rozella A. Oliver*
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

152365020.1