UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendants. | Case No. 2:19-CV-07818-CBM-RAOx<br><br>**ORDER RE STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE [73]**<br><br>The Honorable Consuelo B. Marshall |

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS ORDERED THAT: The Pre-Trial Conference is continued from June 29, 2021 to September 28, 2021 at 2:30 p.m. and the Jury Trial Date is continued from August 17, 2021 to November 16, 2021 at 10:00 a.m.

IT IS SO ORDERED.

DATED: MAY 21, 2021

By: _____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-1-

152560930.1