| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| 2 | KDugdale@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1888 Century Park E., Suite 1700<br>Los Angeles, CA  90067-1721 |
| 4 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399 |
| 5 | William C. Rava (appearing *pro hac vice*) |
| 6 | Christian W. Marcelo (appearing *pro hac vice*)<br>WRava@perkinscoie.com |
| 7 | CMarcelo@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1201 Third Avenue, Suite 4900<br>Seattle, WA  98101 |
| 9 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000 |
| 10 | Attorneys for Plaintiff |
| 11 | Nintendo of America Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation | | Case No. 2:19-CV-07818-CBM-RAO |
| Plaintiff, | | **NINTENDO'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION** |
| v. | | |
| MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations, | | Date:     July 13, 2021<br>Time:    10:00 a.m.<br>Ctrm:    #8B |
| Defendant. | | The Honorable Consuelo B. Marshall |

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on July 13, 2021 at 10:00 a.m. in Courtroom #8B, 8th Floor of the above entitled Court located at 350 W. 1st Street, Los Angeles, California 90012, or as soon thereafter as this Motion may be heard, Plaintiff Nintendo of America Inc. ("Nintendo"), by and through its counsel, will and hereby does move this Court for reconsideration of this Court's May 27, 2021

- 1 -

152757152.1

Order (Dkt. No. 75) solely on the issue of this Court's denial of Nintendo's requested permanent injunction.

This motion is made following the conference of counsel for Nintendo and Mr. Storman (*pro se*) pursuant to L.R. 7-3 which took place on Thursday, June 3, 2021. The parties were unable to resolve the issue addressed in Nintendo's motion.

The motion is made on the grounds outlined in L.R. 7-18(a) and (b).

First, Nintendo was unaware that the Trademark Modernization Act—which codified a presumption of irreparable harm in connection with the permanent injunction analysis where a defendant is found to have violated the Lanham Act— had been signed into law two days before Nintendo filed its Motion for Summary Judgment. L.R. 7-18(a). Mr. Storman did not address Nintendo's request for a permanent injunction, and thus, neither party nor this Court addressed the codified presumption of irreparable harm that should have applied in this case.

Second, Defendant's recent actions, including his representation that he may relaunch the RomUniverse website to distribute copies of other companies' videogames and his failure to make his court-ordered payments to Nintendo, demonstrate Nintendo's entitlement to and need for a permanent injunction. L.R. 7-18(b).

The motion will be based on this Notice of Motion; the Memorandum filed in support; the declaration of William C. Rava; upon such memoranda, declarations and exhibits as Nintendo may file subsequently; upon such other matters as to which the Court must and may take judicial notice; and upon such other and further matters as may be presented at the hearing.

152757152.1

-3-

| | | |
|---|---|---|
| 1 | DATED: June 9, 2021 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:*/s/ Katherine M. Dugdale*<br>Katherine M. Dugdale |
| 4 | | William C. Rava (appearing *pro hac vice*)<br>Christian W. Marcelo (appearing *pro hac vice*) |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>NINTENDO OF AMERICA INC. |

152757152.1