Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

William C. Rava (appearing *pro hac vice*)
Christian W. Marcelo (appearing *pro hac vice*)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>[PROPOSED] ORDER GRANTING NINTENDO'S MOTION FOR RECONSIDERATION<br><br>Date: July 13, 2021<br>Time: 10:00 a.m.<br>Ctrm: #8B<br><br>The Honorable Consuelo B. Marshall |

152757647.1

Upon review of plaintiff Nintendo of America Inc.'s ("Nintendo's") Motion for Reconsideration (the "Motion"), and all papers filed in support thereof, IT IS HEREBY ORDERED that the Motion is GRANTED and Nintendo's proposed permanent injunction shall be entered.

    IT IS SO ORDERED.

DATED: _____, 2021

By: _____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

152757647.1

Submitted by:

**PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
  Katherine M. Dugdale
  William C. Rava (*pro hac vice*)
  Christian W. Marcelo (*pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.