1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399

5  William C. Rava (appearing *pro hac vice*)
   Christian W. Marcelo (appearing *pro hac vice*)
6  WRava@perkinscoie.com
   CMarcelo@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10
   Attorneys for Plaintiff
11 Nintendo of America Inc.

12

13                     UNITED STATES DISTRICT COURT

14                    CENTRAL DISTRICT OF CALIFORNIA

15
   NINTENDO OF AMERICA INC., a          Case No. 2:19-CV-07818-CBM-RAO
16 Washington corporation

17                    Plaintiff,          [PROPOSED] PERMANENT
                                          INJUNCTION AGAINST DEFENDANT
18        v.                              MATTHEW STORMAN

19 MATTHEW STORMAN, an individual,       Date:      July 13, 2021
   JOHN DOES 1-10, individuals and/or    Time:      10:00 a.m.
20 corporations,                         Ctrm:      #8B

21                    Defendant.          The Honorable Consuelo B.
                                          Marshall
22

23

24

25

26

27

28

152756496.1

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that defendant Matthew Storman ("Defendant") and any person or entity acting in concert with, or at Defendant's direction, are hereby PERMANENTLY ENJOINED and restrained, pursuant to 15 U.S.C. § 1116 and 17 U.S.C. § 502, from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States of America and throughout the world:

    a.    Copying, distributing, selling, performing, displaying, playing, or otherwise using any unauthorized copy of a Nintendo copyrighted work, or any derivative thereof;

    b.    Using, or inducing or enabling others to use, any reproduction, counterfeit, copy, or colorable imitation of Nintendo's trademarks, in any manner in connection with the manufacture, printing, distribution, advertising, offering for sale or sale of any goods or services, including the use of Nintendo's trademarks in connection with a website; and

    c.    Using any trademark, service mark, name, logo, design or source designation of any kind on or in connection with any goods or services that it likely to cause confusion, mistake, deception or public misunderstanding that such goods or services are produced or provided by Nintendo, or sponsored or authorized by Nintendo, or are in any way connected or related to Nintendo.

**IT IS FURTHER HEREBY ORDERED** that Defendant shall, within ten (10) business days of the date of this Order, take the following steps:

    d.    Permanently destroy all unauthorized Nintendo games or other unauthorized copies of Nintendo's intellectual property including movies, books, and music;

    e.    Transfer all domains used by Defendant in furtherance of his infringing activities to Nintendo, including but not limited to NDSUniverse.com and RomUniverse.com; and

    f.    File a declaration, under penalty of perjury, with the Court certifying his compliance with these terms.

1    IT IS SO ORDERED.

2    DATED: _____          _____

3                                       HONORABLE CONSUELO B. MARSHALL
                                        United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Submitted by:

**PERKINS COIE LLP**

By: */s/ William C. Rava*
     William C. Rava (*pro hac vice*)
     Katherine M. Dugdale
     Christian W. Marcelo (*pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.