| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| 2 | KDugdale@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1888 Century Park E., Suite 1700<br>Los Angeles, CA  90067-1721 |
| 4 | Telephone:  310.788.9900<br>Facsimile:  310.788.3399 |
| 5 | William C. Rava (appearing *pro hac vice*) |
| 6 | Christian W. Marcelo (appearing *pro hac vice*)<br>WRava@perkinscoie.com |
| 7 | CMarcelo@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1201 Third Avenue, Suite 4900<br>Seattle, WA  98101 |
| 9 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000 |
| 10 | Attorneys for Plaintiff |
| 11 | Nintendo of America Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations,<br><br>Defendant. | Case No. 2:19-CV-07818-CBM-RAO<br><br>**DECLARATION OF WILLIAM C. RAVA IN SUPPORT OF NINTENDO'S MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>The Honorable Consuelo B. Marshall |

-1-

152742988.1

William C. Rava declares as follows:

1. I am a partner of the law firm Perkins Coie LLP and counsel for plaintiff Nintendo of America Inc. ("Nintendo") in this action. I make this declaration based on personal knowledge and I am competent to do so.

2. On Thursday, June 3, 2021, my colleague Christian Marcelo and I conducted a telephonic meet-and-confer with defendant Matthew Storman at 4 p.m. PDT. I explained that the local rules set fast deadlines on certain motions, on which the parties were required to meet-and-confer, even if the parties might still be digesting the order and considering next steps. Among other topics, we discussed Nintendo's plan to file a motion for reconsideration of the denial of injunctive relief. We advised that Nintendo was considering filing such a motion on the grounds of a change in the law granting a presumption of irreparable harm plus the other factors present in the case. Mr. Storman stated that he was still considering what to do with RomUniverse and that if he were to bring back the website it might have video game content and ROMS from companies other than Nintendo but would not have Nintendo content.

3. Pursuant to the parties negotiated agreement (Doc. No. 71) and the related Court order (Doc. No. 72), Mr. Storman had an initial sanctions payment of $50 due on Monday, June 7, 2021. As required, we had provided Mr. Storman with wire instructions on May 21, 2021 by email at 1:47 pm PDT; in that email, we also reminded Mr. Storman of the June 7, 2021 payment deadline. A true and correct copy of that email, with certain bank information redacted, is attached hereto as Exhibit A. As of the filing of this declaration, Mr. Storman had not made the required $50 payment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

152742988.1

1  EXECUTED this 9th day of June, 2021, at Seattle, Washington.

3  *s/ William C. Rava*
4  William C. Rava