# Exhibit A

| | |
|---|---|
| **From:** | Marcelo, Christian W. (SEA) |
| **To:** | Matthew Storman |
| **Cc:** | Rava, William C. (SEA) |
| **Subject:** | Nintendo v. Storman - Payment information |
| **Date:** | Friday, May 21, 2021 1:47:00 PM |

Matthew,

Here's the wiring information for the payments to Nintendo, pursuant to the Court's May 3 Order. Let us know as soon as possible if there are any issues with completing this transfer on time (June 7, 2021).

**Name on Account** Perkins Coie LLP
Seattle WA IOLTA Acct
IOLTA Trust Account
**Account Number:** ▮▮▮▮▮▮▮▮
**ABA (Routing) Number (Wires):** ▮▮▮▮▮▮
**ACH (Routing) Number (Transfers)** ▮▮▮▮▮▮
**SWIFT Code:** WFBI US 6S (For International Wires Only)
**Bank Name:** Wells Fargo Bank
**Bank Address:** 420 Montgomery Street, 8th Floor
San Francisco, CA 94104
**Beneficiary Address:** 1201 Third Ave, Suite 4800
Seattle, WA 98101
**Additional Info (Required):** 014372.7012


**Christian Marcelo | Perkins Coie LLP**
**ASSOCIATE**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com