1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Nintendo of America, Inc., | Case No.:  CV 19-7818-CBM-(RAOx) |
|    Plaintiff, | **JUDGMENT    [JS-6]** |
| v. | |
| Matthew Storman, | |
|    Defendant. | |

11
12
13
14
15
16

  Consistent with the Amended Order re: Plaintiff's Motion for Summary

17 Judgment, judgment is entered in favor of Plaintiff Nintendo of America, Inc. and

18 against Defendant Matthew Storman in the amount of $2,115,000 in statutory

19 damages.

20

21 DATED:  August 5, 2021.

            _____

22             CONSUELO B. MARSHALL
            UNITED STATES DISTRICT JUDGE

23           CC:FISCAL

24
25
26
27
28