1  Matthew Storman
   1601 E Ruddock St.
2  Covina, CA 91724
   (626) 833-6327
3  matthewstorman@gmail.com

4

5  MATTHEW STORMAN, IN PRO PER

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation | Case No. 2:19-CV-07818-CBM-RAO |
| Plaintiff(s), | |
| vs. | **DECLARATION OF MATTHEW STORMAN** |
| MATTHEW STORMAN, an individual, JOHN DOES 1-10, individuals and/or corporations, | |
| Defendant(s). | |

Comes this day, Defendant Matthew Storman ("Defendant"), proceeding *pro se*, and pursuant to this Court's *PERMANENT INJUNCTION AGAINST DEFENDANT MATTHEW STORMAN*, entered August 5th, 2021 (ECF 88), has permanently destroyed all unauthorized Nintendo games or other unauthorized copies of Nintendo's intellectual property including movies, books, and music.

- 1 -
DECLARATION OF MATTHEW STORMAN

## **DECLARATION OF MATTHEW STORMAN**

I, the undersigned, being of sound minds and competent to testify as to the truthfulness of the statements made hereinabove, after being duly sworn, under the pains and penalties of perjury, hereby certify that I have read the foregoing document, and hereby affirm that I have personal knowledge of the facts therein, and to the best of my knowledge, information, and belief, the foregoing is true and correct.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this motion and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

DATED: August 17, 2021

>                                        _/s/ Matthew Storman_
>                                        Matthew Storman
>                                        1601 E Ruddock St.
>                                        Covina, CA 91724
>                                        (626) 833-6327
>                                        matthewstorman@gmail.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certifies that on the 17th day of August 2021, that a true and complete copy of the foregoing motion was served via the ECF/CM system, upon:

Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

William C. Rava (appearing pro hac vice)
Christian W. Marcelo (appearing pro hac vice)
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
Nintendo of America Inc.

DATED: August 17, 2021

/s/ Matthew Storman
Matthew Storman
1601 E Ruddock St.
Covina, CA 91724
(626) 833-6327
matthewstorman@gmail.com